Shikeb Saddozai # AY1540
San Quentin State Prison
San Quentin CA. 94974

Date September 3rd 2018

Clerk, U.S. District Court
For the Northern District of California
450 Golden Gate Avenue
San Francisco California 94102

RECEIVED
SEP 11 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re, 42 U.S.C 1983

CV 18 5558 BLF (PR)

Dear Clerk,

I incarcerated and do not have an attorney to assist me. Correctional Officers within the prison holding me custody have retaliated against and is preventing me from making copies of my entire 42 U.S.C 1983 complaint. I would greatly appreciate your assistance in filing and stamping and providing me the entire copy of my 42 USC 1983 enclosed with the following:

(1). one 42 USC 1983 with cover sheet
(2). one Motion for appointment of counsel
(3) one Forma Pauperis

Thank you for your assistance in the matter

Cordially,
Shikeb Saddozai
San Quentin State Prison
San Quentin CA- 94974