

Clerk, U.S. District Court
For the Northern District of California
450 Golden Gate Avenue,
Box 36060.
San Francisco CA. 94102

From: Shikeb Saddozai # AY1540
San Quentin State Prison
San Quentin CA- 94974

Mail To:

RECEIVED
SEP - 5 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal Mail