Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Shikeb Saddozai__ for the last six months
*(Prisoner's name)*
__San Quentin State Prison__ where (s)he is confined.
*(Name of Institution)*
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __215.75__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __215.75__.

Dated: __September 3__, 20__18__   Print Name: __Garibay__

Signature: _____
*Authorized Officer of the Institution*

5

Date\Time: 8/23/2018 7:10:00 AM  
Institution: SQ

# CDCR
## Inmate Statement Report

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AY1590 | SADDOZAI, SHIKEB | SQ | A  SB C3 | 050001 |

**Current Available Balance:**   $215.75

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 06/01/2018 | SQ | BEGINNING BALANCE | | | | $0.00 |
| 08/02/2018 | SQ | INMATE DEPOSIT | RR 030297 | 20939 | $600.85 | $600.85 |
| 08/02/2018 | SQ | RESTITUTION FINE PAYMENT | RR 030297 | | ($200.00) | $400.85 |
| 08/02/2018 | SQ | ADMINISTRATIVE FEE | RR 030297 | | ($20.00) | $380.85 |
| 08/07/2018 | SQ | SALES | 16 | | ($109.80) | $271.05 |
| 08/13/2018 | SQ | LEGAL COPY | LEGAL COPY 8-8-18 | | ($0.30) | $270.75 |
| 08/21/2018 | SQ | SALES | 15 | | ($55.00) | $215.75 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | SC078812 | Fulfilled | $300.00 | $0.00 | ($200.00) | $0.00 |