UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Case No. __CV 18 5558 BLF (PR)__
*Will be provided by Clerk.*

## CONSENT OR DECLINATION
## TO MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking ONE of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

OR

☒ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Date: 8-29-2018          Name: Shikeb Saddozai
                         *Pro Se Plaintiff/Petitioner*

                         _____Saddozai_____
                         Signature

MAGISTRATE JUDGE CONSENT/DECLINATION FORM
Page 1 of 1