UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA SAN FRANCISCO

FILED
OCT 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI
Plaintiff.
v.
BOLANOS et al
NELSON et al
DAVIS et al

Defendants.

Case No.
3:17 cv 560 JD
5:18 cv 4047 BLF
5:18 cv 3972 BLF
5:18 cv 4511 BLF
5:18 cv 4492 BLF
5:18 cv 5558 BLF

NOTICE OF CHANGE OF ADDRESS

The address for appellant/Plaintiff has changed. The former address:

Shikeb Saddozai - AY1590
San Quentin State Prison
San Quentin California 94974

has been changed to:

Shikeb Saddozai - AY1590
(C.C.I) C1-243
P.O. Box 1905, Tehachapi California 93581

Respectfully Submitted,
Shikeb Saddozai
S. Saddozai
October 18, 2018