UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>         Plaintiffs,<br><br>   v.<br><br>RON DAVIS, et al.,<br><br>         Defendants. | Case No.: 5:18-cv-05558-BLF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 1/17/2019, I SERVED a true and correct copy(ies) of the **ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** filed on 1/16/2019, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Shikeb Saddozai ID: AY1590
CCI C1-243
P.O. Box 1905
Tehachapi, CA 93581

Prisoner's Trust Account Office
c/o Shikeb Saddozai ID: AY1590
CCI C1-243
P.O. Box 1905
Tehachapi, CA 93581

Dated: 1/17/2019

Susan Y. Soong
Clerk, United States District Court

_____
Tiffany Salinas-Harwell, Deputy Clerk to
the Honorable Beth Labson Freeman

*Service_Certificate _CRD*
*rev. August 2018*