February 5th, 2019

Shikeb Saddozai CDCR-AY1540
(CCI)
P.O. Box 1905
Tehachapi CA. 93581

RECEIVED
2019 FEB -8 P 2:05
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave Box 36060
San Francisco CA. 94002

Re: 18-05558 BLF (RR)

Dear Clerk,

    Please provide me an extention to amend complaint for Case No. 18-05558-BLF (RR). (CCI) facility I am in custody of, has repeatedly violated my legal correspondence preventing me from timely responses. Please provide 30 day extention. Thank you for your assistance.

Cordially,
Shikeb Saddozai

Shikeb Saddozai  CDCR - AY1540
California Correctional Institution (CCI)
P.O. Box 1905
Tehachapi, C.A. 93581

Confidential Legal Mail

To:

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA. 94102

