UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RON DAVIS, et al.,<br><br>　　　　Defendants. | Case No. 18-05558 BLF (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 8) |

　　　　Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On January 16, 2019, the Court dismissed the complaint with leave to amend no later than February 13, 2019. (Docket No. 7.) On February 8, 2019, Plaintiff filed a motion requesting an extension of time to file an amended complaint because he claims difficulty obtaining timely legal correspondence. (Docket No. 8.)

　　　　Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an amended complaint **no later than twenty-eight (28) days** from the date this order is filed. Plaintiff is advised that failure to file an amended complaint in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.

　　　　**IT IS SO ORDERED.**

Dated: __February 13, 2019__

　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge