Shikeb Saddozai AV1546 (CCI
Calif[ornia]
P.O. Box 1905
Tehachapi CA. 93581

RECEIVED
FEB 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By

To  O
    U.
    N
    45
    S

**LEGAL MAIL**

F/SJ

fice of the Clerk,
S. District Court Appeals
orthern District of California
o Golden Gate Ave
an Francisco CA. 94102