February 12 ,2019

Shikeb Saddozai-CDCR# AY1590
California Correctional Institution
Facility C-1-243
P.O. Box 1905
Tehachapi, California,93581

RECEIVED

FEB 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK,U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIFORNIA, 94102

Re: Case No. C-18-05558 BLF (PR)

Dear  Office of the Clerk,

I am currently incarcerated and I am indigent.
I do not have counsel to represent me and I have been
given notice by Honorable Judge BETH LABSON FREEMAN, granting
me leave to AMEND COMPLAINT on the above entitled case.
Please file and stamp and return a copy of the attached documents
I have enclosed of the following:

1). MOTION FOR APPOINTMENT OF COUNSEL.

2). DECLARATION IN SUPPORT OF PLAINTIFFS MOTION FOR THE
    APPOINTMENT OF COUNSEL.

3). MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS MOTION FOR
    THE APPOINTMENT OF COUNSEL.

4). AMENDED COMPLAINT 42 U.S.C. § 1983.

Thank you for your assistance in the matter.

Cordially,

*[signature]*
Shikeb Saddozai-CDCR#AY1590
California Correctional Institution
Facility C-1-243
P.O. Box 1905
Tehachapi,California 93581