FILED

FEB 19 2019

PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY (C.C.P. §§1013(A), 2015.5).

I declare that :

I am a resident of , Tehachapi in the county of, Kern California. I am over the age of 18 years . My residence address is :

Shikeb Saddozai -CDCR#AY1590
California Correctional Institution
Facility C-1-243
P.O. Box 1905
Tehachapi, California, 93581

On, February 12, 2019, I served the attached: 42 USC 1983, Motion for Appointment of Counsel, Declaration in support of appointment of counsel, Memorandum of law in support of motion for appointment of counsel by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid , in the United States mail at:

California Correctional Institution
Facility : C-1-243
P.O.Box 1905
Tehachapi , California, 93581

Addressed as follows: Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA. 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the date of, February 12, 2019 at, Tehachapi, California, 93581.

*signature*
SHIKEB SADDOZAI

VERIFICATION

I, SHIKEB SADDOZAI, state:

I am the petitioner in this action. I have read the foregoing CIVIL RIGHTS ACT, 42 U.S.C. §. 1983 and the facts stated therein are true of my own knowledge, except as to matters that are therein stated on my own information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at: Tehachapi, California on February, 12, 2019.

Petitioner

CDCR AY1590