

Shikeb Saddozai - CDCR #AY1590
California Correctional Institution(CCI)
P.O. Box 1905
Tehachapi, C.A. 93581

In Pro Per

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SHIKEB   SADDOZAI,

     Petitioner,

    v.

N. MALIKIAN, et al.,

    Defendants.

Case No. 18-cv-05558-BLF

PETITIONERS APPLICATION
REQUESTING FILING FEES
UNDER IN FORMA PAUPERIS
BE WAIVED AND OR MODIFIED
WITH POINTS AND AUTHORITIES
IN SUPPORT OF MOTION

I, Shikeb Saddozai,am the petitioner in the above entitled case. Please take notice that petitioner . submits in forma pauperis, requesting this court to proceed in the above entitled case, without petitioner being required to prepay fees or costs or give security therefore,I state because of my poverty,I am unable to pay the cost of said proceeding or to give security therefore,and that I believe I am entitled to redress.

I declare the statements which I have made below are true.

1. I am not presently employed.

2. In the past 12 months,family,and friends have sent me funds as gifts,and donations,in the amount of $900.00,for personal hygiene,stationary supplies,food,and medical needs.

3. I have no source of income,and do not own cash,bank accounts, real estate,stocks,bonds,notes,automobiles,or other valuable property.

Page 1

# I. FACTS

4. Petitioner is unable to afford filing fee,and has attached hereto in support of declaration; Inmate Trust Account statement,with current balance of $0.00,that the courts have ignored financial status of petitioner,and ability to pay. (SEE: Exhibit-A.)

5. Petitioner has brought civil actions without prepayment of fees,and allowed to proceed in forma pauperis,and is further proof ,and demonstrates that petitioner is indigent,and can not afford fees in the matter. (SEE: Exhibit-A.)

6. Petitioner may never recieve a job,and or with a pay number during his entire term in prison,and petitioners ability to pay,while in prison must be detirmined,upon his ability to work,as well as medical conditions,and needs which prevent meaningful job assignments,petitioners education level,which preclude petitioner from working a meaningful job,and more,none of these legitimate factors have been taken into consideration in the instant case.

7. Petitioner has used available funds,sent as gifts,and donations,from family,and friends,to advance legal litigations,needed for the purposes of initiating,and maintaining court actions,including but not limited to: habeas corpus, action,42 U.S.C. § 1983 action,stationary supplies,postage, photo copying services,and legal reference materials.

8. Petitioner has restitution fines imposed by the courts,and only able to pay any of the fines,because family,and friends send funds as gifts,and donations,once in while,for stationary supplies,personal hygiene,food,and medical needs, and which more than half is taken before given to petitioner to pay court imposed restitution,along with unjust prison administration fees added on.

9. The court have collected filing fees exceeding the amount by statute for commencement of a civil action beyond the 20 percent of the greater of average month deposits to prisoners account or average month balance for a 6 month period,immediately proceeding the filing of the complaint. see attached: Inmate Trust Account, Exhibit-A

COURT PAPER
STATE OF CALIFORNIA
D. 113 (REV. 3-95)

OSP 10 113947

## II. LEGAL CLAIMS

10. Pursuant to 28 U.S.C. § 1915.(b)(4),in no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets,and no means by which to pay the initial partial filing fee.
(SEE: Taylor v. Delatoor,281 F.3d 844,850-51(9th Cir 2002)

   . It would be inconsistent of the courts to furnish the same to a poor person in a civil case involving money only,and to deny it in a criminal proceeding where life,and liberty are in jeopardy.

11. A petitioner who can not pay the initial fee must be allowed to proceed with his case,and not merely granted more time to pay. The courts have discretion to assess or refrain from assessing cost; SEE: Feliciano v. Selsky 205,F.3d 568 572 (2d Cir.2000),and in exercising its discretion,the court must consider factors that will unduly delay or prejudice the adjudication of petitioners rights.

    The courts in detirmining the petitioners ability to pay fee,and in giving said discretion ability to pay fees,the same and or similar standard exist in considering each major factors,such as court imposed restitutions,medical condition needs,lack of employment or job assignments,none of these legitimate factors have been taken into considera- tion,in the instant case,resulting in the " anomaly of restitution fines costing more money than petitioner can actually generate " and of which petitioner continues to suffer from.

12. There is no bad faith on petitioners part,upon providing court true facts demonstrated in prisoners Inmate Trust Account,where record lacks evidence of petitioners ability to pay,and that affiant is sufficiently poor,qualifies for In forma pauperis status.
(SEE: Mathew v. Gaither,902 F.2d 877,881 (11th Cir.1990).)

13. The filing fee would create a hardship,while in state pri- son ,needed for plaintiffs litigation(s),postage,legal copies,stationary,that had not been considered,as to the minimum filing fee,especially amounts that exceed the minimum,as additional punishment in the matter,imposed by the courts.see Rutledge v. Romero,1999 WL 412778,*1-2 (N.D. Ill.June 3,1999)

COURT PAPER
ATE OF CALIFORNIA
D 113 (REV 3-95)
OSP 10 11394

14. In Redmond v. Gill,the District Court abused  its discret-
ion in dismissing a case when plaintiff failed to return an
authorization form for payment of fees within 20 days;
requiring plaintiff be given more time. SEE: 352 F.3d 1315,
1321 (3rd  Cir.2003); Wilson v. Sargent,313 F.3d 1315,1321
(11th Cir.2002).)

Constitutional garantees of due process,and equal protection
both call for procedures in criminal offenses which allow
no invidious discrimination between persons in different
groups of persons; quoting: Griffin v. Illinois,and as such
a state may not inflict punishment on indigent criminal
defendant/petitioner,solely on the basis of their poverty.

15. On January 8th,2019, Court of Appeals for the second
appellate court District State of California ruled using
the criminal process to collect fines,and fees is unconst-
itutional; SEE: People v. Duenas,30 Cal.App.5th 1157 (2019).)

Petitioner proceeds in this motion as an indigent person,
because financial information attached,indicate no assets;
SEE: U.S. v. Beckett,208 F.3d 140, 148-149, no specific
finding were made regarding petitioners ability to pay;
SEE: U.S. v. Jaroszenko,92 F.3d 485,492,fees detirmined by
the courts are without consideration of economic circumst-
ances of petitioner,or any third party compensation
recieved in detirmining payment,reveals it was meant to be
punitive;SEE: People v. Hanson,23 Cal.4th 355 (2000).)

16. In the instant case the court imposed a filing fee of $350
based on assumption that plaintiff can pay the filing fee
out of his earnings,while in prison,which is more than
prisoners assets,and income. see Tucker v. Branker,142 F.3d
1294,1298(D.C. Cir 1998).)

17. The filing fees are to excessive to petitioner,and there
are compelling,and extraordinary reasons,the court may
waive imposition of the filing fee,allowing petitioner to
proceed as indigent.see Henderson v. Norris,129 F.3d 481,
484(8th Cir 1997);Feliciano v. Selsky,205 F.3d 568,572
(2d Cir 2000).)

Page 4

1

2                              CONCLUSION

3    **IT IS RESPECTFULLY** REQUESTED THAT THIS PETITION BE GRANTED
     BASED ON ALL THE ABOVE GROUNDS AND THAT RELIEF FROM THE
4    PREVIOUS FILING FEE IMPOSED BY THE DISTRICT COURT OF $350
     BE MODIFIED AND OR REDUCED TO THE SIMPLEST AND LEAST COSTLY
5    SOLUTION IN WHICH THE COURT HAS THE POWER TO REDUCE OR A
     FULL WAIVER BE IMPOSED BY THE COURT IN THE INTEREST OF
6    JUSTICE.

7

8

9

10

11

12

13

     Respectfully Submitted,
14

     May 29th    ,2019
15
                                        Petitioner In Forma ProPria
16

17                            VERIFICATION

18

     I am the petitioner in the above entitled cause of action,I
19   have read the statements herein,and declare under penalty of
     perjury that the above information are true and believe correct
20   to the best of my knowledge.Dated this 26th,day of April,year
     of 2019,in the city of Tehachapi,county of Kern,in the state of
21   California.

22   May 29th    ,2019

23

24

25

26

27
                               Page 5

EXHIBIT - A

EXHIBIT - A

EXHIBIT A

Date\Time: 4/30/2019 10:02:27 AM

Institution: CCI

**CDCR**

**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|-------|-------------------|-------------|------|----------|
| AY1590 | SADDOZAI, SHIKEB | CCI | C 001 2 | 243001 |

**Current Available Balance:**       $0.00

| Transaction List |
|---|

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 10/30/2018 | CCI | BEGINNING BALANCE | | | | $97.80 |
| 11/01/2018 | CCI | LEGAL COPY | 11/1/18LCS10/25/18 | | ($1.10) | $96.70 |
| 11/01/2018 | CCI | LEGAL COPY | 11/1/18LCS10/30/18 | | ($2.70) | $94.00 |
| 11/01/2018 | CCI | LEGAL COPY | 11/1/18LCS10/24/18 | | ($0.40) | $93.60 |
| 11/02/2018 | CCI | SALES | 40 | | ($93.60) | $0.00 |
| 11/06/2018 | CCI | JPAY | 0000000092765153 | | $300.00 | $300.00 |
| 11/06/2018 | CCI | RESTITUTION FINE PAYMENT | 0000000092765153 | | ($150.00) | $150.00 |
| 11/06/2018 | CCI | ADMINISTRATIVE FEE | 0000000092765153 | | ($15.00) | $135.00 |
| 11/07/2018 | CCI | SALES | 50 | | ($88.30) | $46.70 |
| 11/08/2018 | SQ | RESTITUTION FINE PAYMENT | 9552911806 | | ($150.00) | $840.00 |
| 11/08/2018 | SQ | ADMINISTRATIVE FEE | 9552911806 | | ($15.00) | $825.00 |
| 11/08/2018 | CCI | SALES | 23 | | ($31.10) | $15.60 |
| 11/08/2018 | CCI | SALES | 29 | | ($7.00) | $8.60 |
| 11/08/2018 | SQ | TRACS TRANSFER OUT | TX11082018 | | ($825.00) | $0.00 |
| 11/08/2018 | CCI | TRACS TRANSFER IN | TX11082018 | | $825.00 | $833.60 |
| 11/16/2018 | CCI | LEGAL COPY | 11/16/18LCS11/15/18 | | ($5.00) | $828.60 |
| 11/16/2018 | CCI | INMATE DEPOSIT | MRL# 149CC1595412897 | 11224 | $500.00 | $1,328.60 |
| 11/21/2018 | CCI | LEGAL COPY | 11/21/18LCS11/15/18 | | ($1.30) | $1,327.30 |
| 11/24/2018 | CCI | SALES | 19 | | ($191.55) | $1,135.75 |
| 11/30/2018 | CCI | LEGAL COPY | 11/30/18LCS11/27/18 | | ($0.10) | $1,135.65 |
| 12/03/2018 | CCI | HEALTH RECORD COPIES | 12/3/18HRC11/29/18 | | ($0.30) | $1,135.35 |
| 12/05/2018 | CCI | SALES | 69 | | ($28.40) | $1,106.95 |
| 12/20/2018 | CCI | SALES | 47 | | ($219.95) | $887.00 |
| 01/01/2019 | CCI | PLRA | 5:18-CV-04047-BLF | 705347 | ($100.00) | $787.00 |
| 01/01/2019 | CCI | PLRA | 5:18-CV-03972-BLF | 705347 | ($100.00) | $687.00 |
| 01/02/2019 | CCI | LEGAL MAIL | 11/2/19LM12/27/18 | | ($13.35) | $673.65 |
| 01/07/2019 | CCI | PLRA | 5:18-CV-04492-BLF | 705347 | ($30.00) | $643.65 |
| 01/09/2019 | CCI | REGULAR MAIL | 01/09/19REGMAIL01/04 | | ($0.71) | $642.94 |
| 01/14/2019 | CCI | LEGAL COPY | 01/14/19LCS01/14 | | ($0.70) | $642.24 |
| 01/17/2019 | CCI | LEGAL COPY | 01/17/19LM01/16/19 | | ($2.60) | $639.64 |

2

Date\Time: 4/30/2019 10:02:27 AM

Institution: CCI

## CDCR
## Inmate Statement Report

Verified: _____

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/22/2019 | CCI | MEDICAL COPAY | 10/25/18MCP10/23/18 | | $5.00 | $644.64 |
| 01/22/2019 | CCI | SALES | 37 | | ($220.00) | $424.64 |
| 01/25/2019 | CCI | LEGAL COPY | 01/25/19LCS0124/19 | | ($2.50) | $422.14 |
| 01/29/2019 | CCI | PLRA | 5:18-CV-05558-BLF | 705449 | ($43.15) | $378.99 |
| 01/31/2019 | CCI | LEGAL COPY | 01/31/19 LCS01/25/19 | | ($0.80) | $378.19 |
| 01/31/2019 | CCI | LEGAL COPY | 01/31/19 LCS01/28/19 | | ($1.70) | $376.49 |
| 02/11/2019 | CCI | LEGAL COPY | 02/11/19LCS02/07/19 | | ($4.80) | $371.69 |
| 02/19/2019 | CCI | SALES | 55 | | ($121.95) | $249.74 |
| 02/23/2019 | CCI | SALES | 45 | | ($48.50) | $201.24 |
| 03/05/2019 | CCI | LEGAL MAIL | 03/05/19LM02/21/19 | | ($7.85) | $193.39 |
| 03/05/2019 | CCI | LEGAL MAIL | 03/05/19LM02/28/19 | | ($2.50) | $190.89 |
| 03/08/2019 | CCI | LEGAL MAIL | 3/8/19LM3/5/19 | | ($7.35) | $183.54 |
| 03/13/2019 | CCI | SALES | 30 | | ($49.55) | $133.99 |
| 03/14/2019 | CCI | LEGAL MAIL | 03/11/19LM03/11/19 | | ($2.50) | $131.49 |
| 03/20/2019 | CCI | SALES | 9 | | ($89.25) | $42.24 |
| 03/25/2019 | CCI | LEGAL MAIL | 03/25/19LM 03/20/18 | | ($8.30) | $33.94 |
| 03/25/2019 | CCI | LEGAL MAIL | 03/25/19 LM 03/20/19 | | ($7.35) | $26.59 |
| 04/02/2019 | CCI | LEGAL COPY | 04/02/19LCS03/25/19 | | ($1.00) | $25.59 |
| 04/02/2019 | CCI | LEGAL MAIL | 04/02/19LM03/28/19 | | ($2.05) | $23.54 |
| 04/02/2019 | CCI | LEGAL MAIL | 04/02/19LM03/28/19 | | ($2.05) | $21.49 |
| 04/02/2019 | CCI | LEGAL MAIL | 04/02/19LM03/28/19 | | ($2.05) | $19.44 |
| 04/02/2019 | CCI | LEGAL MAIL | 04/02/19LM003/27/19 | | ($2.05) | $17.39 |
| 04/04/2019 | CCI | LEGAL MAIL | 04/04/19 LM 03/29/19 | | ($2.05) | $15.34 |
| 04/11/2019 | CCI | JPAY | 0000000099516095 | | $200.00 | $215.34 |
| 04/15/2019 | CCI | LEGAL MAIL | 04/15/19LM04/11/2019 | | ($2.20) | $213.14 |
| 04/17/2019 | CCI | SALES | 7 | | ($49.40) | $163.74 |
| 04/17/2019 | CCI | LEGAL MAIL | 04/17/19LM04/11/19 | | ($2.05) | $161.69 |
| 04/17/2019 | CCI | LEGAL MAIL | 04/17/19LM04/11/19 | | ($1.69) | $160.00 |
| 04/18/2019 | CCI | JPAY | 0000000099793432 | | $220.00 | $380.00 |
| 04/18/2019 | CCI | LEGAL MAIL | 04/17/19LM04/11/19 | | ($0.36) | $379.64 |
| 04/19/2019 | CCI | SALES | 17 | | ($43.60) | $336.04 |
| 04/19/2019 | CCI | LEGAL COPY | 4/19/19LCS4/11/19 | | ($0.04) | $336.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 04/11/2019 | $40.00 |
| Other Encumbrance | 04/11/2019 | $40.00 |

3

Date\Time: 4/30/2019 10:02:27 AM

Institution: CCI

**CDCR**

Verified: _____

## Inmate Statement Report

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 04/11/2019 | $40.00 |
| Other Encumbrance | 04/11/2019 | $40.00 |
| Other Encumbrance | 04/18/2019 | $44.00 |
| Other Encumbrance | 04/18/2019 | $44.00 |
| Other Encumbrance | 04/18/2019 | $44.00 |
| Other Encumbrance | 04/18/2019 | $44.00 |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | 5:18-CV-03972-BLF | $350.00 | ($100.00) | $166.00 |
| PLRA | 5:18-CV-04047-BLF | $350.00 | ($100.00) | $166.00 |
| PLRA | 5:18-CV-04492-BLF | $350.00 | ($30.00) | $236.00 |
| PLRA | 5:18-CV-05558-BLF | $350.00 | ($43.15) | $222.85 |
| LEGAL COPY | 4/19/19LCS4/11/19 | $2.20 | ($0.04) | $2.16 |
| LEGAL COPY | 04/25/19LCS04/22/19 | $8.90 | $0.00 | $8.90 |
| LEGAL COPY | 04/25/19LCS04/23/19 | $2.10 | $0.00 | $2.10 |
| LEGAL COPY | 04/25/19LCS04/23/19 | $0.40 | $0.00 | $0.40 |
| LEGAL COPY | 04/25/19LCS04/23/19 | $4.50 | $0.00 | $4.50 |
| COPY CHARGES | 4/30/19STMNTCOPIES | $0.30 | $0.00 | $0.30 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | SC078812 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | 16NF001414 | Fulfilled | $300.00 | $0.00 | ($300.00) | $0.00 |

4