Shikeb Saddozai-AY1590
California Correctional Institution
P.O. Box 1905
Tehachapi, C.A. 93581
In Pro Per



FILED
JUN -5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,

    Petitioner,

v.

N. MALIKIAN, et al.,

    Defendants.

Case No. 18-cv-05558-BLF

DECLARATION IN SUPPORT OF REQUEST FOR FILING FEES TO BE WAIVED AND OR MODIFIED

SHIKEB SADDOZAI states:

1. I am the petitioner in the above- entitled action. I make this declaration in support of my application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. I am incarcerated in the California Correctional Institution, (CCI), and do not have a job or a steady income.

3. Before my incarceration, August 20, 2014, I was employed at Smartgadgets, and recieved a salary of $1700.00 a month.

4. I have recieved approximately $900.00, in gifts from family, and friends, over the past 12 months, for personal hygiene, stationary supplies, food, and medical needs.

5. I have no other source of income, and do not own any cash, bank accounts, real estate, stocks, bonds, notes, automobiles, or other valuable property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Page 1

1 | May 29th, 2019
2 | *signature*
3 | Shikeb Saddozai-AY1590
4 | California Correctional Institution
   | P.O.Box 1905
   | Tehachapi,C.A. 93581

Page 2