DECLARATION OF SEVICE BY MAIL
BY PERSON IN STATE CUSTODY
(C.C.P.§§ 1013(A),2015.5 )

I, Shikeb Saddozai          ,the undersigned, declare:

I am over the age of 18 years, and I am a party to this matter. I am a resident of Tehachapi, in the County of Kern, State of California. My address is:

>  Shikeb Saddozai-CDCR#AY1590
>  California Correctional Institution(CCI)
>  P.O. Box 1905
>  Tehachapi, California, 93581

On, May 29th, 2019    I served the attached:

   (2)copies of: PETTIONERS APPLICATION REQUESTING FILING FEES UNDER
         IN FORMA PAUPERIS BE WAIVED AND OR MODIFIED WITH POINTS
         AND AUTHORITIES IN SUPPORT OF MOTION, for each case:
   Case No.18-cv-05558-BLF,18-cv-04047-BLF,18-cv-03972-BLF,18-cv-04492-BLF

   (2)copies of: DECLARATION IN SUPPORT OF REQUEST FOR FILING FEES TO BE
         WAIVED AND OR MODIFIED, for each case:
   Case No.18-cv-05558-BLF,18-cv-04047-BLF,18-cv-03972-BLF,18-cv-04492-BLF

on the parties, at the addresses listed below, by placing true and correct copies thereof, enclosed in a sealed envelope(verified by prison officials) with postage fully prepaid, and turned sealed envelope to prison officials, to be placed in a deposit box, provided by California Correction Institution, for mailing in the United States Mail as per the regulations governing out-going Legal Mail.

>  Office of the Clerk, U.S. District Court
>  Northern District
>  450 Golden Gate Ave.
>  San Francisco C.A. 93581

I DECLARE UNDER THE PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT ALL OF THE FOREGOING IS TRUE AND CORRECT.

Executed on May 29th, 2019 at Tehachapi, California

_____ Declarant