June 24th 2019
via U.S. postal

Shikeb Saddozai-AY1590
California Correctional Institution(CCI)
P.O. Box 1905
Tehachapi,C.A.93581

**FILED**

JUL 0 1 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Office of the Clerk,U.S. District Court
Northern District of California
280 South First Street,Rm 2112
San Jose,C.A. 95113-3095


Re: Case No.18-cv-04047-BLF; 18-cv-05558-BLF; 18-cv-04511-BLF;
    18-cv-04492-BLF; 18-cv-03972-BLF

    My name is, Shikeb Saddozai, and I am the plaintiff/petitioner in the above referenced case pending with the:

        Northern District of California,U.S.District Court
        280 S. First St.,
        San Jose,California 95113


    I am currently incarcerated at California Department of Corrections and Rehabilitations(CDCR),California Correctional Institution (CCI),state prison. I am indigent and do not have counsel to represent me. Prison facility law librarian and supervisor responsible have failed and refused providing me copies upon my request relating to my active legal cases from the lexis nexis system and or from legal reference materials, necessary for advancing in my litigations,and deadlines.

    I have complained about this matter which is attached to this letter as supporting evidence,in addition to numerous law library cancelations that are without notice and my attempts have been unsuccessful.

    I would appreciate your assistance in contacting (CCI)prison facility law library on my behalf regarding my need to make legal photocopies to prosecute my active legal cases.Thank you for your prompt attention and assistance on the matter.


Cordially,

*[signature]*

Shikeb Saddozai-CDCR# AY1590

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER | SIGNATURE |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER | ASSIGNMENT | HOURS FROM___ TO___ | TOPIC |
|---|---|---|---|
| CCI-C-1-243 | (CCI) facility Law Library | | Denial/law library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn: CCI-Facility Law Library; I submitted multiple request, that went unanswered, inquiring physical access to law library services, and or copies of legal reference materials, and legal book check outs, due to restricted movement resulting from numerous facility lockdowns, and repeated law library cancelations. Due to the above reasons please inform me in the process of obtaining said resources (Legal book check out, printed case laws) needed during active legal cases. Please advise.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☒ SENT THROUGH MAIL: ADDRESSED TO: (CCI) facility-Law Library Supervisor   DATE MAILED: 05/08/2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME | DATE | SIGNATURE | DATE RETURNED |
|---|---|---|---|
| J Ludwigsen | 5/16/19 | [signature] | 5/16/19 |

You can access the library during yard time or through a CDCR-22 request. Legal materials can be accessed while attending the library.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

ATTN: Law Library Supervisor; Due to frequent facility lockdowns, Library cancelations, lack of yard recreation, as well as lack of space to provide library service, I am denied access to law library. Can I obtain legal book check-outs, and printed case laws from the lexis nexis system?

SIGNATURE: ShikebSaddozai   DATE SUBMITTED: 05/17/2019

## SECTION D: SUPERVISOR'S REVIEW

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA  
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE  
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1540 | S. Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C1-243 | CCI Facility Law Library | | Law Library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn: (CCI) facility law library. Please let me know if you are able to print and provide copies of case law citations from the electronic law library system. Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☒ SENT THROUGH MAIL: ADDRESSED TO: (CCI) facility Law Library       DATE MAILED: 11/15/2018
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R. Hebron(?) | 11/19/18 | [signature] | 11/19/18 |

We only print case law if you are restricted from the law library to do all research or I have no way to obtain it, do your research here.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENTS SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Thank you very much for your response. I have one additional question can I check out law books and or legal reference materials. Thank you.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| S. Saddozai | 12-01-2018 |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA  
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE  
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C-1-243 | (CCI) facility Law Library | | Denial/law library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn:CCI-Facility Law Library; I submitted multiple request,that went unanswered,inquiring physical access to law library services,and or copies of legal reference materials,and legal book check outs,due to restricted movement resulting from numerous facility lockdowns,and repeated law library cancelations. Due to the above reasons please inform me in the process of obtaining said resources(Legal book check out,printed case laws)needed during active legal cases.Please advise.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**  
☒ SENT THROUGH MAIL: ADDRESSED TO: (CCI)facility-Law Library Supervisor   DATE MAILED: 05/08/2019  
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL |
|---|---|---|
| | | |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

_____
_____
_____
_____
_____
_____

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

_____
_____
_____
_____

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

_____
_____
_____
_____

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| [illegible] | [illegible] | Av[illegible] | [illegible] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM___ TO___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C1-243 | CCI Facility Law Library | | Law Library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn: CCI Facility Law Library
Please let me know if you are still locating and providing copies of case law citations from the electronic law library system. Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☒ SENT THROUGH MAIL: ADDRESSED TO: CCI Facility Law Library        DATE MAILED: 11/15/2018
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) BURKHARDT | (FIRST NAME) BROOKS | CDC NUMBER: BB7150 | SIGNATURE: |
|---|---|---|---|
| HOUSING/BED NUMBER: C-5-228 | ASSIGNMENT: M/A | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): CASELAW PRINTOUT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I would like a printout of "In re reeves" Case law in which I am currently APPEALING.

" In re JAMES GREEBE REEVES on Habeas Corpus
SUPREME COURT OF CALIFORNIA
35 CAL. 4TH 765; 110 P.3d 1218; 28 CAL. Rptr. 3d 4; 2005 CAL. LEXIS 4912; 2005 DAILY Journal DAR 5274; 2005 CAL. Daily Op. Servise 3865 S110887 May 9, 2005 filed

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: _____  DATE MAILED: __/__/__
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED - TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: J. Ludwigsen | DATE: 5/21/19 | SIGNATURE: | DATE RETURNED: 5/21/19 |
|---|---|---|---|

Materials that are available and accessible on the LexisNexis computers will not be printed out.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

# RE: Copy request

**Ludwigsen, J    @CDCR**

Thu 6/13/2019 1:18 PM

To: Butterbredt, L   @CDCR <L .Butterbredt@cdcr.ca.gov>;

A 602 is only copied once when it's still in the appeals stage. If he needs it for exhibits going to the court, then he has to show what court document he is attaching it to where it's going. But getting ten copies of a 602 is denied.

---

**From:** Butterbredt, L    @CDCR
**Sent:** Thursday, June 13, 2019 8:16 AM
**To:** Ludwigsen, J    @CDCR
**Subject:** Copy request

Good morning, this guy is wanting ten copies of a 602. I told him I would need your approval. Could you let me know asap?

Thanks a bunch & have a great day,
🌷

Copy

06/12/19

To Whom It May Concern

Per librarian request I am submitting this letter to obtain authorization to photocopy CDC-Form-602 Appeal for the following reason(s):

1) Attachment / Exhibits
2) Per Habeas Petition instructions requires Ten (10) copies
3) To advance in my litigations

Inorder to initiate and maintain court actions and complaints

Cordially

Shikeb Saddozai AY1590
(inmate) C.C.I Facility

Shikeb Saddozai-CDCR#AY1590
(CCI)
P.O. Box 1905
Tehachapi, C.A. 93581

Mail To: Clerk, U.S. District Court
Northern District of California
280 S. First St., Rm 2112,
San Jose, C.A. 95113-3095

LEGAL MAIL