UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>          Plaintiffs,<br><br>  v.<br><br>CLAWSON, et al.,<br><br>          Defendants. | Case No.: 5:18-cv-05558-BLF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)    On 7/12/2019, I SERVED a true and correct copy(ies) of the **ORDER OF DISMISSAL WITH LEAVE TO AMEND; DENYING APPLICATION FOR WAIVER OR MODIFICATION OF FILING FEES filed on 7/11/2019**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Shikeb Saddozai ID: AY1590
CCI C1-243
P.O. Box 1905
Tehachapi, CA 93581

Dated: 7/12/2019

                                 Susan Y. Soong
                                 Clerk, United States District Court

                                 By:_____
                                 Tiffany Salinas-Harwell, Deputy Clerk to
                                 the Honorable Beth Labson Freeman

*Service_Certificate _CRD*
*rev. August 2018*