Date August 4th 2019

FILED

AUG 07 2019

SUSAN Y SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Shikeb Saddozai —CDCR AY1590
California Correctional Institution (CCI)
P.O. Box 1905
Tehachapi California 93581

Office of the Clerk, U.S. District Court
Northern District of California
280 South First street # Rm-2112
SanJose CA- 95113 - 3095

Re:   Case No. 18-05558- BLF(PR)
      Case No. 18 - 03972-BLF (PR)
      Case No. 18 - 04492- BLF (PR)

Dear Judge and office of the Clerk,

        Please provide extension for the above
    referenced case numbers. Prison facility has
    been placed on lockdown without reason and I have been
    denied access to prison law library needed to prepare and
    file my cases and therefore I am requesting extension.
    My mail has also been delayed.
                    S. Saddozai
Sincerely,   Shikeb Saddozai

**California Correctional Institution**

Name: Shikeb Saddozai

CDC #: AY1590

Facility C Building 2 Bed 139

P.O. Box 1905

Tehachapi, CA 93581

CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION INDIGENT INMATE MAIL

Facility Post Office Boxes
Facility A - P.O. Box 1902
Facility B - P.O. Box 1906
Facility C - P.O. Box 1905
Facility D - P.O. Box 608
Facility E - P.O. Box 107
Administration - P.O. Box 1031

CA STATE PRISON
CCI- TEHACHAPI
FACILITY C BLDG 2

Legal Mail
Confidential

Mail To:

Clerk, U.S. District
Court,
Northern District of
California
280 South First St., Rm#2112
San Jose CA 95113-3095

U.S. POSTAGE PITNEY BOWES
ZIP 93561 $ 000.50
0001384585 AUG 05 2019