

Shikeb Saddozai-AY1590
CCI
P.O.Box 1905
Tehachapi,C.A. 93581

RECEIVED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Mail

LEGAL MAIL

U.S. POSTAGE >> PITNEY BOWES

ZIP 93561
02 1W    $ 002.35⁰
0001384585 AUG 13 2019

To: Office of the Clerk,U.S.District Ct.
Northern District of Cal.
450 Golden Gate Ave.
San Francisco, C.A. 94102