Shikeb Saddozai-CDCR#AY1590
California Correctional Institution(CCI)
P.O.Box 1905
Tehachapi,California 93581
In Pro se

**FILED**

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI

    Plaintiff,

    V.

CLAWSON

    Defendants.

Case No.C-18-05558 BLF(PR)

MOTION FOR APPOINTMENT

OF COUNSEL

Pursuant to 28 U.S.C. § 1915 (e)(1) Plaintiff Shikeb Saddozai

moves for an order appointing counsel to represent him in this

case. In support of this motion, Plaintiff states;

1. Plaintiff is unable to afford counsel,and has requested
   leave to proceed IN FORMA PAUPERIS , and as a result of
   being indigent, plaintiff has been granted appointment
   of counsel by the:
   FIRST APPELLATE DISTRICT ,on criminal matter.
   see attached Exhibit: A.

2. The issues in the case are complex,because it contains
   several different legal claims, with each claim invol-
   ving a different set of defendants, all related to
   each other, arising out of the same transaction ,
   occurrence , or series of transactions or occurrences.
   Fed R.Civ.P 20(a)(2)

COURT PAPER
ATE OF CALIFORNIA
D 113 (REV 3-95)

OSP 15 11 394

3. The plaintiff has no legal knowledge of the law, with only a high school education, not competent to try the case, with physical and mental disability that would make it difficult for plaintiff to present case, which an attorney can make a difference in the outcome of case.
see attached Exhibit: B.

4. The plaintiff has limited or no access to facility law library photocopying, notarizing, legal reference materials, nor ability to print from legal reference materials or electronic copies from the LEXIS NEXIS SYSTEM, nor is librarian trained in the field of law, and has repeatedly denied legal book check-outs,and threatened filing  false disciplinary action from seeking assistance from other inmates, and refused allowing me to making copies of my complaints filed in support of my claims,in addition to libray cancelations.
see attached Exhibit: C.

5. The plaintiff wrote letters to the following attorney's and or legal orginizations:
John E. Hill , Joseph Saei , R.Michael Flynn, ACLU, asking them to handle this case and plaintiff's letters requesting representation have been rejected.
see attached Exhibit: D.

6. The case requires investigation that plaintiff will not be able to do because of his imprisonment preventing his ability to litigate,  such as obtaining the following: discovery of documents, medical records, jail/prison incident reports that plaintiff is not allowed to have, identity of witnesses and defendants, interviewing other witnesses that were victims of abuse and mistreatment, prior history of officers, as well as preparation beyond the ability of a In Pro Se prisoner.

7. The plaintiff and or witnesses have been transfered and or released where events last occured described in plaintiffs complaint that know the facts, that need to be proved, and due to the changed circumstances.

8. There will be credibility issues strongly expected to be disputed which will require an attorney to conduct cross-examination that will involve conflicting testimony,and

Page 2

counsel would better enable plaintiff to present evidence by virtue of experience and not of being locked up in plaintiffs custody.

9. Expert testimony will be needed which involves technical, medical , and mental health issues and requiring process serving on multiple defendants and witnesses, that will require depositions, some who are supervisory officials, presenting complex legal issues of detirmining which defendants were sufficiently personally involved in the Constitutional violations to be held liable.

10. Plaintiff's case has merit and the aforementioned factors have been met.

11. Plaintiff has intentionally had his legal materials confiscated and destroyed and legal correspondence taken and reviewed outside his presence or consent by defendants to prevent plaintiff from initiating civil action,obstruct access to the courts, seek help, expose misconduct,including denied delivery via U.S. postal of legal reference materials.

12. The plaintiff has demanded a jury trial, which requires much greater legal skills than the plaintiff has or can develop such as the totality of the conditions, state of mind, issues of deliberate indifference, defense of qualified imunity, the Constitutionality of a federal statute, questions of the extent of prisoners rights under the federal disability statutes, and detirmining whether a prison regulation violates the Turner v. Safley, "reasonable relationship" standard.

13. Should the courts deny plaintiff's, MOTION FOR APPOINTMENT OF COUNSEL, plaintiff request the courts to provide a brief recital as to why the motion should not be granted. Allen v. Thomas, 388 F.3d 147,150(5th Cir.2004); Howland v. Kilquist, 833 F.2d 639,646(7th Cir.1987)


   WHEREFORE, this Honorable Court should appoint counsel to represent the plaintiff in this case.

Date: August 8th, 2019

A. Laddozai

                              Page 4

EXHIBIT – A

EXHIBIT A

Court of Appeal, First Appellate District
Charles D. Johnson, Clerk Executive Officer
Electronically RECEIVED on 8/10/2018 at 11:52:37 AM

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIRST APPELLATE DISTRICT

### DIVISION 5

```
Court of Appeal, First Appellate District
        FILED
     AUG 1 0 2018
   Charles D. Johnson, Clerk
by_____Deputy Clerk
```

THE PEOPLE,

　　Plaintiff and Respondent,

v.

Shikeb Saddozai.

　　Defendant and Appellant.

A154894
(San Mateo County
Super. Ct. No. 16NF001414)

---

### Order Appointing Counsel

By the Court:

Upon the recommendation of the First District Appellate Project, Michael Allen (State Bar No. 254082) is appointed to represent appellant Shikeb Saddozai in this Court on an independent basis.

If the record has not yet been transmitted, the Clerk of the Superior Court is directed to send the record on appeal to:

　　　　　　　　Michael Allen
　　　　　　　　12655 W. Jefferson Blvd
　　　　　　　　Fl. 4
　　　　　　　　Los Angeles, CA  90066.

Appellant's Opening Brief shall be filed forty (40) days from either the date of the filing of the record or from the date of this order, whichever is later.

Appellant:

Shikeb Saddozai (AY1590)
San Quentin State Prison
San Quentin, CA  94974

Appointed Counsel:

Michael Allen
12655 W. Jefferson Blvd
Fl. 4
Los Angeles, CA  90066

EXHIBIT - B

**EXHIBIT B**

 CTB McGraw-Hill



## Individual Report for SADDOZAI S

**Report Identification Information**

| | |
|---|---|
| Student ID: | AY 1590 |
| Test Date: | 01/24/19 |
| Report Date: | 01/25/19 |
| Page No: | 16 |

| | |
|---|---|
| Test Group: | Sutton01242019AM |
| Test Name: | TABE 9/10 Basic Ed |
| Examiner: | Sutton,B ABE 3 |
| Site Name | 03 |
| Tag Group: | Entire Group |

| Skill Area | L/F | NC | NA | SS | GE | NP | NS | OM |
|---|---|---|---|---|---|---|---|---|
| Reading | D9 | 23 | 50 | 469 | 4.4 | 29 | 4 | 20 |
| Mathematics Computation | D9 | 11 | 39 | 371 | 2.7 | 7 | 2 | 0 |
| Applied Mathematics | D9 | 15 | 50 | 442 | 3.8 | 22 | 3 | 11 |
| Language | D9 | 22 | 55 | 443 | 2.7 | 20 | 3 | 0 |
| Total Mathematics | | 26 | 89 | 406 | 3.1 | 12 | 3 | |
| Total Battery | | 71 | 194 | 439 | 3.3 | 19 | 3 | |

L/F=Test Level & Form   SS=Scale Score   NS=National Stanine
NC=Number Correct   GE=Grade Equivalent   OM=% Objectives Mastered
NA=Number Attempted   NP=National Percentile

### Predicted GED

| Content Area | Score | Status |
|---|---|---|
| Reading | 320 | Instructional |
| Mathematics | 280 | Instructional |
| Writing | 350 | Instructional |
| Science | 320 | Instructional |
| Social Studies | 330 | Review |
| Average | 330 | Instructional |

### NRS Levels

| Content Area | Level | Description |
|---|---|---|
| Reading | 3 | Low Intermediate Education |
| Language | 2 | Begining Basic Education |
| Total Mathematics | 2 | Begining Basic Education |

| Objectives | Score | Mastery Level | Percent Correct |
|---|---|---|---|
| **Reading** | | | |
| D01 Intrp Graph | 0/ 4 | Non-Mastery | 0 |
| D02 Wd In Contx | 0/ 4 | Non-Mastery | 0 |
| D03 Recall Info | 11/13 | Mastery | 84 |
| D04 Const Mean | 8/17 | Non-Mastery | 47 |
| D05 Eval/Ex Mng | 4/12 | Non-Mastery | 33 |
| Subtest Average | | | 46 |
| **Mathematics Computation** | | | |
| D13 Mul Whl Num | 2/ 5 | Non-Mastery | 40 |
| D14 Div Whl Num | 2/ 5 | Non-Mastery | 40 |
| D15 Decimals | 1/ 8 | Non-Mastery | 12 |
| D16 Fractions | 2/ 8 | Non-Mastery | 25 |
| D17 Integers | 3/ 9 | Non-Mastery | 33 |
| D18 Percents | 1/ 5 | Non-Mastery | 20 |
| Subtest Average | | | 28 |
| **Applied Mathematics** | | | |
| D21 Num Operatn | 1/ 8 | Non-Mastery | 12 |
| D22 Comp Contxt | 3/ 4 | Mastery | 75 |
| D23 Estimation | 1/ 5 | Non-Mastery | 20 |
| D24 Measurement | 3/ 6 | Partial Mastery | 50 |
| D25 Geometry | 1/ 6 | Non-Mastery | 16 |
| D26 Data Analy | 3/ 7 | Non-Mastery | 42 |
| D27 Stat/Prob | 2/ 4 | Partial Mastery | 50 |
| D28 Pre-Alg/Alg | 1/ 6 | Non-Mastery | 16 |
| D29 Prob Solvg | 0/ 4 | Non-Mastery | 0 |
| Subtest Average | | | 30 |

| Objectives | Score | Mastery Level | Percent Correct |
|---|---|---|---|
| **Language** | | | |
| D30 Usage | 9/15 | Partial Mastery | 60 |
| D31 Sent Forma | 1/ 7 | Non-Mastery | 14 |
| D32 Para Devel | 3/11 | Non-Mastery | 27 |
| D33 Capitaliz | 2/ 4 | Partial Mastery | 50 |
| D34 Punctuation | 5/11 | Non-Mastery | 45 |
| D35 Writg Conv | 2/ 7 | Non-Mastery | 28 |
| Subtest Average | | | 40 |
| Total Average | | | 36 |

Copyright by CTB/McGraw-Hill, Inc. All Rights Reserved.

# Saddozai, Shikeb

Agency: 8151 - California Department of
Corrections & Rehabilitation (CDCR)

ID# 01251590

Program: Basic Skills (ABE)

| Most Recent | Form | Date | Scale Score | NRS Level | Form Level | Total | Correct | Attempted |
|---|---|---|---|---|---|---|---|---|
| Math | 035M | 12/13/2018 | 210 | 2 | C | 35 | 8 | 35 |

| Math Competencies | # | % Correct |
|---|---|---|
| Computation | 35 | 22 % |

| CASAS Math Content Standards (2009) | # | % Correct |
|---|---|---|
| Number sense | 17 | 41 % |
| Measurement | 17 | 17 % |
| Statistics, Data Analysis and Probability | 7 | 28 % |

*TOPSpro Enterprise 3.0 build 45*

© 2018 by CASAS. All rights reserved

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# EDUCATION PROGRESS REPORT

| Date of Report |
|---|
| 01/09/2019 |

| Name (Last, First) | CDC Number | Institution | School Name |
|---|---|---|---|
| SADDOZAI, SHIKEB | AY1590 | California Correctional Institution | Tehachapi Mountain Adult School |

| Assignment Date | Period Being Reviewed | Exit Date | Reassignment Recommendation | Reason |
|---|---|---|---|---|
| 10/25/2018 | 10/25/2018 to 12/31/2018 | | | |

| Program Title | Program Grade |
|---|---|
| Adult Basic Education III | U |

| Course/Component Name | Total Modules in Course Component | Modules Completed this Quarter | Cumulative Modules Completed | Course/Component Complete | Course/Component Grade | Credit Earned |
|---|---|---|---|---|---|---|
| English Language Arts | 9 | 0 | 0 | N | U | 0.0 |
| ABE 3 Mathematics | 8 | 0 | 0 | N | U | 0.0 |

| Module Name | Module Grade | Module Exam on Date | Placement Test Type | Placement Test Date | Module Completion Other | Other Grade |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

| Employment Readiness/Behavior Assessment | | Comments: |
|---|---|---|
| Attitude | Satisfactory | Inmate Saddozai has been enrolled since 10/25/2018 doesn't appear to have completed much work. He is currently assigned to Number Power 1 and will continue working in this book this coming quarter. He will be receiving a full battery TABE in the near future. |
| Ethics | Satisfactory | |
| Work Habits | Satisfactory | |
| Cooperation | Satisfactory | |
| Problem Solving | Satisfactory | |
| Active Listening | Satisfactory | |

### Current Testing

| Date | Test Type | Subtype | Level | Scores |
|---|---|---|---|---|
| 12/13/2018 | CASAS | | 99 | Math-035M - 210 |

Additional Comments:

| Instructor/Teacher (Printed Name) | Date | Supervisory Review (Printed Name) | Date Approved |
|---|---|---|---|
| B. Sutton | 01/09/2019 | S. Fink | 01/17/2019 |

CDCR SOMS IJPT164 - EDUCATION PROGRESS REPORT

EXHIBIT - C

EXHIBIT -C

EXHIBIT C

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*BLIB-19-038*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT:(CCI)facility | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C-1-243 | Law Library | HOURS FROM_____ TO_____ | Denial/law library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn:CCI-Facility Law Library; I submitted multiple request,that went unanswered,inquiring physical access to law library services,and or copies of legal reference materials,and legal book check outs,due to restricted movement resulting from numerous facility lockdowns,and repeated law library cancelations. Due to the above reasons please inform me in the process of obtaining said resources(Legal book check out,printed case laws)needed during active legal cases.Please advise.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL: ADDRESSED TO:(CCI)facility-Law Library Supervisor   DATE MAILED:05 08 2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| J Ludwigsen | 5/16/19 | *[signature]* | 5/16/19 |

You can access the library during yard time or through a CDCR-22 request legal materials can be accessed while attending the library.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.
ATTN: Law Library Supervisor; Due to frequent facility lockdowns,Library cancel-ations,lack of yard recreation,as well as lack of space to provide library serv-ice,I am denied access to law library. Can I obtaing legal book check-outs,and printed case laws from the lexis nexis system ?

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| ShikebSaddozai | 05/17/2019 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee: Canary - Inmate/Parolee's 2nd Copy: Pink - Staff Members Copy: Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozi | Shikeb | AV15an | J. Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C1-243 | CCI facility Law Library | | Law Library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:  Attn: (CCI) facility law library

Please let me know if you are able to print and mail copies of case law citations from the electronic law library system. Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: (CCI) facility Law Library

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

DATE MAILED: 11/15/2018

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | 11/9/18 | | 11/9/18 |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENTS SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Thank you very much for your response. I have one additional question, can I check out law books and or legal reference materials. Thank you.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| J. Saddozai | 12-01-2018 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER. | SIGNATURE: |
|---|---|---|---|
| Saddozai | Snikeb | AY1590 | SnikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT* | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C-2-159 | CCI-Facility; Law Library ever. | HOURS FROM_____ TO_____ | ACCESS TO THE COURTS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW  ATTN: CCI-Facility; Law Library; This requ-
est serves as a notice, I am denied access to law library services,upon my request
with law librarian during facility failure to resume recreational yard time,and
my law library request have went unanswered.Please provide legal book check out
for: CRIMINAL LAW PROCEDURE & PRACTICE; along with a copy of citation below from
the LEXIS NEXIS SYSTEM: Brady v. Maryland(1963)373 US 83 10 L Ed 2d 215,83 S Ct1194.
for my active legal deadlines and appeal.Please respond in writing with above

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CCI-Facility Law Library_____ DATE MAILED: 03 28 19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)     YES     NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON     BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE. | DATE RETURNED: |
|---|---|---|---|

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE. | SIGNATURE. | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT;PAROLE, ETC.): |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

_____

_____

_____

_____

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☐ SENT THROUGH MAIL:   ADDRESSED TO: _____   DATE MAILED: _____
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?  (CIRCLE ONE)   YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY:  (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

_____

_____

_____

_____

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

# RE: Copy request

Ludwigsen, J      @CDCR

Thu 6/13/2019 1:18 PM

To:Butterbredt, L      @CDCR <L      .Butterbredt@cdcr.ca.gov>;

A 602 is only copied once when it's still in the appeals stage. If he needs it for exhibits going to the court, then he has to show what court document he is attaching it to where it's going. But getting ten copies of a 602 is denied.

---

**From:** Butterbredt, L      @CDCR
**Sent:** Thursday, June 13, 2019 8:16 AM
**To:** Ludwigsen, J      @CDCR
**Subject:** Copy request

Good morning, this guy is wanting ten copies of a 602. I told him I would need your approval. Could you let me know asap?

Thanks a bunch & have a great day,

*Copy*

To Whom It May Concern

Per librarian request I am Submitting this letter to obtain authorization to photocopy CDC-Form-602 Appeal for the following reason(s):

1) Attachment / Exhibits

2) Per Habeas Petition instructions requires Ten (10) copies

3) To advance in my litigations

Inorder to initiate and maintain court actions and complaints

Cordially

Shikeb Saddozai AV9590
(inmate) C.C.I Facility

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| BURKHARDT BROOKS | BB7150 | [signature] |
| HOUSING/BED NUMBER: C-5-228 / ASSIGNMENT: N/A | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): CASELAW PRINTOUT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: I would like a Printout of "In re reeves" Case law in which I am currently APPEALING.

" In re JAMES GREEBE REEVES on Habeas Corpus
SUPREME COURT OF CALIFORNIA
35 CAL. 4TH 765; 110 P. 3d 1218; 28 CAL. Rptr. 3d 4; 2005 CAL. LEXIS 4912; 2005 DAILY Journal DAR 5274; 2005 CAL. Daily Op. Service 3865 S110887 MAY 9, 2005 filed

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: ____________ DATE MAILED: __/__/__

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| J. Ludwigsen | 5/21/19 | [signature] | 5/21/19 |

Materials that are available and accessible on the LexisNexis computers will not be printed out.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENTS SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)          (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C-2-139 | CCI-Facility: Law Library | | LAW LIBRARY ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Attn: Law Library; Please provide me physical access to law library. I have an active legal case requiring legal research and confidential/legal materials that need to be copied immediately. Please respond in writing. Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☐ SENT THROUGH MAIL:  ADDRESSED TO: CCI-Facility:Law Library                    DATE MAILED: 07/15/19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?  (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY:  (CIRCLE ONE)  IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee  Canary - Inmate/Parolee's 2nd Copy  Pink - Staff Members Copy  Goldenrod - Inmate/Parolee's 1st Copy

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) Saddozai | (FIRST NAME) Shikeb | CDC NUMBER: AY1590 | SIGNATURE: ShikebSaddozai |
|---|---|---|---|
| HOUSING/BED NUMBER: CCI-C-2-139 | ASSIGNMENT: CCI-Facility Edu.Supervisor:Fin | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): TYPE COPY MACHINE/writes |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn: S.Fink; Please be advised law
library copy machine and type writer are out of order/malfunctioned, and
failed to be repaired for the past few months. I have active legal cases
and deadlines requiring immediate access to the law library copy machine
and type writer which is preventing me from initiating court actions,
maintaing responses and filing complaints. I have submitted multiple inmate
requests regarding law library issues failed to be responded.please respond

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☒ SENT THROUGH MAIL:  ADDRESSED TO: CCI-Facility: S.Fink , Edu.Sup      DATE MAILED:07 /15/19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES      NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1580 | ShikeSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: CCI-Facility | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C-2-139 | J.Ludwiesen,Edu.Sup. | | COPY MACHINE/TYPE... |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn: J.Ludwiesen; please be advised that law library copy machine and type-writer are out of order/malfunctioned, and failed to be replaced for the past few months. I have active legal cases and deadlines requiring immediate access to copy machine and type-writer, which is preventing me from initiating and maintaining court actions and complaints. I have submitted multiple inmate requests regarding law library issues failed to be responded. Please respond to me in writing.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☐ SENT THROUGH MAIL:  ADDRESSED TO: CCI-Facility;J.Ludwiesen, Edu.Sup._____   DATE MAILED: 7 15 19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?<br>(CIRCLE ONE)   YES     NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY:<br>(CIRCLE ONE)  IN PERSON   BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Sandozai | Shikeb | AY1590 | ShikebSandozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C-2-136 | CCI-Facility J.Ludwigsen-Edu.Sup | | LAW LIBRARY ACCESS/ DELIV |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ATTN: J.Ludwigsen-Edu.Supervisor;I presen-
ted an established court deadline to law librarian requiring immediate phy-
sical access,needed to initiate and maintain court actions and complaints.
Law librarian repeatedly failed to provide response,written disapproval with
reason,nor a general legal user status,denying no access during active legal
cases,deadlines,and direct appeal,needed to assist and or advance litigations
in pleadings/correspondance with courts.Please assist me,and respond.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CCI-Facility:J.Ludwigsen-Edu.Supervi DATE MAILED: 07/23/19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | | | (CIRCLE ONE)     YES     NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee  Canary - Inmate/Parolee's 2nd Copy  Pink - Staff Member's Copy  Goldenrod - Inmate/Parolee's 1st Copy

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai          Shikeb | AY1390 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CCI-C-2-139 | CCI-Facility S.Fink,Edu.Sup. | HOURS FROM_____ TO_____ | LAW LIBRARY ACCESS DENIAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn: S.Fink,Edu.Supervisor; I presented
an established court deadline to law librarian,requiring immediate physical
access,needed to initiate and maintain court actions and complaints,law lib-
rarian repeatedly failed to provide response,written disapproval with reason
nor a general legal user status,denying me access during active legal cases,
deadlines,& direct appeal,needed to assist,and or advance litigations in
pleadings/correspondence with courts.Please assist me and provide a response.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CCI-Facility:S.Fink-Edu.Sup_____   DATE MAILED: 17/03/19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES     NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

EXHIBIT - D

EXHIBIT – D

EXHIBIT D



**ACLU**

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Southern California

June 17, 2019

Shikeb Saddozai
CDCR #AY1590
P.O. Box 1905
Tehachapi, CA 93581

Dear Shikeb Saddozai:

Thank you for contacting the ACLU concerning bringing a civil lawsuit regarding your incarceration.

Due to severely limited resources, the ACLU is unable to provide you with legal representation. If you are seeking to file a lawsuit to recover money damages for your injuries, you may wish to contact L.A. Police Watch at 3435 Wilshire Blvd., Suite 2900, Los Angeles, CA 90010-2015. Or you may wish to contact the local bar association in the area in which the abuse occurred for a referral to a private attorney.

We regret we are unable to assist you with your legal issue.

Sincerely,

Lee Morgan
Intake Coordinator

**LEGAL INTAKE DEPARTMENT**



LAW OFFICE OF
SANJAY S. SCHMIDT

TEL (415) 563 8583                1388 SUTTER STREET, SUITE 810                SS@SANJAYSCHMIDTLAW.COM
FAX (415) 223 9717                SAN FRANCISCO, CA 94109

**February 13, 2019**

*VIA US MAIL*

**Shikeb Saddozai – AY1590**
**California Correctional Institution**
**P.O. Box 1905**
**Tehachapi, CA 93581**

Dear Mr. Saddozai:

Thank you for contacting my office again, recently. I am sorry to hear about your matter. As I stated in my letter dated 3/16/18, I am writing to confirm to you that I cannot take your case. Please be advised that I will not be representing you or taking any action on your behalf. Your documents

Please understand that we have not investigated your case and are expressing no opinion as to its merits or the likelihood you will prevail. Rather, we are informing you that we are unable to take your case. My decision is not meant to reflect on the merits of your matter and is not intended to discourage you from pursuing the matter.

**I strongly recommend that you consult with another attorney about this matter, without delay.** There are various statutes of limitations imposing time deadlines and other requirements on the commencement of suits. **Multiple statutes of limitations could apply.** Some limitation periods are as short as six-months from the date of the injury-causing event. Such time limits usually apply to state law claims against public entities and their employees such as police departments, the State, cities, counties, schools, county hospitals, libraries, fire departments, and other government entities. Other limitation periods can be as short as one year and other limitation periods are two years. There are other limitation periods that also can apply. *You need to seek legal counsel immediately to identify and calculate the applicable statutes of limitations so that you preserve your right to sue.* Failure to comply with the applicable statute(s) of limitations could forever bar you from pursuing your case or could bar certain claims. **Again, there are certain rigid time restrictions that must be met in prosecuting your case or your rights might be forever lost. Therefore, if you intend to pursue this matter, it is imperative that you not delay in moving the case forward.** *Contact another attorney right away.*

Again, I will not be representing you in this matter and will not be taking action on your behalf. We wish you the best of luck in the future. Thank you for contacting my office.

Kind Regards,

LAW OFFICE OF SANJAY S. SCHMIDT

*Sanjay S. Schmidt*

Sanjay S. Schmidt



February 19, 2019

Shikeb Saddozai, AY1590
California Correctional Institution (CCI)
P.O. Box 1031
Tehachapi CA  93581-1031
LEGAL MAIL

Re:  Decision Not To Undertake Legal Representation Regarding Saddozai v. Ron Davis,
et al., USDC Case No: 5:18-cv-05558-BLF

Dear Mr. Saddozai:

We have decided *not* to represent you regarding the above-referenced matter. We are
returning all of the documents that you provided to us, which is your letter dated February
1, 2019, and the envelope transmitting it postmarked February 5, 2019. This letter also
confirms that we have *not* provided you with any legal advice regarding this matter. Finally,
we will *not* be making any claims or filing any lawsuits on your behalf.

Our decision has no effect on the merits of any aspect of the above-referenced
matter. Please be advised that various laws impose strict deadlines as to when claims can be
made or lawsuits can be filed. Your failure to meet these deadlines may prevent you from
successfully prosecuting a claim or a lawsuit. Therefore, we encourage you to consult with
your current lawyers if you decide to pursue this matter.

We wish you success in resolving this matter to your satisfaction.

Very truly yours,

BRIAN GEARINGER, ESQ.

Enclosures



LAW OFFICE OF
SANJAY S. SCHMIDT

TEL (415) 563 8583                    1388 SUTTER STREET, SUITE 810          SS@SANJAYSCHMIDTLAW.COM
FAX (415) 223 9717                        SAN FRANCISCO, CA 94109

**March 16, 2018**

*VIA US MAIL*

**Shikeb Saddozai 1168472**
**300 Bradford Street**
**Redwood City, CA 94063**

Dear Mr. Saddozai:

Thank you for contacting my office recently. I am sorry to hear about your matter. I am writing to confirm to you that I cannot take your case. Please be advised that I will not be representing you or taking any action on your behalf. Your letter is enclosed as you requested.

Please understand that we have not investigated your case and are expressing no opinion as to its merits or the likelihood you will prevail. Rather, we are informing you that we are unable to take your case. My decision is not meant to reflect on the merits of your matter and is not intended to discourage you from pursuing the matter.

**I strongly recommend that you consult with another attorney about this matter, without delay.** There are various statutes of limitations imposing time deadlines and other requirements on the commencement of suits. **Multiple statutes of limitations could apply.** Some limitation periods are as short as six-months from the date of the injury-causing event. Such time limits usually apply to state law claims against public entities and their employees such as police departments, the State, cities, counties, schools, county hospitals, libraries, fire departments, and other government entities. Other limitation periods can be as short as one year and other limitation periods are two years. There are other limitation periods that also can apply. *You need to seek legal counsel immediately to identify and calculate the applicable statutes of limitations so that you preserve your right to sue.* Failure to comply with the applicable statute(s) of limitations could forever bar you from pursuing your case or could bar certain claims. **Again, there are certain rigid time restrictions that must be met in prosecuting your case or your rights might be forever lost. Therefore, if you intend to pursue this matter, it is imperative that you not delay in moving the case forward.** *Contact another attorney right away.*

Again, I will not be representing you in this matter and will not be taking action on your behalf. We wish you the best of luck in the future. Thank you for contacting my office.

Kind Regards,

LAW OFFICE OF SANJAY S. SCHMIDT

*Sanjay S. Schmidt*

Sanjay S. Schmidt



# GEARINGER LAW GROUP

April 2, 2018

Shikeb Saddozai, #1168472
300 Bradford Street
Redwood City, CA 94063
LEGAL MAIL

Re: Decision Not To Undertake Legal Representation Regarding Saddozai v. Peter Nelson,
et al., USDC Case No: 3:17-cv-00560-JD

Dear Mr. Saddozai:

We have decided *not* to represent you regarding the above-referenced matter. We are
returning all of the documents that you provided to us, which is your letter dated 2-18-2018,
and the envelope transmitting it postmarked 3-23-1018. This letter also confirms that we
have *not* provided you with any legal advice regarding this matter. Finally, we will *not* be
making any claims or filing any lawsuits on your behalf.

Our decision has no effect on the merits of any aspect of the above-referenced
matter. Please be advised that various laws impose strict deadlines as to when claims can be
made or lawsuits can be filed. Your failure to meet these deadlines may prevent you from
successfully prosecuting a claim or a lawsuit. Therefore, we encourage you to consult with
your current lawyers if you decide to pursue this matter.

We wish you success in resolving this matter to your satisfaction.

Very truly yours,

BRIAN GEARINGER, ESQ.

Enclosures



**Ingrid M. Evans**
**Attorney**

March 8, 2018                    Ingrid M. Evans (CA, DC, NY)

<u>**VIA US REGULAR MAIL**</u>
Mr. Shikeb Saddozai 1168472
300 Bradford Street
Redwood City, CA 94063

**Your Inquiry to Evans Law Firm, Inc., Re: Civil Rights Violations**

Dear Mr. Saddozai,

        Thank you for contacting the Evans Law Firm, Inc. Please allow this letter to confirm that we will not be able to accept your case and must, therefore, decline representation. We recommend calling Brian Gearinger at (415) 440-3102.
        You should not construe this firm's decision not to take on representation as constituting a legal opinion that you do not have a valid legal claim.

                            Very truly yours,

                            Ingrid M. Evans

                            Ingrid M. Evans

# HAYES SCOTT BONINO ELLINGSON
# GUSLANI SIMONSON & CLAUSE LLP

Stephen P. Ellingson, Esq. | Direct Line: 650.486.2873| Email: sellingson@hayesscott.com| www.hayesscott.com

April 4, 2018

Shikeb Saddozai – 11684472
300 Bradford Street
Redwood City, CA 94063

     **Re:**    <u>**Representation**</u>

Dear Mr. Saddozai:

    We are in receipt of your correspondence dated February 13, 2018.
Unfortunately, we will not be able to assist you.

    Your letter indicated documents were included and asked us to return them.
However, it did not include any documents.  Nonetheless, we are unable to represent you.

              Sincerely,

              Stephen P. Ellingson

SPE:ac



999 Skyway Road, Suite 310  |  San Carlos, CA 94070
Phone (650) 637-9100  |  Fax (650) 637-8071