<u>DECLARATION OF SEVICE BY MAIL</u>  **FILED**
BY PERSON IN STATE CUSTODY
(C.C.P.§§ 1013(A), 2015.5 )  AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Shikeb Saddozai            , the undersigned, declare

I am over the age of 18 years, and I am a party to this matter. I am a resident of Tehachapi, in the County of Kern, State of California. My address is:

        Shikeb Saddozai-CDCR#AY1590
        California Correctional Institution(CCI)
        P.O. Box 1905
        Tehachapi, California, 93581

On, August 8th        I served the attached:
(1) CIVIL COMPLAINT
(1) MOTION FOR APPOINTMENT OF COUNSEL
(1) DECLARATION
(1) MEMORANDUM OF LAW

on the parties, at the addresses listed below, by placing true and correct copies thereof, enclosed in a sealed envelope(verified by prison officials) with postage fully prepaid, and turned sealed envelope to prison officials, to be placed in a deposit box, provided by California Correction Institution, for mailing in the United States Mail as per the regulations governing out-going Legal Mail.

        Clerk, U.S. District Court
        Northern District of Cal.
        450 Golden Gate Ave.,
        San Francisco, C.A. 94102

I DECLARE UNDER THE PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT ALL OF THE FOREGOING IS TRUE AND CORRECT.

Executed on August 8th 2019 at Tehachapi, California

                                                  Declarant