UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>        Plaintiffs,<br><br>  v.<br><br>CLAWSON,<br><br>        Defendants. | Case No.: 5:18-cv-05558-BLF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)    On 12/11/2019, I SERVED a true and correct copy(ies) of the attached **ORDER OF PARTIAL DISMISSAL AND SERVICE; DIRECTING DEFENDANT TO FILE DISPOSITIVE MOTION OR NOTICE REGARDING SUCH MOTION; INSTRUCTIONS TO CLERK** filed on 12/10/2019, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Shikeb Saddozai ID: AY1590  
CCI C1-243  
P.O. Box 1905  
Tehachapi, CA 93581

Dated: 12/11/2019

Susan Y. Soong  
Clerk, United States District Court

By:_____  
Tiffany Salinas-Harwell, Deputy Clerk to the Honorable Beth Labson Freeman

*Service_Certificate _CRD*  
*rev. August 2018*