Shikeb Saddozai-CDCR#AY1590
Corcoran State Prison
P.O.Box 3461
Corcoran,C.A. 93212
In Pro se



FILED
JAN 15 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,           Case No.18-05558 BLF(PR)
         Plaintiff,
                           NOTICE OF CHANGE OF ADDRESS
vs

CLAWSON, et al.,
         Defendant.

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT SHIKEB SADDOZAI, has changed his address as follows.

Current contact information:

Shikeb Saddozai-CDCR#AY1590
Corcoran State Prison
P.O.Box 3461
Corcoran,C.A. 93212

January 10,2020

_____
Shikeb Saddozai