DECLARATION OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY
(C.C.P.§§ 1013(A), 2015.5)
Fed.R.Civ.P.Rule 6 (d)

I, Shikeb Saddozai, the undersigned, declare:

I am over the age of 18 years, and I am a party to the matter. I am a resident of Corcoran in the county of King State of California. My address is:

Shikeb Saddozai-AY1590
Corcoran State Prison
P.O. Box 3461
Corcoran C.A. 93212

On, January 10, 2020  I served the attached document(s):

(5) NOTICE(S) OF CHANGE OF ADDRESS:

18-cv-04047-BLF
18-cv-04511-BLF
18-cv-04492-BLF
18-cv-05558-BLF
18-cv-03972-BLF
5:18-cv-07337 EJD(PR)

(BY U.S. MAIL) on all other parties to this action, at the addresses listed below, by placing true and correct copies of said document(s) thereof, enclosed in a sealed envelope (verified by prison officials) with postage fully prepaid, and turned sealed envelope to prison officials to be placed in a deposit box provided by California Department of Corrections and Rehabilitations Corcoran State Prison. in the ordinary course of business for mailing with the United States Postal Service as per the regulations governing out-going Legal Mail.

Clerk, USDC, Northern Dist.
280 South First St., -Rm2112
San Jose, C.A. 95113

I DECLARE UNDER THE PENALTY OF PERJURY THAT ALL OF THE FOREGOING IS TRUE AND CORRECT.
Executed on: January 10, 2020, at Corcoran California

_____
Declarant

**FILED**
JAN 15 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE