Shikeb Saddozai AH5048
Corcoran State Prison
P.O. Box 3461
Corcoran, C.A. 93212

Corcoran State Prison

CORCORAN
STATE PRISON




U.S. POSTAGE >> PITNEY BOWES

ZIP 93212 $ 000.65⁰
02 1W
0001386349 JAN 13 2020

CONFIDENTIAL LEGAL MAIL

Mail To: Clerk, USDC, Northern Dist.
280 South First St., Rm-2112
San Jose, C.A. 95113-3095