Shikeb Saddozai-CDCR#Ay1590
Corcoran State Prison(CSP)
P.O. Box 3461
Corcoran California 93212
In Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI

    Plaintiff,

v.

CLAWSON, et al.,

    Defendant.

Case No.18-cv-05558-BLF

PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS

Shikeb Saddozai states:

1. I am the plaintiff/petitioner in this case. I make this declaration in support of my motion to ensure I receive access to the courts and to be free from retaliation as a result of my access to the court.

2. On or about November 12, 2019, while in the custody of Ironwood State Prison(ISP), assigned to housing unit-B2-201L, correctional officer(s):A.Sanders, F.Duenas, J.Salcedo, responsible, illegally seized and confiscated my personal property containing my legal documents and materials, relating to my active court deadlines, litigations, complaints, and appeals, while In Pro se, and under direct criminal appeal for custody offense, outside my presence

1

knowledge,nor consent,with no access or control for me to obtain my property,and at all times,withheld at (ISP)Release and Receiving(R&R),from my possession.

3. Correctional officer(s):Sanders and Duenas,intercepted submittal of my inmate request for interview,via a written request process addressed to (ISP)facility Chief,Deputy,and Head-Warden(s) for correspondence thereby preventing me from seeking help regarding threats to my life by inmates unlawfully motivated and influenced by correctional officer(s):Rojas, Zamora, Duran, out of retaliation to my inmate complaints for staff misconduct in the use of force,fear,threats,harassment,and retaliation.

4. Correctional officer(s):Sanders,and Duenas,conducted a recorded interrogation,agreed to transfer me to an alternate yard facility within (ISP) as an alternative means of seperation from inmate abusers and retaliatory staff.

5. Said correctional officers failed committing to their promise and increased my security level from a lower level to maximum custody level,and refered me to Administrative-Segregation-Unit (ASU),commonly known as the"Hole"without a hearing,included loss of property and privileges,devoid of disciplinary,without reason as punitive harassment and reprisal to impose discipline from using the inmate complaint system,thus preventing me from initiating civil action.

6. Correctional officer(s):Sanders and Duenas,used injurious force improperly placed me in handcuffs excessively tight against my protest that handcuffs are causing me pain,cuts,bruising,and numbness over six hours when I presented no threat to staff, myself or others and while being the victim of an incident

2

7. Correctional officer(s):Sanders,Duenas,Salcedo,actions were adverse to my health, welfare,and safety causing me extreme emotional,and physical distress resulting in my transfer to a Mental Health Crisis Bed(MHCB),and placed in the Mental Health Services Delivery System(MHSDS),under the Correctional Clinical Case Management System(CCCMS),level of care at the California Institution for Men(CIM).

8. While in (CIM)custody,at all times,I was isolated to my cell quarters in medical station-1-Cell-115L,exceeding 24hour confinement,and cell feeding,forced to eat with my hands, without access or control in obtaining my personal property consisting of my food,hygiene,appliances,clothing,stationary, and legal materials,continued to be withheld from my possession at (ISP)facility,which failed to immediately follow me to (CIM), thereby preventing me from responding or notifying the court, attorney,and family of my circumstances.

9. I was repeatedly denied access to (CIM) law library and resources nor would correctional officers:S.Huss,and other staff unknown at this time give me inmate complaint form or other varias CDCR request forms,thereby preventing me from grieving the conditions in my confinement,seeking relief,and exhausting my administrative remedies.

10. On November 21,2019,I was transfered from (CIM)facility to my designated custody prison at Corcoran State Prison(CSP),inwhich placement at prison is inconsistant to my case factor needs imposed as punitive purpose made evident by being placed on lockdown upon my arrival isolating me to cell quarters exceeding 24-hour-confinement and cell feeding,without reason or disciplary actions,excluding my property,privileges with no means to communicate with the court,attorney,family for over 15-days.

3

11. My legal and personal incoming mail correspondence have been deliberately withheld at prior (ISP) and (CCI) institutions, failed to immediately follow me and or returned to sender by institutions or purposefully delayed beyond the reasonable time in receiving forwarded mail pursuant to policy and procedure of CDCR, thereby restricting me from receiving and corresponding with the court, attorney, and my family from actual date of sent mail, resulting in penalties.

12. On or about November-21,22,24-to the-29th, and December-4,7,11,12 of 2019, I submitted multiple completed inmate requests for interview with staff, and or request items and services via a written request process, seeking a response to issues and concerns related to my lockdown status, loss of property, lack of law-library access, placement needs, mental health and medical issues, etc., which were accepted, signed, and dated by assigned housing unit officer(s), and provided with a return reciept verifying date of submittal addressed to the intended staff: Assigned(CSP) Correctional Counselor-P.Romero, Supervisor Correctional Counselor-M.Oliveira, Litigation Coordinator-M.Kimbrell, Appeal Coordinator-J.Ceballos, Chief Deputy and Head-Warden(s)-M.Gamboa, & K.Clark, Supervisor Law Librarian-M.Lirones, Medical and Mental Health Professionals, and

13. Within three working days of prescribed time limits after reciept, respondents/staff repeatedly failed and refused to respond to my inmate requests, thereby denying me a timely reesolution, and upon being provided advance knowledge of my court actions and living conditions continued denying me access to law library and resources-i.e., indigent envelopes, draft paper writing materials, and means needed to communicate with the court, attorney, family, to seek help, nor provided me access to my property.

4

Case 5:18-cv-05558-BLF   Document 24-1   Filed 01/27/20   Page 5 of 8

14. On December 3, 2019, Correctional counselor-P.Romero, assigned me to prison job duties, involuntarily, forcing me to work five days aweek over 40hours during morning and evening shifts, knowingly knew would interfer with and prevent me from initiating, maintaining, and prosecuting legal litigation activities, and from my only opportunity accessing prison law library during operational schedules for law library resources-i.e.legal copies legal research and print from legal reference materials and from the Lexis-Nexis-System, and legal envelopes upon completion to be submitted for mailing via law library legal mail services, in addition to my physical disabilities, all of which Romero was provided advance notices of and continued my job assignment, thereby impeding, frustrating, and impairing my right of access to the courts.

15. On December 22, 2019, upon receiving my personal property from (CSP)(R&R) officer-T.Noland, incharge of inmate property, I discovered my legal documents and miscellaneous items missing and destroyed made obvious from property form(CDCR-1083), which property officer(s):Casteneda, and P.Kuntz failed to account for quantity for all my property items prior to institutional transfer from (ISP).

16. Correctional officer-Noland, threatened me to sign property return form against my will to conceal the damages and loss of my property I alerted him to under force, fear, threat, prior to inventorizing my property, in addition to damaging my legal documents by intentionally cutting through boxes knew would shred my paper work, and repeatedly reviewed my confidential-legal documents without my consent, as well as threatening to seize my legal documents if I complained about the theft and destruction of my property by sending institution, inwhich officer failed to note, resulting me to refuse to sign property form.

5

17. On November-22,25,26,27,28,29, December-2,3,4,5,6,12,13,16,17,18, 19,20,23,24,25,26,27,30,31, 2019, and January-1,2,3,6,7,8,of 2020 (CSP)facility law library failed to operate pursuant to institutional schedule,and upon my advance notices,failed and refused providing me physical access to law library and its resources to make legal copies,conduct legal research and print from the Lexis-Nexis-System obtain legal materials-i.e.draft paper,legal forms,Proof of Service,and legal envelopes only available during physical access to facility law library which can only be acomplished by appointment via inmate priority ducat pass, nor did law librarian respond to, or resolve my Inmate Requests for Services/Interview/or Items,needed to prosecute my active court deadlines,litigations,complaints,and appeals,while self represented In Pro se,and under direct criminal appeal for custody offense,thereby has obstructed my access to the court.

18. On January 10,2020,Correctional officer(s):A.Reguera,and other officer(s) unknown at this time failed and refused accepting my out-going legal mail addressed to the United States District Court on my active case after authorizing contents of my correspondence,without reason,and as a result of officers interference I am restricted from sending out my legal mail causing me exceptional delay and to amass a pile of undelivered mail.

19. On January 9,11,13,2020,in using the inmate complaint system at (CSP)facility to stop persistent series of threats,harassment, and retaliation by prison officials,correctional officer(s): Kiaris,Torres, Sergeant's-Hubber, Medina, Torres, Mason, Case, repeatedly interfered with my prison complaints and threatened me with force,violence, fear, harassment and ordered me to withdraw my inmate complaints or officer's would beat me up, in addition made inappropriate sexual,and racial discriminatory comments.

6

20. On or about November 22, to December 29, 2019, I submitted varias CDCR-602-Appeal/Inmate complaints to (CSP) Inmate Office of Appeals Coordinator regarding my living conditions, health problems, harassments, threats, retaliation by correctional officers, counselor, medical and mental health staff and my complaints filed for said abuse and mistreatment went ignored without being responded, accepted and processed, leaving my issues unresolved, untreated, without remedy and inviting additional reprisal actions by (CSP) prison officials.

21. Prison officials have "Red Flagged" me through the Strategic Offender Management System (SOMS), acknowledged by housing unit officer-Torres, as a System used to identify groups, personal character, records or backrounds, the way prisoners are treated and housed, including photo-copies of my inmate complaints submitted against prison officials, posing significant obvious risks of serious harm and or foreseeable to a reasonable law enforcement official that a serious violent act is likely to occur, has caused me prejudice, bias, stimulating and condoned violence by prison officials in my custody inviting numerous reprisal actions, effecting me for my life span, are viewed by correctional officers and staff in activities set by their secrecy code of conduct, and my files which have been altered and modified without a court order, has imposed additional cruel and unusual punishment against me established by prison officials withholding my personal and legal mail correspondence, placed on lockdown without reason or hearing, property confiscated outside my access or control, and repeatedly harassed, threatened, and retaliated against.

7

22. I am clinically assessed inaccordance with the Mental Health Services Delivery System(MHSDS),under the Correctional Clinical Case Management System(CCCMS),level of care,established with a letter from a mental health professional submitted as evidence in addition to taking psychotropic care medications showing evidence of my incompetence,triggering the courts duty in ordering me counsel, also sufficient to raise is the destruction and missing legal documents between institutional transfers,as well as the district courts responses to my pleadings contained seemingly authoritive citations and without access to facility law library nor will law librarian print citations repeatedly denied to me that are relied on by the court to make its ruling I will be unable to rebut the courts arguments,placing me at even greater disadvantage.

23. I have multiple health problems and physical disabilities verified in my patient discharge information incapacitating me from my legal litigation activities requiring the need of assistance from counsel to advance in my litigations

23. For the foregoing reasons, the court should grant **my** motion in all respects.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: January 22, 2020

*signature: Saddozai*
Declarent In Pro se