January 22, 2020
via U.S. postal

Shikeb Saddozai-CDCR#AY1590
Corcoran State Prison
P.O. Box 3461
Corcoran C.A. 93212

FILED
JAN 27 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clerk, USDC, Northern Dist.
280 South First St., Rm-2112
San Jose, C.A. 95113-3095

RE: SADDOZAI v. CLAWSON, Case No. 18-CV-05558-BLF
U.S.D.C., Northern Dist.

Dear Clerk

   I, Shikeb Saddozai, am the Petitioner/Plaintiff in the above referenced case. I am incarcerated and indigent and do not have counsel to represent me. I would appreciate your assistance in filing and stamping each of the attached documents outlined below and return the copies enclosed for my record in the self addressed stamped envelope I have included. In addition I am not registered or consent to recieve electronic service and request filing in conventional paper submission In Pro se and that I be exempt from requirement for electronic submission.
Rule 138(d)(Fed.R.Civ.P.39)

(1) PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS.

(1) MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS

Thank you for your assistance.

Cordially,

*S. Saddozai*
Shikeb Saddozai