DECLARATION OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY
(C.C.P.§§ 1013(A), 2015.5)
Fed.R.Civ.P.Rule 6 (d)

I, Shikeb Saddozai, the undersigned, declare:
I am over the age of 18 years, and I am a party to the matter.
I am a resident of Corcoran in the county of King
State of California. My address is: Shikeb Saddozai AH1590
Corcoran State Prison
P.O. Box 3461
Corcoran C.A. 93212

On, January-22,2020   I served the attached document(s):

- PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS

) MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS.

(BY U.S.MAIL) on all other parties to this action, at the addresses listed below, by placing true and correct copies of said document(s) thereof, enclosed in a sealed envelope (verified by prison officials) with postage fully prepaid, and turned sealed envelope to prison officials to be placed in a deposit box provided by California Department of Corrections and Rehabilitations Corcoran State Prison in the ordinary course of business for mailing with the United States Postal Service as per the regulations governing out-going Legal Mail.

Clerk, U.S.D.C., Northern Dist.
280 South First Street, Rm-2112
San Jose, C.A. 95113-3095

I DECLARE UNDER THE PENALTY OF PERJURY THAT ALL OF THE FOREGOING IS TRUE AND CORRECT.
Executed on: January-22,2020, at Corcoran   California

_____
Declarant