Shikeb Saddozai
Corcoran State Prison
P.O. Box 3461
Corcoran CA- 93212

Mai

**LEGAL MAIL**

CORCORAN
STATE PRISON

U.S. POSTAGE >> PITNEY BO
ZIP 93212  $ 002.6
02 1W
0001386349 JAN 23 2

To: Clerk, U.S.D.C, Northern Dist.
280 South First, Street - Rm 2112
San Jose CA. 95713
95113-3095