FILED

FEB 10 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  Shikeb Saddozai-CDCR#AY1590
2  Corcoran State Prison
   P.O. Box 3461
3  Corcoran C.A. 93212
   In Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,                    Case No. 18-cv-05558-BLF

   Plaintiff,                       MOTION FOR LEAVE TO FILE
                                    AN AMENDED COMPLAINT
v.

CLAWSON,
RON DAVIS,
DIRECTOR OF THE
CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATIONS,

   Defendants.

1

Plaintiff, Shikeb Saddozai, pursuant to Rule 15(a), Fed.R.Civ.P., requests leave to file an amended complaint changing information on complaint and adding a party.

1. Plaintiff in his original complaint named a: Clawson, defendant.

2. Plaintiff requests to include defendants: Ron Davis, and The Director of the California Department of Corrections and Rehabilitations.

3. Plaintiff request that information in paragraph: 3, be changed as reflected in the proposed amended complaint.

4. Plaintiff request complaint paragraphs: 1,2,3,4,5,6,7,8, of the allegations, and all paragraphs of the prayer for relief requested are amended to reflect the identity and actions of: Clawson, Ron Davis, Director of the California Department of Corrections and Rehabilitation.

5. This Court should grant leave freely to amend complaint. Forman v. Davis, 371, 178, 182, 83 S.Ct. 227 (1962); Williams v. Cargill, Inc., 159 F.Supp.2d 984, 997-98 (S.D.Ohio 2001)

Dated: January 31, 2020

Respectfully submitted,

Shikeb Saddozai-CDCR#AY1590
Corcoran State Prison
P.O.Box 3461
Corcoran C.A. 93212
In Pro se

2