January 31, 2020
via U.S. postal

Shikeb Saddozai-CDCR#AY1590
Corcoran State Prison(CSP)
P.O. Box 3461
Corcoran C.A. 93212
In Pro se



FILED

FEB 10 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clerk, U.S.D.C., Northern, Dist.
Honorable Beth Labson Freeman
280 South First Street., Rm2112
San Jose, C.A. 95113-3095

RE:   SADDOZAI v. CLAWSON, et al., Case No. 18-cv-05558-BLF
      U.S.D.C., Northern Dist.

Dear Clerk,

   I, Shikeb Saddozai   , am the Petitioner/Plaintiff in the above referenced case. I am incarcerated and indigent and do not have counsel to represent me. I would appreciate your assistance in filing and stamping each of the attached documents outlined below and return the copies enclosed for my record in the self addressed stamped envelope I have included. In addition I am not registered or consent to recieve electronic service and request filing in conventional paper submission In Pro se and that I be exempt from requirement for electronic submission.
Rule 138(d)(Fed.R.Civ.P.39)

- MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

- PROPOSED AMENDED COMPLAINT

Thank you for your assistance.

Cordially,

*Saddozai* (signature)

Shikeb Saddozai