DECLARATION OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY
(C.C.P.§§ 1013(A), 2015.5)
Fed.R.Civ.P.Rule 6 (d)

FILED

FEB 10 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I, Shikeb Sadozai        ,the undersigned,declare:

I am over the age of 18 years,and I am a party to the matter.
I am a resident of Corcoran      in the county of Kings
State of California. My address is:

              Shikeb Saddozai-CDCR#AY1590
              Corcoran State Prison(CSP)
              P.O.Box 3461
              Corcoran,California 93212

On, January 31,    2020,I served the attached document(s):

· MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT.

· PROPOSED AMENDED COMPLAINT.

(BY U.S.MAIL) on all other parties to this action,at the
addresses listed below,by placing true and correct copies of
said document(s)thereof,enclosed in a sealed envelope(verified
by prison officials)with postage fully prepaid,and turned
sealed envelope to prison officials to be placed in a deposit
box provided by California Department of Corrections and
Rehabilitations  Corcoran State Prison(CSP)
in:their ordinary course of business for mailing with the United
States Postal Service as per the regulations governing
out-going Legal Mail.

Clerk,U.S.D.C., Northern ,Dist.
Honorable Beth Labson Freeman
280 South First Street.,Rm2112
San Jose,C.A. 95113-3095

I DECLARE UNDER THE PENALTY OF PERJURY THAT ALL OF THE
FOREGOING IS TRUE AND CORRECT.
Executed on: January 31,2020 ,at Corcoran        California.

                              Declarant Shikeb Saddozai