S\
Corcoran State Prison
P.O. BOX 3461
Corcoran CA. 93212

LEGAL MAIL