**DECLARATION OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015.5)
Fed.R.Civ.P. Rule 6 (d)

I, Shikeb Saddozai, the undersigned, declare:

I am over the age of 18 years, and I am a party to the matter. I am a resident of Corcoran in the county of King State of California. My address is: Shikeb Saddozai-AY1590
Corcoran State Prison
P.O. Box 3461
Corcoran C.A. 93212

On, March 2, 2020 I served the attached document(s):

- AMENDED COMPLAINT.

- MOTION FOR RECONSIDERATION ORDERING APPOINTMENT OF CONSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS.

- DECLARATION BY PLAINTIFF IN SUPPORT OF MOTION FOR RECONSIDERATION ORDERING APPOINTMENT OF COUNSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS.

- MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION ORDERING APPOINTMENT OF COUNSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS.

(BY U.S. MAIL) on all other parties to this action, at the addresses listed below, by placing true and correct copies of said document(s) thereof, enclosed in a sealed envelope (verified by prison officials) with postage fully prepaid, and turned sealed envelope to prison officials to be placed in a deposit box provided by California Department of Corrections and Rehabilitations Corcoran State Prison. in the ordinary course of business for mailing with the United States Postal Service as per the regulations governing out-going Legal Mail.

Clerk, U.S.D.C., Northern Dist.,
280 South First St., Rm-2112
San Jose, C.A. 95113

I DECLARE UNDER THE PENALTY OF PERJURY THAT ALL OF THE FOREGOING IS TRUE AND CORRECT.
Executed on: March 2, 2020, at Corcoran California

_____
Declarant