1    Shikeb Saddozai-CDCR#AY1590
     Corcoran State Prison
2    P.O.Box 3461
     Corcoran C.A. 93212
3    In Pro se

FILED

MAR 0 6 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

4

5

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10   SHIKEB SADDOZAI,                  Case No. 18-cv-05558-BLF

11          Plaintiff,
                                       MOTION FOR RECONSIDERATION
12   v.                                ORDERING APPOINTMENT OF
                                       COUNSEL UNDER NEW GROUNDS
13   CLAWSON,et al.,                   NECESSARY FOR DUE PROCESS

14          Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                1

## Statement of the Case

Plaintiff, a state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. The Court granted plaintiff's in forma pauperis, and found plaintiff's complaint, stated a cognizable claim and ordered the matter served on the defendants. Plaintiff has filed a declaration with this motion requesting appointment of counsel,
preliminary injunction, court ordering prison officials to cease and desist violence, harassment and retaliation to interfer with plaintiff's civil action, and showing good cause why court should not dismiss this action, due to the circimstances at his current place of confinement.

## Statement of Facts

Plaintiff has been transferred and placed at a Mental Health Crisis Bed at the California Institution for Men, and clinically assessed to "Mental Health Services Delivery System" under the Correctional Clinical Case Management System Level of care; upon arrival on November 12,2019, and remained under doctor care to November 20,2019. **See.Ex.A.** Thereafter plaintiff was transferred to designated custody prison at Corcoran State Prison, (CSP), and placed on lockdown status for over fifthteen(15)days without privileges, without reason, exacerbating his mental health illness by depravity of his confinement, and without his property

2

containing his legal materials and documents (i.e.,exhibits,
pleadings,writing materials,draft paper,civil action complaint,
legal references,court address,stationary etc.,)illegally seized
and confiscated by custody officer's outside plaintiff's access
and control and at all times withheld at prior institution at
Ironwood State Prison,thereby preventing plaintiff from contacting
the court,attorney,and family. Plaintiff's legal correspondence
failed to immediately follow him to his placement of custody,
withheld,delayed,destroyed and or returned to sender,thereby
preventing plaintiff from discovering updates and developments of
case. Plaintiff was denied physical access and law library
resources necessary to obtain draft paper,writing materials,
conduct legal research,make legal copies,and legal envelopes,
available only upon physical access to facility law library
during operating schedule that failed to be provided,despite
plaintiff's efforts made through advance notices establishing
active court actions,and for reasons above plaintiff has shown
extraordinary circumstances,as well as "in the interest of just-
ice" the court may exempt a general civil case if exceptional
circumstances will prevent meeting the goals and deadlines
imposed.**Cal.Rules.of Ct 3.714(c)(1).** Plaintiff seeks appointment
of counsel for a limited purpose necessary for due process.as
plaintiff is incapable based on his clinical assessment,
disabilities,due to being stripped of his legal materials,

3

his legal materials,obstruction of legal mail correspondence,
denial of law library and resources,harassment,retaliation,
force,fear,and threat by prison officials to intentionally
interfer with plaintiff's legal litigation activities,are
reasonable grounds why court should not dismiss plaintiffs
actions and appoint counsel.

## LEGAL ARGUMENT

### A. Appointment of Counsel under 28 U.S.C. § 1915(e)(1)

Plaintiff has asserted grounds establishing exceptional
circumstances warranting appointment of counsel.See.Franklin v.
Murphy,745 F.2d 1221,1236,(9th Cir.1984); Agyeman v. Corrections
Corp.of America,390,F.3d 1101,1104 (9th Cir.2004).Plaintiff has
intentionally had his legal materials consisting of pleadings,
defendants discovery request,and legal documents related to case
illegally confiscated,lost and or destroyed of essential legal
documents and confinement without his legal materials and or
access to legal materials is a factor supporting appointment of
counsel especially in the need of documentary discovery followed
by depositions to identify the proper defendants. Under the
provisions of the in forma pauperis statute the federal court
may request an attorney to represent an indigent litigant 28
U.S.C. § 1915(e)(1). As one court put it, counsel can

> explain the applicable legal principles
> to the complainant and...limit litigat-
> ion to potentially meritorious issues.
> In addition,appointment of a lawyer

4

provides the unlettered inmate with
an opportunity to obtain represent-
ation equally qualified with the pr
ofessional counsel usually provided
by the state for the defendants. Fr
equently,as in the present instance,
a lawyer can negotiate the settlement
of a meritorious claim.If the case
goes to trial,counsel for the plaint-
iff can shorten the trial and limit
evidence to relevant issues,benefit-
ting his client,opposing parties and
the court.See.Knighton v. Watkins,
616 f.2d 795,799(5th Cir.1980)

Plaintiff will not have access to relevant regulations through

discovery.See.Agyeman v. Corrections Corp.of America,390 F.3d

1101,1104 (9th Cir.2004). Plaintiff's imprisonment has prevented

him from taking necessary discovery requests and encountered

multiple obsticles and interference by prison officials in

addition to the intricacies of the discovery rules.See.Montgom-

ery v. Pintchak,294 F.3d 492,502 (3d Cir.2002). Plaintiff's

need for discovery request supports appointment of counsel.See.

Tabron v. Grace,6 F.3d at 156 (3d Cir. 1993).Plaintiff's **lack of**

**legal experience** and complex discovery rules clearly put him at

a disadvantage in countering the defendants discovery tactics

and these rules are preventing plaintiff from presenting an

effective case.See.Parham v. Johnson,126 F.3d 454,459(3d Cir.1999)

Plaintiff can not effectively investigate case arising at a

place of incarceration from which he had been transfered.See.

Tucker v. Randall,948 F.2d 388,391-92 (7th Cir.1991),as well as

obtain records that might help plaintiff discover and locate

5

witnesses that are forbidden to him that can be obtained by counsel.See.Johnson v. Howard,20 F.Supp.2d 1128,1129 (W.D.Mich. 1998); Tucker v. Randall,948 F.2d 388,391-92(7th Cir.1991). For reasons stated in this motion counsel should be reconsidered.

## B. Law Library and Legal Assistance.

Plaintiff has no access to (CSP)facility law library and resources, that are only provided to plaintiff upon appointment through inmate request forms that are repeatedly unresponded and unresolved upon presenting librarian staff court documentation, indicating active criminal appeal for custody offense and civil litigations with 30day established court deadlines as Pro se. See.Ex.B. (CSP),and prior prison facility has denied plaintiff photo-copying of legal documents,notarizing services,legal book-check-outs,print from legal reference materials and case laws from the Electronic Law Library Delivery System with necessary print or other electronic supplements of the Lexis-Nexis-System, and failed to provide type-writer, nor are librarians trained in the field of law and have refused to comply with the rules of the court and facility policy.See.Bounds v. Smith,430 U.S.817,828,97 S.Ct.1491(1977). Facility law library prevents inmates from retaining copies of their legal documents,nor keep purchased legal envelopes that can only be obtained from law library,and upon completion must submit legal documents via law library legal mail services or have uncompleted legal work confiscated,

6

requiring plaintiff to start all over again and redo copies of
his legal documents. Plaintiff is denied from making copies of
inmate complaints or affidavits from inmates in support of
plaintiff's claims or other legal documents in advancing
litigation,and forced to have his submissions screened by staff
prior to sending to the courts,thereby preventing plaintiff from
showing the court good cause why action should not be dismissed,
and such obsticles impair plaintiff's ability to present one's
case effectively are also actionable.See.Cody v. Weber,256 F.3d
764,768 (8th Cir.2001). Facility law library has repeatedly
failed operating pursuant to schedule denying plaintiff immediate
access on November-22,25,26,27,28,29, December-2,3,4,5,6,12,13,
16,17,18,19,20,23,24,25,26,27,30,31, of 2019, and January-1,2,3,
6,7,8, of 2020, as needed to make legal copies,conduct legal
research on the Lexis-Nexis-System,obtain legal draft paper,and
legal manila envelopes for mailing via law library legal mail
services,available only upon physical access to facility law
library.See.Ex.C. Law librarian in her own omission to plaintiff's
inmate requests ordered plaintiff to request an extension of time
from the courts acknowledging the inadequacies and deficiencies
of facility law library,showing plaintiff's multiple attempts and
due diligent efforts that he did not willfully disobey or refuse
court actions due to circumstances not within plaintiff's
control.

7

### C. District Court and Defendants Argument Relied on Citations and Responses to Plaintiff's Pleadings.

In the the District Courts responses to plaintiff's pleadings has undoubtedly contained seemingly authoritive citations and without physical access to facility law library or in the alternative to print citations,at all times denied to plaintiff that are only obtained from the electronic database only available during physical access to facility law library with a limited time during operating schedules which have been inconsistent to facility schedule,plaintiff cannot rebut the district courts ,or defendants arguments relied on citations, placing  plaintiff In Pro se at even greater disadvantage,nor can plaintiff discover grievances to litigate effectively,thereby preventing plaintiff,meaningful access to the courts,post filing needs,research tools to form the basis of the courts decision and to comply.In addition facility law library has failed to follow current and update legal materials and case laws or their equivalents from legal publishers. Plaintiff is not even able to identify the materials he needs or a system of assistance by persons with legal training,and without the level of assistance or direct access to law library has been concluded by the Court without some legal assistance in addition to law library which logically must be provided in order to file such pleadings and reference case laws,plaintiff has little hope for pursuing court actions,defendants arguments and discovery requests for

Constitutional violations arising from conditions of incarceration
also inwhich unforeseen and exceptional circumstances later
develop that are not within plaintiff's control or access.
See. Lindquist v. Idaho State Board of Correction,776 F.2d 851,855
-56(9th Cir.1985); Bribiesca v. Galaza,215 F.3d 1015,1020
(9th Cir.2000); Taylor v. List,880 F.2d 1040,1047(9th Cir.1989);
Milton v. Morris,767 F.2d 1443,1447 (9th Cir.1985).

### D. Interference with Court Access.

Plaintiff at all times,is denied ability to present
affirmative evidence, while forced to invest time and research in
filing inmate complaints,thereby frustrating,impeding and impair-
ing plaintiff's litigation activities due to prison officials
intentional interference,made evident by deliberately violating
plaintiff's legal mail correspondence in withholding,delaying,
and returning mail correspondence back to sender. Plaintiff in
using the inmate prison complaint system has had his complaints
repeatedly canceled and rejected,leaving him without remedy and
only inviting additional reprisal actions by correctional
officers. The Supreme Court has explained such retaliation
offends the constitution is that it threatens to inhibit exercise
of the protected right...Retaliation is thus akin to an
'unconstitutional condition'demanded for receipt of a government-
provided benefit".See.Crawford-El v. Britton,523 U.S.574,588 n.10
118 S.Ct.1584(1998). Plaintiff is not given or have any

9

"adequate remedy of law" there is actual danger of violation to plaintiff's rights.See.Orantes-Hernandez v. Thornburgh,919 F.2d 549,564 (9th Cir.1990). Plaintiff under pressure of litigation and interference of that litigation by prison officials has effected him personally inwhich the court has the ability to handle to preserve that right.See.Clement v. California Dep't of Corrections,364 F.3d 1148,1152-53(9th Cir.2004);Ashker v. California Dep't of Corrections,350 F.3d 917,924 (9th Cir.2003). Prison officials have used the Strategic Offender Management System (SOMS) to "Red Flag" plaintiff resulting from using the inmate complaint system,and are viewed by correctional officers in their activities set by a secrecy code of conduct causing plaintiff prejudice, bias,and stimulating violence condoned by prison officials,and those files of plaintiff may be altered and modified by officers without a court order,for example; posting plaintiff's actual inmate complaintwith personal,negative notations to impose additional cruel and unusual punishment, making plaintiff the subject of hatred to all correctional officer's,made evident by prison officials persistent series of harassment,retaliation,threats,illegal confiscation of plaintiff's legal materials,deliberately placed outside his access and control,lockdown exceeding 24hours for over 15days excluding privileges without reason,thereby forcing plaintiff into mental health care with the intent to unjustifiably obstruct plaintiff's

Pro se pleading's.See.Procunier v. Martinez,416 U.S.396,419,94

S.Ct.1800(1974). In Ramirez v. Yates,the Courts have held that the

time limit was equitably tolled for prisoners who missed the dead-

line because of interference or inadequate facilities or assistance

from prison officials.See.Ramirez v. Yates,471 F.3d 993,998

(9th Cir.2009).See.Ex.D.

### E. Plaintiff's Mental Health Issues and Physical Disabilities.

The Court should consider plaintiff's mental health issues

warranting appointment of counsel or gaurdian ad litem under

Federal Rule of Civil Procedure 17(c),or issue another appointment

order to protect a incompetent person who is unrepresented in an

action Fed.R.Civ.P.17(c)(2). Plaintiff Clinical assessment

inaccordance with the Mental Health Services Delivery System(MHSDS)

under the Correctional Clinical Case Management System(CCCMS) level

of care reflected in plaintiff's assessment forms.See.Ex.E.

In addition plaintiff has physical disabilities and is taking

psychotropic medications.See.Ex.F. showing evidence,triggering

the courts duty to order counsel is also sufficient to raise

substantial questions rendering plaintiff effective representation

In Pro se.See.e.g.,Powell v. Symons,680 F.3d 301,307 (3rd Cir.2012)

;Ferrelli v. River Manor Health Care Center,323 F.3d 196,203

(2dCir.2003). Plaintiff has presented "varifiable evidence" at the

time was not available to him,resulting of confiscation of his

11

property by custody officers,and while placed on lockdown status,
in the form of records from a mental health professional
sufficient to trigger courts duty of inquiry under Rule 17(c).See.
Ferrelli,323 F.3d at 201-02. Plaintiff is unable to state his
claims due to his mental health issues as well as his physical
disabilities suffered sufficiently related to plaintiff's
confinement has psychologically effected his competence,as well as
impeded,frustrated,and impaired his ability to accurately initiate
and maintain legal litigation activities. In addition Plaintiff's
mental health issues has caused significant disruption in plaint-
iff's everyday life and which prevents his functioning. Plaintiff
has been diagnosed with serious depression,anxiety,and such
mental impairments constitutes disabilities under those statutes,
See. 42 U.S.C. § 10803,requiring representation.See.Oregon
Advocacy Center v. Mink,322 F.3d 1101,1121,22 (9th Cir.2003).
One Court has held that persons sentenced have a right to "a trea-
tment program that will address their particular needs with
reasonable objectives of rehabilitation. The same is true for
plaintiff receiving assistance from counsel to ensure due process
and not to be deprived of fair representation caused by disadvan-
tage of his mental health issues.See.Ohlinger v. Watson,652 F.2d
775,777-79 (9th Cir.1980). Given the difficulty of the case
involving multiple defendants plaintiff is not competent to
litigate it himself making plaintiff ill-suited.See.Baronowski v.
Hart,486 F.3d 112,126(5th Cir.2007);Solis v. County of Los Angeles,

12

514 F.3d 946,958 (9th Cir.2008). There is evidence in record with plaintiff's declaration bearing on his intellectual capacity and phychological history relevant.See.Hamilton v. Leavy,117 F.3d 742, 749, (3rd Cir.1997).

## CONCLUSION

For the foregoing reasons, plaintiff's motion should be granted in its entirety. If plaintiff is denied motion, plaintiff objects ruling and does not waive his right on issues for appeal on genuine issues of material fact that preclude dismissal of plaintiff's claims.

Date:

Shikeb Saddozai-CDCR#AY1590
Corcoran State Prison
P.O.Box 3461
Corcoran California 93212

EXHIBIT - A

EXHIBIT - A

EXHIBIT A

November 20, 2019

Saddozai, Shikeb

DOB: 04/21/1977

CDCR: AY1590

To Whom It May Concern,

Mr. Saddozai was hospitalized and under my care from 11/12/2019 through 11/20/2019.

Sincerely,

Kort Ulicny, MD

California Institution for Men

14901 Central Ave, Chino, CA 91710

(909) 597-1821

CDC: AY1590

Name: SADDOZAI, SHIKEB

Name: SADDOZAI, SHIKEB

IPTS022A

1 of

CDC #: AY1590  PID #: 1192757

# Bed Assignments

Monday November 18, 2019 09:13:44 A

1 - 20 of 48

| Date | Time | Facility Name | Housing Area | Bed # | Housing Program | Status |
|------|------|---------------|--------------|-------|-----------------|--------|
| 11/12/2019 | 22:40 | CIM-Facility D | D OHU 1 | 115001L | Mental Health Crisis Bed | Moved |
| 10/25/2019 | 13:23 | ISP-Facility B | B 002 2 | 201001L | Sensitive Needs Yard | Unassigned |
| 09/25/2019 | 15:27 | ISP-Facility B | B 001 1 | 131001L | Sensitive Needs Yard | Unassigned |
| 09/10/2019 | 15:23 | ISP-Facility B | B 001 1 | 145001L | Sensitive Needs Yard | Unassigned |
| 09/10/2019 | 11:46 | ISP-Facility B | B 001 2 | 210001L | Sensitive Needs Yard | Unassigned |
| 09/05/2019 | 21:09 | ISP-Facility B | B 004 1 | 143001L | Sensitive Needs Yard | Unassigned |
| 09/04/2019 | 22:43 | WSP-Facility B | B 004 2 | 235001L | Reception Center | Unassigned |
| 06/04/2019 | 20:46 | CCI-Facility C | C 002 1 | 139001L | Sensitive Needs Yard | Unassigned |
| 10/19/2018 | 15:36 | CCI-Facility C | C 001 2 | 243001L | Sensitive Needs Yard | Unassigned |
| 10/18/2018 | 21:10 | DVI-Facility A | A L 1 | 043001L | Administrative Segregation Unit | Unassigned |
| 08/23/2018 | 21:27 | SQ-Facility A | A SB A4 | 007001L | Reception Center | Unassigned |
| 08/23/2018 | 21:15 | SQ-Facility A | A SB A4 | 039001U | Reception Center | Unassigned |
| 08/18/2018 | 07:55 | SQ-Facility A | A SB C3 | 050001L | Administrative Segregation Unit | Unassigned |
| 08/14/2018 | 21:25 | SQ-Facility A | A SB C2 | 014001L | Administrative Segregation Unit | Unassigned |
| 07/30/2018 | 12:44 | SQ-Facility A | A SB B3 | 027001L | Reception Center | Unassigned |
| 10/28/2015 | 11:59 | SQ-Facility A | A SB B3 | 032001L | Reception Center | Unassigned |
| 04/30/2007 | 19:27 | SQ-Facility A | N 5 00000000 | 026L | General Population | Unassigned |
| 04/30/2007 | 19:24 | SQ-Facility A | W 2 00000000 | 105L | Reception Center | Unassigned |
| 03/14/2007 | 20:57 | SQ-Facility A | W 2 00000000 | 105L | Reception Center | Unassigned |
| 03/08/2007 | 08:43 | SQ-Facility A | W 3 00000000 | 066L | Reception Center | Unassigned |

**Next Page**

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                  GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
IRONWOOD STATE PRISON
19005 Wiley's Well Road
P.O. Box 2229
Blythe, CA 92226-2229



Date: November 12, 2019

Saddozai, Shikeb
CDCR#: AY1590
Ironwood State Prison (ISP)
Blythe, CA 92225

Dear Mr. SADDOZAI:

This memorandum is being generated as formal response to the CDCR 22, INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE REQUEST dated October 28, 2019, addressed to the Warden N. McDowell, Chief Deputy Warden R. Smith, and Associate Warden, S. Moore.

On Tuesday, November 12, 2019, during an interview conducted at your request, you presented the Investigative Services Unit (ISU) with multiple documents you identified as being documentary evidence of potential violations, which prevented you from disclosing on an inmate request form. Upon review of the documents submitted by you, it was determined your safety would be at risk if remained housed at ISP; therefore Administrative Segregation Unit (ISU) placement was warranted in order to protect your safety and the safety of the institution. ISU has initiated an Investigation into your safety/enemy concerns at ISP, based on your allegations of being harassed and threaten by inmates housed on Facility B, who you identified as being active Security Threat Group (STG) members/associates.    You may remain in ASU pending completion of the investigation and or review by the Institutional Classification Committee (ICC) to determine your future programming needs.

Furthermore, your allegations regarding the staff misconduct should be addressed and submitted utilizing a CDCR 602, INMATE/PAROLLE APPEAL Form.

F. DUENAS
Correctional Lieutenant
Investigative Services Unit
Ironwood State Prison

EXHIBIT - B

EXHIBIT - B

**EXHIBIT B**

## DECLARATION BY PERSON IN STATE CUSTODY

I, Shikeb Saddozai      , declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rhabilitation,confined in the Corcoran State Prison,in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration, and could and would competently testify to these facts as a witness.

3. At all times relevant,while in the custody of Corcoran State prison,I followed prison procedures,upon accessing the facility law library and upon my access,law librarian has repeatedly failed and refused to provide copies of legal reference materials or print **case laws** from the **Electronic Law Library Delivery System**(Lexis-Nexis),which is out-dated,and has prevented me from legal research and from responding to case laws relied on by the courts in their rulings and for rebuttal.

4. Law library will not provide me equal access to type-writers that are made available to all inmates in CDCR custody,nor am I permitted to retain the legal copies made of my documents, or copy over 50 pages to advance in my legal litigations.

5. Law librarian will not permit me to retain legal manila-envelopes only available,and must be mailed out,during law library access.

6. Law library has failed to operate Monday-to-Friday pursuant to institutional schedule approved by prison Warden and has repeatedly canceled law library services without advance notice.

7. Law librarian has repeatedly reviewed my confidential-legal documents without my consent prior to submitting to the court and has denied me law library resources to correspond with members of the state bar.

8. I do not have direct access to law library and must await appointment,which has caused me delay and prejudice on legal actions.

9. Law librarian is untrained in the field of law and can not provide me proper direction,nor will librarian provide me pleading paper to advance on my litigations or provide legal book check-outs,also are out-dated.

I MAKE THIS DECLARATION FREELY,VOLUNTARILY,AND WITHOUT INDUCEMENT,AND I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON: 02-07-2020      KINGS COUNTY,CALIFORNIA

Shikeb Saddozai-CDCR#AY1590

## DECLARATION BY PERSON IN STATE CUSTODY

I, David Garrett          , declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rhabilitation,confined in the Corcoran State Prison,in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration, and could and would competently testify to these facts as a witness.

3. At all times relevant,while in the custody of Corcoran State prison,I followed prison procedures,upon accessing the facility law library and upon my access,law librarian has repeatedly failed and refused to provide copies of legal reference materials or print **case laws** from the **Electronic Law Library Delivery System**(Lexis-Nexis),which is out-dated,and has prevented me from legal research and from responding to case laws relied on by the courts in their rulings and for rebuttal.

4. Law library will not provide me equal access to type-writers that are made available to all inmates in CDCR custody,nor am I permitted to retain the legal copies made of my documents, or copy over 50 pages to advance in my legal litigations.

5. Law librarian will not permit me to retain legal manila-envelopes only available,and must be mailed out,during law library access.

6. Law library has failed to operate Monday-to-Friday pursuant to institutional schedule approved by prison Warden and has repeatedly canceled law library services without advance notice.

7. Law librarian has repeatedly reviewed my confidential-legal documents without my consent prior to submitting to the court and has denied me law library resources to correspond with members of the state bar.

8. I do not have direct access to law library and must await appointment,which has caused me delay and prejudice on legal actions.

9. Law librarian is untrained in the field of law and can not provide me proper direction,nor will librarian provide me pleading paper to advance on my litigations or provide legal book check-outs,also are out-dated.

I MAKE THIS DECLARATION FREELY,VOLUNTARILY,AND WITHOUT INDUCEMENT,AND I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON: 02-07-2020        KINGS COUNTY,CALIFORNIA

DAVID GARRETT-CDCR#AS6897

## DECLARATION BY PERSON IN STATE CUSTODY

I, Leon Morris           , declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rhabilitation,confined in the Corcoran State Prison,in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration, and could and would competently testify to these facts as a witness.

3. At all times relevant,while in the custody of Corcoran State prison,I followed prison procedures,upon accessing the facility law library and upon my access,law librarian has repeatedly failed and refused to provide copies of legal reference materials or print **case laws** from the **Electronic Law Library Delivery** System(Lexis-Nexis),which is out-dated,and has prevented me from legal research and from responding to case laws relied on by the courts in their rulings and for rebuttal.

4. Law library will not provide me equal access to type-writers that are made available to all inmates in CDCR custody,nor am I permitted to retain the legal copies made of my documents, or copy over 50 pages to advance in my legal litigations.

5. Law librarian will not permit me to retain legal manila-envelopes only available,and must be mailed out,during law library access.

6. Law library has failed to operate Monday-to-Friday pursuant to institutional schedule approved by prison Warden and has repeatedly canceled law library services without advance notice.

7. Law librarian has repeatedly reviewed my confidential-legal documents without my consent prior to submitting to the court and has denied me law library resources to correspond with members of the state bar.

8. I do not have direct access to law library and must await appointment,which has caused me delay and prejudice on legal actions.

9. Law librarian is untrained in the field of law and can not provide me proper direction,nor will librarian provide me pleading paper to advance on my litigations or provide legal book check-outs,also are out-dated.

I MAKE THIS DECLARATION FREELY,VOLUNTARILY,AND WITHOUT INDUCEMENT,AND I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON: 02-07-2020           KINGS COUNTY,CALIFORNIA

LEON MORRIS-CDCR# P54809

## DECLARATION BY PERSON IN STATE CUSTODY

I, Tiwon McGhee          , declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rhabilitation,confined in the Corcoran State Prison,in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration, and could and would competently testify to these facts as a witness.

3. At all times relevant,while in the custody of Corcoran State prison,I followed prison procedures,upon accessing the facility law library and upon my access,law librarian has repeatedly failed and refused to provide copies of legal reference materials or print **case laws** from the **Electronic Law Library Delivery System**(Lexis-Nexis),which is out-dated,and has prevented me from legal research and from responding to case laws relied on by the courts in their rulings and for rebuttal.

4. Law library will not provide me equal access to type-writers that are made available to all inmates in CDCR custody,nor am I permitted to retain the legal copies made of my documents, or copy over 50 pages to advance in my legal litigations.

5. Law librarian will not permit me to retain legal manila-envelopes only available,and must be mailed out,during law library access.

6. Law library has failed to operate Monday-to-Friday pursuant to institutional schedule approved by prison Warden and has repeatedly canceled law library services without advance notice.

7. Law librarian has repeatedly reviewed my confidential-legal docu-ments without my consent prior to submitting to the court and has denied me law library resources to correspond with members of the state bar.

8. I do not have direct access to law library and must await appoint-ment,which has caused me delay and prejudice on legal actions.

9. Law librarian is untrained in the field of law and can not provide me proper direction,nor will librarian provide me pleading paper to advance on my litigations or provide legal book check-outs,also are out-dated.

I MAKE THIS DECLARATION FREELY,VOLUNTARILY,AND WITHOUT INDUCEMENT,AND I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON: 02-07-2020          KINGS COUNTY,CALIFORNIA

TIWON MCGHEE-CDCR# BI9253

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602 (REV. 03/12)                                                                                    Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | **FOR STAFF USE ONLY** | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|---|
| Saddozai | Shikeb | AY1590 | CSP-3A01-203 | CSP-Appeal Coordinator |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
DENIAL OF ACCESS TO LAW LIBRARY/RESOURCES/AND THE COURTS

**A.  Explain your issue** (If you need more space, use Section A of the CDCR 602-A): On or about Dec-4, I submitted CDCR-602-Appeal to Corcoran State Prison(CSP),Office of Appeals Coordinator,and my appeal(s) went ignored without response,as a result I am resubmitting appeal on date below

**B.  Action requested** (If you need more space, use Section B of the CDCR 602-A): I request the following actions: (1) I request Law-Library operate per institutional schedule ensuring services are maintained to all inmates in facility.(2) I request photo-copying& print of

**Supporting Documents: Refer to CCR 3084.3.**
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDCR-22-Forms                          CDCR-1858-forms
_____                _____
_____                _____

☐ No, I have not attached any supporting documents. Reason : _____
_____
_____
_____

Inmate/Parolee Signature: _Saddozei_          Date Submitted: 01-07-2020
☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C.  First Level - Staff Use Only**
This appeal has been:                                    **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
   Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.
   Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
   See attached letter.  If dissatisfied with First Level response, complete Section D.
Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
            (Print Name)
Reviewer: _____ Title: _____ Signature: _____
         (Print Name)
Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ____ / ____ / ____ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A   (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
| --- | --- | --- | --- |
| | | | |

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Saddozai          Shikeb | CDC Number: AY1590 | Unit/Cell Number: CSP-3A01-203L | Assignment: CSP-Appeal Coordinator |
| --- | --- | --- | --- |

**A.  Continuation of CDCR 602, Section A only (Explain your issue) :** While in the custody of
(CSP),assigned to 3A-Yard,on Nov-22,25,26,27,28,29,& Dec-2,3
,4,5,6,12,13,16,17,18,19,20,23,24,25,26,27,30,31,1,2,3,of
2019,facility law-library failed operating pursuant to insti-
tutional schedule,and upon advance notices,did not provide me
physical access to law library,and resources to make photo-co-
pies,conduct legal research from Lexis-Nexis System/legal-
reference materials,prepare,file motions/pleadings/E-File,
obtain court draft paper/legal-forms,and legal envelopes upon
completion for mailing via law-library Legal-Mail Services,
nor my Inmate-Requests for services/interview/or items,resp-
onded to,or resolved for physical access or for delivery via-
law-library paging services for the above legal materials,and
documents,needed to initiate,maintain,& prosecute my active-
court-deadlines,complaints,appeals,while self-represented
In Pro per,& while under direct criminal appeal for custody of-
fense,preventing me from assisting in my defense,& litigation(
s),causing I.A.C.,& effecting my personal liberty,is "actual-
injury",emotional,physical,mental distress,against Policy.

Inmate/Parolee Signature: *A. Saddozai*      Date Submitted: 01-07-2020

**B.  Continuation of CDCR 602, Section B only (Action requested):** legal reference materials,and case laws
from Lexis Nexis System be provided,within the same day request(3)I request
copies of related legal documents be made immediately that exceed 50-pages
needed to advance litigation without approval or delay.(4)I request no retal-
iation or discipline be taken against inmates for initiating & maintaining leg-
al actions.(5)I request confidential-legal documents not be reviewed by law-
librarian,& inmate clerks upon copying.(6)I request to be transfered to prison
facility that will provide law-library access and schedule,without obstruction.
(7)I request any staff/prison officials b. instructed to provide inmtes copies
of legal related documents upon request per CCR 15 § 3138.(n)1.(8)I request a
declaration that the acts and omissions violated CCR 15 §§ 3120.,3122.,3123.,
3124.,3141.,3162.,& my State,& Federal Constitution 1st,5th,6th,14th,Amends.

Inmate/Parolee Signature: *A. Saddozai*      Date Submitted: 01-07-2020

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

·DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]   FOR ANY IMPROPER POLICE   [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Shikeb Saddozai | *Saddozai* | AY1590 | 02-28-2019 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRIORITY LIBRARY USER (PLU) REQUEST AND DECLARATION
CDCR 2171 (9/09)

## PRIORITY LIBRARY USER (PLU) REQUEST AND DECLARATION

Date of Request: 12 / 17 / 2019

Shikeb Saddozai                              AY1590
Inmates Full Name (Print Legibly)              CDCR #

Complete Inmate Housing Assignment Information:
CSP-Corcoran State Prison - 3A01-203L - P.O. Box 3461, Corcoran CA· 93212
ORL.001-004

Complete sections A through D below to describe your established court deadline and certify your
eligibility for Priority Legal User (PLU) status.

**A. My established court deadline is based on** (check one and provide information):
A court imposed deadline for an active case **(ATTACH COURT DOCUMENT SHOWING THE DEADLINE).**
Specify court (e.g., Kern County Superior Court): USDC-Northern District
Specify case number: 18CV04047 and ~~Pccv04011 cov~~ 18-CV-04511
OR
A statutory deadline.
Identify the statute or court rule that compels the deadline: active/requiring response

**B. My deadline pertains to a(n)** (check one and provide information if needed):
☒ Writ of habeas corpus                    ☒ State or Federal action concerning prison conditions
☒ Appeal of criminal conviction            ☐ Petition for certiorari concerning criminal conviction
☒ Other legal action (specify) USDC Northern District - 18CV07337

**C. The day of my established court deadline is:** open/active cases ___ / ___ / ___
                                              (MM)   (DD)   (YY)

**D. Inmate's self certification of eligibility.** (Check all that apply. Sign and date below):
☒ I am not represented by an attorney.
☒ I am working on, and will only work on, my individual case.

I certify that all of the above information is true and correct. I understand that my application for PLU
status, or the granting of my PLU status, will be revoked for falsifying information on this request; and
that I will be guilty of an administrative rule violation.

Shikeb Saddozai without prejudice    AY1590        12 / 17 / 2019
Inmate's Signature                   CDCR #            Date

*[handwritten margin notes:]* Received at main education 12/20/19  Unable to access court line  Access restored 12/27/19

---

CDCR Staff Use Only
PLU status is **GRANTED**
Priority Legal User (PLU) status begins on ___ / ___ / ___
Priority Legal User (PLU) status ends on ___ / ___ / ___
PLU status is **DENIED** for the following reason(s):
Document provided for USDC CAND 18-CV-04511 is undated and
does not show a deadline. No documentation provided for USDC CAND
Reviewing Staff Certification: 18 CV04047. No verified deadline.
I have reviewed this request and before granting this request I have verified that the requesting inmate has
a valid court deadline that has been established by a Court, Statute, or Rules of Court.

W. RONES                    M. Irvine            12 / 27 / 19
Reviewing Staff Name (Print) Staff Signature              Date

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRIORITY LIBRARY USER (PLU) REQUEST AND DECLARATION
CDCR 2171 (9/09)

## PRIORITY LIBRARY USER (PLU) REQUEST AND DECLARATION

Date of Request: _12_ / _11_ / _2019_

_SADDOZAI_                          _AY1590_        _AY 1590_
Inmates Full Name (Print Legibly)              CDCR #

Complete Inmate Housing Assignment Information:
_3A01 - 203L_

Complete sections A through D below to describe your established court deadline and certify your
eligibility for Priority Legal User (PLU) status.

**A. My established court deadline is based on** (check one and provide information):
A court imposed deadline for an active case **(ATTACH COURT DOCUMENT SHOWING THE DEADLINE).**
Specify court (e.g., Kern County Superior Court): _U.S.D.C   Eastern Dist._
Specify case number: _1:19-mc-00063-SAB , and 1:19-cv-01611-JDP(PC)_
OR
A statutory deadline.
Identify the statute or court rule that compels the deadline: _Active / response request_

**B. My deadline pertains to a(n)** (check one and provide information if needed):
- ☐ Writ of habeas corpus
- ☐ Appeal of criminal conviction
- ☐ Other legal action (specify) _____
- ☒ State or Federal action concerning prison conditions
- ☐ Petition for certiorari concerning criminal conviction

**C. The day of my established court deadline is:** _____ / _____ / _____
                                              (MM)      (DD)      (YY)

**D. Inmate's self certification of eligibility.** (Check all that apply. Sign and date below):
- ☒ I am not represented by an attorney.
- ☒ I am working on, and will only work on, my individual case.

I certify that all of the above information is true and correct. I understand that my application for PLU
status, or the granting of my PLU status, will be revoked for falsifying information on this request; and
that I will be guilty of an administrative rule violation.

_Shikeb Saddozai without prejudice_    _AY1590_        _12_ / _11_ / _2019_
Inmate's Signature                     CDCR #              Date

---

CDCR Staff Use Only
PLU status is **GRANTED**
Priority Legal User (PLU) status **begins** on _____ / _____ / _____
Priority Legal User (PLU) status **ends** on _____ / _____ / _____
PLU status is **DENIED** for the following reason(s):
_No current deadline._

---

Reviewing Staff Certification:
I have reviewed this request and before granting this request I have verified that the requesting inmate has
a valid court deadline that has been established by a Court, Statute, or Rules of Court.

_L. Boncs_   _W. Juvies_                          _12_ / _16_ / _19_
Reviewing Staff Name (Print)  Staff Signature          Date

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRIORITY LIBRARY USER (PLU) REQUEST AND DECLARATION
CDCR 2171 (9/09)

# PRIORITY LIBRARY USER (PLU) REQUEST AND DECLARATION

Date of Request: _12_ / _06_ / _2019_

_3A1-203L_          _AY1590_

Inmates Full Name (Print Legibly)          CDCR #

Complete Inmate Housing Assignment Information:

_Shikeb Saddozai_

Complete sections A through D below to describe your established court deadline and certify your
eligibility for Priority Legal User (PLU) status.

**A. My established court deadline is based on** (check one and provide information):

A court imposed deadline for an active case **(ATTACH COURT DOCUMENT SHOWING THE DEADLINE).**

Specify court (e.g., Kern County Superior Court): _USDC, Northern Branch/Superior Ct._

Specify case number: _CV184511_ , _18-CIV-03234_     San Mateo

OR

A statutory deadline.

Identify the statute or court rule that compels the deadline: _San Mateo County Superior Court_

**B. My deadline pertains to a(n)** (check one and provide information if needed):

- ☐ Writ of habeas corpus        ☒ State or Federal action concerning prison conditions
- ☐ Appeal of criminal conviction  ☐ Petition for certiorari concerning criminal conviction
- ☒ Other legal action (specify) _I do not recall case numbers please look on Court system active_

Hearing 12/19/19 1:30pm per court docket

**C. The day of my established court deadline is:** _____ / _____ / _____
                                                  (MM)    (DD)    (YY)

**D. Inmate's self certification of eligibility.** (Check all that apply. Sign and date below):

- ☒ I am not represented by an attorney.
- ☒ I am working on, and will only work on, my individual case.

I certify that all of the above information is true, and correct. I understand that my application for PLU
status, or the granting of my PLU status, will be revoked for falsifying information on this request; and
that I will be guilty of an administrative rule violation.

_Shikeb Saddozai_          _AY1590_          _12_ / _06_ / _2019_

Inmate's Signature          CDCR #          Date

---

CDCR Staff Use Only

PLU status is **GRANTED**

Priority Legal User (PLU) status begins on _12_ / _9_ / _19_

Priority Legal User (PLU) status ends on _12_ / _18_ / _19_

PLU status is **DENIED** for the following reason(s):

_____

---

Reviewing Staff Certification:

I have reviewed this request and before granting this request I have verified that the requesting inmate has
a valid court deadline that has been established by a Court, Statute, or Rules of Court.

_Lirones_          _M Jrones_          _12_ / _9_ / _19_

Reviewing Staff Name (Print) Staff Signature          Date

STATE OF CALIFORNIA
CDC 7362 (Rev. 11-03)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS AND REHABILITATIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|-----|------|------|
| 11-30-2019 | CSP-3A1-Ward Law library Access | Suddozai | AY1540 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB TITLE |
|------|------|------|------|
| 3A1-CSP 3A1-203L | 203L | N/A | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|------|------|
| N/A | FROM N/A TO N/A |

| | FROM N/A TO N/A |

You will be called in for an interview in the near future if the matter cannot be handled by correspondence

Clearly state your reason for requesting this interview

I have active court deadlines, requiring law library access and or appointment time under Priority Legal User Status, needed to initiate and maintain court actions requiring my immediate response. Pursuant to CCR 15 section 3160, 3162. No CDCR-22-Forms are available within 3A1 housing unit please assist ASAP. Expind. Request.

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|------|------|
| | |

| DISPOSITION | |
|------|------|
| Approved 12/9/19 | |
| to 1/8/19 | |
| Plu-States. | |

CORCORAN STATE PRISON-3A-YARD-LAW-LIBRARY

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE. ETC.): |
|---|---|---|---|
| CSP-3A01-203L | | | DENIAL OF LAW-LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ATTN:Law library did not operate pursuant to institutional schedule,nor provided me access per my inmate requests for physical access,and its resources,I submitted on:Nov-22,25,26,27,28,29, Dec-2,3,4,5,6,12,13,16,17,18,19,20,23,24,25,26,27,30,31, 2019, Jan-1,2,3,4,6,7, 2020,as needed to: MAKE LEGAL COPIES, RESEARCH LEXIS-NEXIS-SYSTEM,OBTAIN LEGAL DRAFT PAPER,& LEGAL ENVELOPES FOR MAILING VIA LAW LIBRARY LEGAL MAIL SER-VICES,has prevented me from prosecuting legal cases,appeals,complaints.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
[X] SENT THROUGH MAIL:  ADDRESSED TO: 3A-Yard-Law Library                                    DATE MAILED 01 07 2020
[X] DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |
|---|---|---|
| 3A-Yard-LAW LIBRARY | 01-07-2020 | |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

Corcoran State Prison - 3A-Yard Law Library

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai Shikeb | | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP-3AD1-203L | ASSIGNMENT: CSP-DRL.001.004 | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): LAW LIBRARY ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: The following court cases: 18cv04047; 18cv04511; USDC-Northern /and 1:19mc00063SAB; 1:19cv01614-USDC-Eastern, provided are active and refusing to provide me (PLU) for the purpose of - initiating & maintaining an established court action, needed to file - reply brief, pleadings, motions, and other documents - legal duplications, research, legal mail outs - in support of petition(s), in addition to awaiting appointment times /cancelations without notices has obstructed my access to court Violating - CCR Title 15 §§ 3820., 3123., 3124., 3160., 3162., 3162.(c)., & 3138.(h)1.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL:  ADDRESSED TO: CSP-3A-Yard-Law Library facility   DATE MAILED: 12.18.2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: R. Simmons | DATE: 12/18/19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: CSP-3A-Yard-Law Library | DATE DELIVERED/MAILED: 12-18-2019 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B:  STAFF RESPONSE   rec'd 1/6/2019

| RESPONDING STAFF NAME: M Beardsley | DATE: 1/6/20 | SIGNATURE: M Beardsley | DATE RETURNED: 1/6/20 |
|---|---|---|---|

Per Title 15 Section 3123(b) you may. Receive Library access as resources are available. Resources include the physical space, electricity, officers, Library staff. Per Title 15 Section 3123(c) you may request paging. A paging request has already been sent to you. Contact the Court for an extension of time.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

In order for me to request an extension on a legal case pending with the courts I require legal envelopes, and legal copies of confidential documents, only supplied by law-library during physical access for me to correspond with the courts, repeatedly denied to me

| SIGNATURE: Shikeb Saddozai | DATE SUBMITTED: 01-08-2020 recieved and sent |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

# CORCORAN STATE PRISON-LITIGATION COORDINATOR

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3A01-203L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: **ATTN:LITIGATION-COORDINATOR- (CSP)law lib-rary did not operate pursuant to schedule or provide me physical access or responded to or resolve,multiple inmate requests I submitted to access law library and its resources on or about:Nov-22,25,26,27,28,29,Dec-2,3,4,5.6,12,13,16,17,18, 19,20,23,24,25,26,27,30,31,2019,Jan-1,2,3,2020,as needed to:make copies,research Lexis-Nexis-System,obtain legal draft-paper,& legal envelppes for mailing via law library legal mail services,has prevented me from prosecuting legal cases.**

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☒ SENT THROUGH MAIL:  ADDRESSED TO: **CSP-LITIGATION-COORDINATOR** _____ DATE MAILED: **01/05/2020**
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| N. STEVEN | 1-5-19 | | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-LITIGATION-COORDINATOR | 01-05-2020 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

_____

_____

_____

_____

_____

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

_____

_____

_____

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

_____

_____

_____

_____

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

Corcoran State Prison -     Law Library 3A-Yard
Supervisor

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**                  DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME)       (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai    Shikeb | AY 1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP. | ASSIGNMENT: | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|
| 3A01- 203 L | HOURS FROM_____ TO_____ | LAW LIBRARY ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Attn: CSP-3A-Yard Law Library Supervisor-
Law Library did NOT operate per facility schedule - Dec - 12, 13, 16, 17, 18,
19, 20. I have established court deadlines, and approved P.L.U. status
in addition to active cases, appeals, complaints, and without
access to law library and resources (i.e. copying service, ~~research~~ legal
research, legal envelopes, stationary etc.,) I will default in my active
legal litigations. Please provide - Appointment time/Ducat/Paging/or other means.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
[X] SENT THROUGH MAIL:  ADDRESSED TO: CSP-3A-Yard Law Library Supervisor   DATE MAILED: 12 21 2019
[X] DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES   NO |
|---|---|---|---|
|  |  |  |  |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-3A-Yard Law Library Sup. | 12-21-2019 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
|  |  |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Sandoza        Shikeb | AY1590 | Shikeb Sandozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|
| (CSP) A-1-203L | CSP-A-Yad Captain: | HOURS FROM_____ TO_____ | Denied Court Access |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Attn:(CSP) Captain: Upon arrival 11-21-2019 to (CSP) Corcoran State Prison I am denied ability to initiate and maintain my court deadlines and appeals nor provided access to law library services and isolated to cell quarters exceeding 24 hour lockdowns, devoid of disciplinary actions, as a result of being a new arrival, despite that I am an institutional transfer and did not lose my privilege (A1A) from prior prison, and as such is preventing me from legal actions.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: (CSP) Captain _____ DATE MAILED: 11/21/ 2019

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| S. Foster | 11-22-19 | [signature] | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY |
|---|---|---|
| (CSP) Captain: SA | 11-22-19 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

Corcoran State Prison - 3A-Yard Law Library

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai   Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP-3A01-203L | ASSIGNMENT: CSP-ORL.001.004 | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): LAW LIBRARY ACCESS |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: The following court cases: 18cv04047; 18cv04511; USDC-Northern /and 1:19mc00063SAB; 1:19cv0161P-USDC-Eastern, provided are active and refusing to provide me (PLU) for the purpose of - initating & maintaining an established court action, needed to file - reply brief, pleadings, motions, and other documents - legal duplications, research, legal mail outs - in support of petition(s), in addition to awaiting appointment times /cancelations without notices has obstructed my access to court Violating - CCR Title 15 §§ 3120., 3123., 3124, 3160., 3162., 3162. (c)., & 3138.(h)1.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL:  ADDRESSED TO: CSP-3A-Yard-Law Library facility        DATE MAILED: 12, 18, 2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: R. Simmons | DATE: 12/18/19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) **YES** NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CSP-3A-Yard-Law Library | DATE DELIVERED/MAILED: 12-18-2019 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON  **BY US MAIL** |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) Saddozai   (FIRST NAME) Shikeb | CDC NUMBER: AY1590 | SIGNATURE: Shikeb Saddozai |
|---|---|---|
| HOUSING/BED NUMBER:  CSP- 3A01- 2031 | ASSIGNMENT: DRL.001.004 | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Law Library Denial |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Attn: CSP-3A-Yard Law Library: Law library did not operate pursuant to facility schedule December 12,13,16, 17, 2019. I have established court deadlines, approved Priority Legal User status, and due to law library lack of access and resources the court will default my active cases. Please provide appointment time, ducat, paging services, and or access to an alternate law library for me to initiate and maintain my court actions & Appeals.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL:  ADDRESSED TO: CSP-3A-Yard Law library
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD TO INMATE/PAROLEE):
DATE MAILED: 12 17 2019

| RECEIVED BY: PRINT STAFF NAME: S. McCue | DATE: 12-17-19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| IF FORWARDED TO WHOM: CSP-3A-Yard-Law library | DATE DELIVERED/MAILED: 12-17-2019 | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _to_ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): CASE LAW/CITATION |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Can I get a copy of this case law / citation below printed: Richter v. Hickman, 578 F.3d 944, 956-57 (9th Cir. 2009)

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL:  ADDRESSED TO: (CSP) 3A-Yard Law Library                     DATE MAILED: 12/14/19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES      NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: CSP-3A-Yard Law Library | DATE DELIVERED/MAILED: December 14, 2019 | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME)        (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai   Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP-  3A01-203L | ASSIGNMENT:  DRL.001.004 | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.):  Law Library Denial |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Attn: CSP-3A-Yard Law Library : Law library did not operate pursuant to facility schedule December 12, 13, 16, 17, 2019. I have established court deadlines, approved Priority Legal User status, and due to law library lack of access and resources the court will default my active cases. Please provide appointment time, ducat, paging services, and or access to an alternate law library for me to initiate and maintain my court actions & Appeals.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☑ SENT THROUGH MAIL - ADDRESSED TO: CSP-3A-Yard Law library     DATE MAILED: 12 17 2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME:  S. Mccu | DATE:  12-17-19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF?  (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM:  CSP-3A-Yard-Law library | DATE DELIVERED/MAILED:  12-17-2019 | | METHOD OF DELIVERY:  (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE   Dec 01 12/23/19

| RESPONDING STAFF NAME:  M Beardslur  LTA | DATE:  12/23/19 | SIGNATURE:  M Beardsle  LTA | DATE RETURNED:  12/23/19 |
|---|---|---|---|

3123.(b) Inmates on plu status may receive a minimum of 4 hours, per calendar week of regulated physical Law Library access, as resources are available. Request extension of time from courts. Enclosed is legal material request, legal document Request form. That will print order. And documents to be copied if legal address to be mailed to. Original will be sent

## SECTION C: REQUEST FOR SUPERVISOR REVIEW   mailed to.
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR (PERSON ONLY USE AND KEEP FINAL CANARY COPY.

I am denied access to physical enter law library - December 12, 13, 16, 17, 18, 19, 20, 23, 24, 25, 26, 27, of 2019, needed to copy legal documents that are confidential, in addition to researching Case Laws on Lexis Nexis System. Please provide appointment time, Ducat, Paging services, or alternate law library access.

| SIGNATURE:  Shikeb Saddozai | DATE SUBMITTED:  12/29/19 , and recieved 12/26/2019 |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA                                                     DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

3A
1

203

| NAME (Print)   (LAST NAME)    (First Name) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai        Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: CSPC-A-Yard | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-A-1-203L | Law Library | | LAW LIBRARY ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:  ATTN : CSPC - Facility + LAW LIBRARY:
Please ducat me and or provide me appointment time for
physical access to facility law library needed for me to
prosecute my active court deadlines and appeals on
time sensative legal actions . Thank you for your
prompt attention and assistance on urgent matter. —

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL  ADDRESSED TO: CSPC-Facility Law library  A-Yard  DATE MAILED: 11-21-2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| S. FOSTER | 11-21-19 | S Foster | (CIRCLE ONE)  YES   NO |

| IF FORWARDED TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSPC- LAW LIBRARY (A-YARD) | 11-21-19 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M Beardsley LTA | 12/04/19 | M Beardsley LTA | 12/04/19 |

Nov'd 11/4/2019  you are ducated for 12/6/19
0830-1100 am.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY
COPY.

I was unable to complete the remainder of my legal research, Please add me on the
law library ducat list for daily access and update my request for Priority Legal
User Status due to additional active court case granted for case no. 1:19-civ
00611-JDP (PC) U.S.D.C., Eastern Dist.  Please update PLU with additional case.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | 12-06-2019 and recieved 12/6/19 |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]   FOR ANY IMPROPER POLICE   [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME<br>Shikeb Saddozai | INMATE/PAROLEE'S SIGNATURE<br>*S. Saddozai* | CDC NUMBER<br>AY1590 | DATE SIGNED<br>02-21-2019 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

Corcoran State Prison

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| CSP-3A04-237L | | | DENIAL OF BOOK DELIVERY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Attn:CSP- C/O J.Sherill (R&R-Officer):
On or about-January-22,2020,Bookstore shipped a"Federal Rules of Civil Procedure"
law book,mailed via U.S.postal & addressed to me,and as of today's Date:February
6th,2020,I have not received law book,confirmed by bookstore to be sent.
Law book relates to and is needed for my active legal cases,and under 13-
ounces subjecting book to regular mail standards.Please return book with-
held in your possession past delivery time frame,thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL:  ADDRESSED TO CSP-C/O J.Sherill(R&R-Officer)   DATE MAILED: 02/06/2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| N. Speken | 2-6-20 | | (CIRCLE ONE)  YES    NO |
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: |
| CSP-C/O J.Sherill (R&R-Officer) | 02-06-2020 | | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| C/O J Flores | 7/15/2020 | | 7/15/2020 |

I looked in the log Book And it shows you received your law Books.
THE Books WERE Delivered 7-4-2020 to C/O H.FLORES. IF you
Have not received your books contact C/O H.Flores on 3A.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY
COPY.
I did not receive said law book.I did not sign for law book.I do not have book item
in my possession.Officers incharge of my delivery of my law book are commit-
ting fraud,theft,and forgery.Return law book in your possession belonging
to me .

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | 02-20-20,Received,and Sent |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

**Corcoran State Prison**

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|
| CSP-3A04-237 | | HOURS FROM_____ TO_____  denial of book delivery |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: **ATTN: T.Noland (CSP-R&R-OFFICER)**

On or about-January-22,2020,Bookstore shipped a "Federal Rules of Civil Procedure" Law-book,mailed via U.S.postal,& addressed to me.As of Today's Date:Feruary-6,2020, I have not received law book confirmed by bookstore to be sent.Law book relates to and is needed to prosecute my active legal cases,and is under 13-ounces subjecting book to regular mail standards which is past delivery time frame.Please return book to me withheld in your possession.Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

X SENT THROUGH MAIL: ADDRESSED TO: **CSP-R&R-OFFICER-T.Noland/3A-Yard**   DATE MAILED: 02 /06/ 2020

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|
| N. Seeker | 2-6-20 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL |
|---|---|---|
| CSP-R&R-OFFICER-T.Noland/3A-Yard | 02-06-2020 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| S/o J. Flores | 2/15/2020 | | 2/15/2020 |

PLEASE refer to attacked CDCR Form 22 as your Questions Are Answered.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I did not receive law book described above.I did not sign for law book.I do not have book item in my possession.Officers incharge of delivering my law book did not provide my law book to me and any claim alleging delivery is false,fraudulent,theft,and forgery.Return my law book to me.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb   Saddozai | =02-20-20,Received and Sent |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## CORCORAN STATE PRISON

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):     (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3A04-237L | . | | DENIAL OF MAIL/LAW-BOOK |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW **ATTN:CSP-MAIL-ROOM-SGT/SUPERVISOR:**

Feb-6,2020,I alerted mail-room-supervisor,that a "Federal Rules of Civil PROCED-URE" law book was mailed via U.S.postal by bookstore,order#0508-53,on Jan-21,2020, As of today Feb-15,2020,I have not received law book,needed for my active legal court cases.Please assist me in the return of item withheld,which initially must be processed via mail room,and subjected to regular mail standards and under 10 ounces.Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☒ SENT THROUGH MAIL:  ADDRESSED TO: **CSP-Mail-Room-Sergeant/Supervisor**     DATE MAILED: 02 ,15, 2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| C. Calderon | 2-15-2020 | | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-MAIL-ROOM-SERGEANT/SUPERVISOR | 02-15-2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Rather | 2/18/2020 | K. Rather | 2/19/2020 |

This book was sent to R&R on 1/30/2020. Any issues regarding your book needs to be taken up with R&R

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I did not receive law book described above.I did not sign for law book. I do not have law book item in my possession.Officers incharge of delivering my law book did not provide me item and any claim alleging delivery is false,fraudulent,theft,and Forgery.Please assist me in return.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb   Saddozai | 02-20-20,Received and Sent. |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| A. Toll | 2-24-20 | | 2-24-20 |

Upon researching, our records indicate your book was sent to R&R for disbursement on 1-30-2020. Please contact R&R to have your book issued.

CORCORAN STATE PRISON

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |
| HOUSING/BED NUMBER: CSP-3A01-203L | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): LAW LIBRARY ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:(CSP)3A-Yard-LAW LIBRARY FACILITY:
1.Can I print legal information from the Computers/Books/News-papers.
2. Can I keep legal Manila envelopes obtained from law library. 3. Can I keep
legal materials I make copies of. 4.Can I obtain more than 20-sheets of pleading
paper within the same week. 5.Can I obtain,& keep pens/pencils/blank-paper
from law library. This information requested is for my advance knowledge
a YES or NO answer is sufficient. Please respond below.Thank You.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
[X] SENT THROUGH MAIL:  ADDRESSED TO: CSP-3-A-Yard-Law Library-Facility          DATE MAILED: 01/26 2020
[X] DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY/PRINT STAFF NAME: M.Freitas | DATE: 1-26-2020 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  (NO) |
|---|---|---|---|
| IF FORWARDED TO WHOM: CSP-3-A-Yard-Law Library-Facility | DATE DELIVERED/MAILED: 1-26-2020 | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

### SECTION B:  STAFF RESPONSE  recd 1/27/2020

| RESPONDING STAFF NAME: W Boardsley LTA | DATE: 1/28/2020 | SIGNATURE: W Boardsle LTA | DATE RETURNED: 1/28/2020 |
|---|---|---|---|

1. NO 2.legal manila envelopes provided in the library, are only for mailing legal documents from the library the same day 3. Per Title 15 3138(h)(1) you receive one copy for your records, it is your choice whether to mail the copy or original, unless court rules specify one or the other. 4. you can obtain pleading paper from the canteen or use indigent writing supplies. 5. NO.

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1. Can I use Law Library Legal-Manila-Envelopes to communicate with attorney.
2. Can I Access LAW LIBRARY,without appointment ducat slip any time. 3. Does
the 3A-yard-facility-LAW LIBRARY,have a type-writer,or printers attached with
computers. 4. Is law-librarian,trained in the field of LAW. Thank you.

| SIGNATURE: From: Shikeb Saddozai | DATE SUBMITTED: 01-28-20-Received,and Sent |
|---|---|

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): L.RONES | DATE: 1/31/20 | SIGNATURE: M.rones | DATE RETURNED: 1/31/20 |
|---|---|---|---|

1. Per Title 15 section 3138(h), indigent inmate shall have free and unlimited mail to any court or the Attorney General's office. Per section 3138(h)(2), if the case is accepted by the court, the need for future copies and mailing is evaluated on a case-by-case basis. If the attorney you are writing to is an attorney the court requires you to send mail to, you may use envelopes provided by the library, if it is an attorney you are corresponding with, you may use your indigent writing supplies - see Title 15 section 3138(g).
2. You need an appointment/ducat to enter the Education area where the library is located. 3. 3A library does not have a typewriter. No printer is attached to remote computers. 4. Library staff can assist you in finding legal resources. Library staff are not attorneys and cannot give legal advice.

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

*Corcoran State Prison – CSP-3A-Yard*
*Law library*

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)          (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai   Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP- | ASSIGNMENT: | HOURS FROM_____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 3A01- 203L | ORL.001.004 | | Case Laws |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Law library can you provide me a copy of these case laws: Agyeman v. Corrections Corp. of America, 390 F.3d 1101, 1103 (9th Cir 2004); Terrell v. Brewer 935 F.2d 1015, 1017 (9th Cir 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir 1986); Lassiter v. Dept. of Social Services, 452 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d, 1520, 1525 (4th Cir 1997); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir 1984).

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL:  ADDRESSED TO: CSP-3A-YARD-LAW LIBRARY    DATE MAILED: 12/29/2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|
| ✓ STEFKEN | 12/29/19 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|
| CSP- Law Library (3A-YARD) | 12-29-2019 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M Blansley TIA | 1/3/2020 | M Blansley TIA | 1/3/2020 |

Received 1/3/2020 Enclosed 3A Law Library paging request.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Please provide me a response and let me know if I can have the above case laws printed.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | 01-14-2020-recieved and sent |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| LIRONGS | 1/23/20 | M Jurones | 1/23/20 |

Please use a paging request form to request paging. Paging is provided for materials not available in the library. No paging is provided for materials available in the library when you have access to the library. Per SOMS, you were scheduled for library 1/9/20 (4 hours), 1/10/20 (2 hours), 1/13/20 (4 hours), 1/14/20 (4 hours), 1/15/20 (2 hours), 1/17/20 (2 hours), 1/21/20 (2 hours), 1/23/20 (4 hours) and 1/24/20 (2 hours).

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

*Corcoran State Prison - Law Library 3A-Yard Supervisor*

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai   Shikeb | AY 1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP- 3A01-203 L | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): LAW LIBRARY ACCESS |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Attn: CSP-3A-Yard Law Library Supervisor-
Law library did NOT operate per facility schedule- Dec-12,13,16,17,18, 19,20. I have established court deadlines, and approved P.I.U. status in addition to active cases, appeals, complaints, and without access to law library and resources (i.e. copying service, research legal research, legal envelopes, stationary etc.,) I will default in my active legal litigations. Please provide - Appointment time/Ducat/Paging/or other means.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: CSP-3A-Yard Law Library Supervisor     DATE MAILED: 12 21 2019

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: A. Reaves | DATE: 12.21.19 | SIGNATURE: AV | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|

| IF FORWARDED - TO WHOM: CSP-3A-Yard Law Library Sup. | DATE DELIVERED/MAILED: 12-21-2019 | METHOD OF DELIVERY (CIRCLE ONE)  IN PERSON  BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE   Recd 12/31/2019

| RESPONDING STAFF NAME: M Brandsly LTA | DATE: 12/31/19 | SIGNATURE: M Brand(s) LTA | DATE RETURNED: 12/31/19 |
|---|---|---|---|

Contact Reure for extension.
You will be educated in law library when Educational Services is available. See Title 15 3123(b) enclosed in a PIU Request. You will be tentively scheduled for January 9 th 2019.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

In order for me to correspond with the court and request an extension, I require legal envelopes supplied only by law-library provided only during physical access to obtain solid resources that has repeatedly been denied to me upon my inmate requests

| SIGNATURE: Shikeb Saddozai | DATE SUBMITTED: 01-07-2020 |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): LIRONES | DATE: 1/13/20 | SIGNATURE: M Jrones | DATE RETURNED: 1/13/20 |
|---|---|---|---|

Per SOMS you were scheduled for law library January 9, 2020 (4 hours), January 10, 2020 (2 hours), January 13, 2020 (4 hours) and January 14, 2020 (4 hours). You may convey a brief communication to the court using writing paper and envelopes provided in your housing unit.

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

CORCORAN STATE PRISON-- MAIL ROOM SUPERVISOR
INMATE TRUST ACCOUNT SUPERVISOR

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP-3A01-203L | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): DENIED INDIGENT ENVELOPES |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW* ATTN: (CSP)MAIL ROOM SUPERVISOR:

Upon arrival to Corcoran State Prison-11/21/2019,I have submitted multiple
inmate requests to Institutional Mail-Room,,& Inmate Trust Account Office for
the request of indigent envelopes Per facility policy CCR 15§ 3138,and my requests
have went unanswered/unresolved,depriving me of state issued indigent envelopes
for the months of:NOVEMBER,& DECEMBER,thereby preventing me from corresponding
with the courts,attorney,and family,regarding active cases,& emotional support. **

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL:  ADDRESSED TO: CSP-Inmate Trust Account Supervisor   DATE MAILED 12 /29 /2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: N. SEEFKEN | DATE: 12-29-19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: CSP-INMATE TRUST ACCOUNT SUPERVISOR | DATE DELIVERED/MAILED: 12-29-2019 | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: L. Rodriguez | DATE: 1/2/20 | SIGNATURE: L. Rodrigo | DATE RETURNED: 1/3/20 |
|---|---|---|---|

The Trust office prints an indigent list each week and it is up to an
officer from each yard to pick up their indigent list from the Trust
Office. The officer should then request a sufficient amount of
indigent supplies from the Mail Room and then disburse  the
indigent inmates.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

I am alerting-Inmate Trust Account Office,because I have no means in obtaining
indigent envelopes that are only in control of Inmate Trust Account Office to
provide pursuant to CCR 15 § 3138.(e)-stating"indigent envelopes SHALL be
authorized by the Institutional Inmate Trust Account Office".Please advise.

| SIGNATURE: Shikeb Saddozai | DATE SUBMITTED: 01-07-20/Received and Sent |
|---|---|

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

## CORCORAN STATE PRISON

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME)      (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai        Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3A04-237 | | | DENIAL OF MAIL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: **ATTN: CSP-Mail-Room Supervisor:**

On or about-January-22,2020,Bookstore shipped a "Federal Rules of Civil Procedure"law book,mailed via U.S.postal addressed to me and as of Today's Date:February-6th,2020,I have not received law book,confirmed by bookstore to be sent.In addition law book relates to and is needed for my active legal cases..Please return book,withheld in your possession.Furthermore book is under 13 ounces subjecting book to regular mail standards.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☒ SENT THROUGH MAIL: ADDRESSED TO: _CSP-Mail-Room-Supervisor_____ DATE MAILED 02 /06/ 20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW, AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| _J. STORELLI_ | 2·6·20 | _____ | (CIRCLE ONE) ⟨YES⟩   NO |

| IF FORWARDED TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| MAIL-ROOM SUPERVISOR- COR-CSP | 02-06-2020 | (CIRCLE ONE)  IN PERSON    BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Rother | 2/7/2020 | K Rother | 2/7/2020 |

Any books sent through Publisher are given to R&R Please contact them regarding your book.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

**Please Explain:** Are books/manuscripts that are under-13 ounces which are sent via U.S. postal,delivered to an inmate through the General Prison Mail...Also-Please provide me log of my Out-going,and In-coming,legal mail correspondence.Thank you.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | 02-10-2020-RECEIVED AND SENT |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

EXHIBIT - C

EXHIBIT -C

EXHIBIT C

CORCORAN STATE PRISON-LITIGATION COORDINATOR

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER:  CSP-<br>3A01-203L | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.):<br>DENIED ACCESS TO COURT |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:(CSP)LITIGATION COORDINATOR:

I am DENIED access to CSP-law library, failed to operate per schedule,& upon my mult-iple inmate request that went unanswered/unresolved on of December-12,13,16,17,18, 19,20,23,24,25,26,27, of 2019,thus preventing me from:copying,and mailing legal documents,conducting legal research on the LEXIS NEXIS SYSTEM,& resources needed to prosecute active court deadlines,appeals,complaints while self represented. THIS IS MY THIRD REQUEST TO YOU FOR ASSISTANCE THAT HAS WENT UNRESPONDED.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☒ SENT THROUGH MAIL:  ADDRESSED TO: CSP-LITIGATION COORDINATOR       DATE MAILED: 12 / 29 / 2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE:<br>12-29-19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF?<br>(CIRCLE ONE) YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM:<br>CSP-LITIGATION COORDINATOR | DATE DELIVERED/MAILED:<br>12-29-2019 | METHOD OF DELIVERY:<br>(CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

CORCORAN STATE PRISON-3A-YARD-LAW-LIBRARY

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME): Saddozai  (FIRST NAME): Shikeb | | CDC NUMBER: AY1590 | SIGNATURE: ShikebSadoozai |
|---|---|---|---|
| HOUSING/BED NUMBER: CSP-3A01-203L | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): DENIAL OF LAW-LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: Law library did not operate pursuant
to institutional schedule, nor provided me access per my inmate requests for
physical access, and its resources, I submitted on: Nov-22,25,26,27,28,29, Dec-
2,3,4,5,6,12,13,16,17,18,19,20,23,24,25,26,27,30,31, 2019, Jan-1,2,3,46,7,
2020, as needed to: MAKE LEGAL COPIES, RESEARCH LEXIS-NEXIS-SYSTEM, OBTAIN
LEGAL DRAFT PAPER,& LEGAL ENVELOPES FOR MAILING VIA LAW LIBRARY LEGAL MAIL SER-
VICES, has prevented me from prosecuting legal cases, appeals, complaints.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
[X] SENT THROUGH MAIL: ADDRESSED TO: 3A-Yard-Law Library                     DATE MAILED 01 .07 / 2020
[X] DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: N. SANTEN | DATE: 1-7-20 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| IF FORWARDED - TO WHOM: 3A-Yard-LAW LIBRARY | DATE DELIVERED/MAILED: 01-07-2020 | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: MBlardsly TIA | DATE: 1/13/20 | SIGNATURE: MBlardsly TIA | DATE RETURNED: 1/13/20 |
|---|---|---|---|

Recd 1/10/20 Per Titl 15 3123(b)
You May receive Library access as
Vesources are available.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Per CCR 15 § 3120. library access schedule approved by Warden "SHALL" ensure
library services are maintained for the benefit of all inmates. See Also §3160.
As a result of lack of access and timely responses to my inmate requests has
prevented me from responding to court actions. Please clearify law library schedule.

| SIGNATURE: Shikeb Saddozai | DATE SUBMITTED: 01-16-2020, DATE RECEIVED & SENT |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): LIRONES | DATE: 1/27/20 | SIGNATURE: | DATE RETURNED: 1/27/20 |
|---|---|---|---|

Per CCR 15 section 3123 (b), inmates may receive library access as resources are
available. Per CCR 15 section 3123(c) inmates may request paging when unable to
physically access the library. Library resources were not available for physical access
December 16 2019 - January 7, 2020. Paging was available. Per soms you were
Scheduled for library December 11, 2019, January 9, 2020, and on multiple dates,
before and after these dates. Please notify the court if you need an extension of time.

EXHIBIT - D

EXHIBIT - D

EXHIBIT D

STATE *of* CALIFORNIA

**OIG** | OFFICE *of the*
INSPECTOR GENERAL

Roy W. Wesley, *Inspector General*
Bryan B. Beyer, *Chief Deputy Inspector General*

**Independent Prison Oversight**

*Regional Offices*

*Sacramento*
*Bakersfield*
*Rancho Cucamonga*

February 4, 2020

Shikeb Saddozai, AY1590
California State Prison - Corcoran
P.O. Box 8800
Corcoran, CA 93212-8309

Dear Shikeb Saddozai,

The Office of the Inspector General (OIG) received your voice messages on December 5th, 8th, 20th, 23, and 26th of 2019, and on January 13, 2020. You allege that you reported a leak in your cell, but staff took no action, you have not received a response to a few of your appeals, Form 22s are not available, you have been retaliated against for submitting appeals for being on lockdown status for more than 15 days, your property was confiscated on November 12, 2019 when it did not follow you when you were transferred from Ironwood State Prison (ISP) to California State Prison, Corcoran, and that certain ISP correctional staff attempted to intimidate you into withdrawing an appeal during a telephone interview. We have conducted a review into the issues you raised. Based on our review of your complaint, we determined that no further intervention is warranted by our office at this time. We apologize for our delay in responding to your correspondence.

When conducting our reviews, we document and review the alleged activity, review applicable policies and procedures, and request additional documentation from the California Department of Corrections and Rehabilitation (CDCR), as needed. Our reviews may also require us to request an inmate appeals tracking system report from the department to ensure that inmates have access to formal administrative remedies.

We also attempt to determine if you have attempted to obtain resolution to your complaint by filing a CDCR Form 22, Inmate/Parolee Request for Interview, Item or Service or CDCR 1824, Request for Reasonable Accommodation. If your request was unsuccessful, we encourage you to utilize your available administrative grievance remedies by filing a CDCR 602, Inmate/Parolee Appeal form. You should continue the administrative grievance process until you have received a final decision by the CDCR's third level of review. If you have received a response by the third level of review and believe the department failed to appropriately address your concerns, you may choose to resubmit your complaint to our office and include the reasons why the department's response was inappropriate.



10111 Old Placerville Road, Suite 110
Sacramento, California 95827
Telephone: (916) 255-1102
www.oig.ca.gov



STATE of CALIFORNIA

**OIG** | OFFICE *of the*
INSPECTOR GENERAL

Roy W. Wesley, *Inspector General*
Bryan B. Beyer, *Chief Deputy Inspector General*

**Independent Prison Oversight**

*Regional Offices*

Sacramento
Bakersfield
Rancho Cucamonga

The OIG is an independent State of California government agency established by law.
Our primary responsibility is the independent oversight of California's youth and adult
correctional agencies, including the CDCR, the Board of Parole Hearings, and the Prison
Industry Authority. As part of our statutory mandates, the OIG oversees the internal affairs
investigations and employee disciplinary process of the CDCR, monitors CDCR's use-of-force
review process, and conducts reviews of the department's policies, practices, and procedures. The
OIG is not an investigative agency and does not pursue legal action on behalf of inmates.

Thank you for bringing your concerns to our attention.

INTAKE AND REVIEW UNIT
Office of the Inspector General

MM : 19-0031942-PI
19-0031971-PI
19-0032109-PI
19-0032141-PI
19-0032162-PI
19-0032316-PI

*Gavin Newsom, Governor*



10111 Old Placerville Road, Suite 110
Sacramento, California 95827
Telephone: (916) 255-1102
**www.oig.ca.gov**

STATE *of* CALIFORNIA



**OIG** | OFFICE *of the*
INSPECTOR GENERAL

Roy W. Wesley, *Inspector General*
Bryan B. Beyer, *Chief Deputy Inspector General*

**Independent Prison Oversight**

Regional Offices

Sacramento
Bakersfield
Rancho Cucamonga

January 15, 2020

Shikeb Saddozai, AY1590
California State Prison - Corcoran
P.O. Box 8800
Corcoran, CA 93212-8309

Dear Shikeb Saddozai,

The Office of the Inspector General (OIG) has received your correspondence dated September 29, 2019 concerning access to the law library, living conditions and medical treatment while you were previously housed at Ironwood State Prison.

We conducted a review into the issues you raised and determined no further intervention is warranted by our office at this time. In the future, we encourage you to utilize the available administrative grievance remedies until you have received a final decision by the California Department of Corrections and Rehabilitation (CDCR) third level of review.

If your appeal is screened out, we recommend you follow the instructions provided by appeals staff and resubmit your appeal to the appeals office within 30 days. If you wish to do so, you may use a CDCR Form 22 as a receipt when submitting your CDCR Form 602 appeal to institutional staff. Please contact your correctional counselor for advice and assistance regarding questions about the process or the status of your appeal/grievance.

If your appeal is canceled, and you dispute the reasons for canceling your appeal, you may file a new appeal disputing the appeal coordinator's reasons for cancelation, explaining why the cancelation was improper or why the appeal should have been processed. You should attach the original appeal and the cancelation notice with any documentation supporting your claim that the appeal was improperly rejected, and submit the whole package to the appeals coordinator. Please note, you must appeal the cancelation within 30 days of the issuance of the CDCR Form 695 (Screening For: CDCR Form 602 Inmate/Parolee Appeals).

Regarding concerns with appeal issues submitted to our office, please include copies of supporting documents such as copies of submitted CDCR Form 602 appeal form and/or CDCR Form 22, if applicable. Also, do not send us originals, as we will not be able to return them.



STATE *of* CALIFORNIA



**OIG** | OFFICE *of the*
INSPECTOR GENERAL

Roy W. Wesley, *Inspector General*
Bryan B. Beyer, *Chief Deputy Inspector General*

Independent Prison Oversight

*Regional Offices*

*Sacramento*
*Bakersfield*
*Rancho Cucamonga*

The OIG is an independent State of California government agency established by law. Our primary responsibility is the independent oversight of California's youth and adult correctional agencies, including the CDCR, the Board of Parole Hearings, and the Prison Industry Authority. As part of our statutory mandates, the OIG oversees the internal affairs investigations and employee disciplinary process of the CDCR, monitors CDCR's use-of-force review process, and conducts reviews of CDCR's policies, practices, and procedures. The OIG is not an investigative agency and does not pursue legal action on behalf of inmates.

Thank you for bringing your concerns to our attention. The Office of the Inspector General considers this matter closed.

INTAKE AND REVIEW UNIT
Office of the Inspector General

MM : 19-0031311-PI

*Gavin Newsom, Governor*

10111 Old Placerville Road, Suite 110
Sacramento, California 95827
Telephone: (916) 255-1102
www.oig.ca.gov



STATE *of* CALIFORNIA

**OIG** | OFFICE *of the*
INSPECTOR GENERAL

*Roy W. Wesley, Inspector General*
*Bryan B. Beyer, Chief Deputy Inspector General*

**Independent Prison Oversight**

*Regional Offices*

*Sacramento*
*Bakersfield*
*Rancho Cucamonga*

January 15, 2020

Shikeb Saddozai, AY1590
California State Prison - Corcoran
P.O. Box 8800
Corcoran, CA 93212-8309

Dear Shikeb Saddozai,

The Office of the Inspector General has received your correspondence dated September 11, 2019 concerning your allegation that certain custody officers illegally confiscated much of your property at the California Correctional Institution in preparation for your transfer to Wasco State Prison.

Before this office will consider taking any action on your concerns, you must first demonstrate your attempts to obtain resolution to your issues by completing the formal administrative process with the California Department of Corrections and Rehabilitation (CDCR), such as filing a CDCR Form 22, CDCR 602 Inmate/Parolee Appeal, or CDCR 1824 Request for Reasonable Accommodation.

We encourage you to continue using available administrative grievance remedies until you have received a final decision by the third level of review. If your appeal was screened out in the last 30 days, we recommend you follow the instructions provided by appeals staff and resubmit your appeal to the appeals office. If you wish to do so, you may use a CDCR Form 22 as a receipt when submitting your CDCR Form 602 appeal to institutional staff. Please contact your correctional counselor for advice and assistance regarding questions about the process or the status of your appeal/grievance.

If your appeal has been cancelled, and you dispute the reasons for cancelling your appeal, you may file a new appeal disputing the appeal coordinator's reasons for cancelation, explaining why the cancelation was improper or why the appeal should have been processed. You should attach the original appeal and the cancelation notice with any documentation supporting your claim that the appeal was improperly rejected, and submit the whole package to the appeals coordinator. Please note, you must appeal the cancelation within 30 days of the issuance of the CDCR Form 695 (Screening For: CDCR Form 602 Inmate/Parolee Appeals).

In the future, regarding concerns with appeal issues submitted to our office, please include copies



STATE *of* CALIFORNIA

 **OIG** | OFFICE *of the*
INSPECTOR GENERAL

Roy W. Wesley, *Inspector General*
Bryan B. Beyer, *Chief Deputy Inspector General*

**Independent Prison Oversight**

*Regional Offices*

Sacramento
Bakersfield
Rancho Cucamonga

of supporting documents such as copies of submitted CDCR Form 602 appeal form
and/or CDCR Form 22, if applicable. Also, do not send us originals, as we will not be
able to return them.

Once a decision has been rendered by the third level of review, if you believe the CDCR failed to
appropriately address your concerns, you may choose to resubmit your complaint to this office.

Thank you for bringing your concerns to our attention.

INTAKE AND REVIEW UNIT
Office of the Inspector General

MM : 19-0031543-PI



STATE *of* CALIFORNIA



**OIG** | OFFICE *of the*
**INSPECTOR GENERAL**

*Roy W. Wesley, Inspector General*
*Bryan B. Beyer, Chief Deputy Inspector General*

**Independent Prison Oversight**

*Regional Offices*

*Sacramento*
*Bakersfield*
*Rancho Cucamonga*

January 15, 2020

Shikeb Saddozai, AY1590
California State Prison - Corcoran
P.O. Box 8800
Corcoran, CA 93212-8309

Dear Shikeb Saddozai,

The Office of the Inspector General has received your correspondence dated October 28, 2019 explaining your safety concern and threats and retaliation by certain custody staff while you were previously house at Ironwood State Prison.

We conducted a review into the issues you raised and determined no further intervention is warranted by our office at this time.

Thank you for bringing your concerns to our attention. The Office of the Inspector General considers this matter closed.

INTAKE AND REVIEW UNIT
Office of the Inspector General

MM : 19-0031692-PI



10111 Old Placerville Road, Suite 110
Sacramento, California 95827
Telephone: (916) 255-1102
**www.oig.ca.gov**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Saddozai   Shikeb | CDC Number: AY1590 | Unit/Cell Number: CSP-3A01-203L | Assignment: CSP-Appeal Coordinator |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
ILLEGAL SEIZURE/CONFISCATION/WITHHOLDING OF PROPERTY

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): On or about Dec-22 ,2019, I submitted CDCR-602-Appeal to Corcoran State Prison(CSP) Appeal Coordinator, and my appeal was ignored without response, & as a result I am resubmitting appeal.On Nov-21, Dec-3, 11, 17, 19, 20

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I request the following actions: (1)I request return and compensation for any property confiscated, destroyed pursuant to D.O.M.54030. 13.1.due to transfer between institutions of the department

**Supporting Documents: Refer to CCR 3084.3.**
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDCR-22-Form(s) _____ CDCR-1858-form _____
CDCR-128B-form _____ _____

☐ No, I have not attached any supporting documents.  Reason : _____
_____
_____
_____

Inmate/Parolee Signature: _S. Saddozai_     Date Submitted: 12-29-2019

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

**C. First Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder:  Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____

Reviewer: _____ (Print Name)  Title: _____  Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant   /   /

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Saddozai    Shikeb | CDC Number: AY1590 | Unit/Cell Number: CSP-3A01-203L | Assignment: CSP-Appeal Coordinator |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** and 21, of 2019, while in (CSP) custody, Release-&-Receiving(R&R) was provided advance no-tices, via inmate requests, for return of my personal property. (R&R)Officer-T.NOLAND, in charge of inmate property, out of delie berate indifference, withheld my personal property outside my access/control, upon arrival to(CSP)during institutional tran-sfer, knew upon notices, contained my legal documents, needed to prosecute active court deadlines, appeals, complaints, while self represented. Dec-22,2019, upon return of property, NOLAND, forced me to sign property return form(CDCR-1083)involuntarily under force/threat/fear, prior to taking accounting of my property, in -addition to damaging my legal documents by cutting through box- es, and confiscated property item-BOOSTAROO, allowable within in -stitutions, without a hearing in opposition to seizure. NOLAND, repeatedly reviewed, & threatened to seize my confidential-leg- al documents, legal mail, relating to my active cases, & failed to note theft/damages of property during transfer, upon request, de nied my right to refuse to sign forms, or accept my signature, re- sulting me to sign "WITHOUT PREJUDICE" due to threat/coercion.

Inmate/Parolee Signature: *S. Saddozai*    Date Submitted: 12-29-2019

**B. Continuation of CDCR 602, Section B only (Action requested):** (R&R)at prior institution accounted for all property allowed at receiving institutions & that copy of CDCR-1083-form ind-icate quantity of each property item, failed to be applied, and that copy of property form be provided upon inmates transfers.(2)I request account of property be taken prior to signing property forms (3)I request staff compl-aint in conjunction with this appeal be applied against OFFC.NOLAND, due to issues described are out of retaliation to punish me for complaining, directly related transpiring from event, and due to property having my legal documents while on direct appeal, withheld deliberately from my possession effects my personal liberty, thereby warrants emergency appeal action.(4)I request a declaration that the acts and omissions violated CDCR policy and my State, & Federal Constitutional rights under the 1st, 4th, 5th, 6th, 8th, &14th, Amendments.

Inmate/Parolee Signature: *S. Saddozai*    Date Submitted: 12-29-2019

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (PRINT): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Siddozai | Shikeb | AY15-10 | Shikeb Siddozai |

| HOUSING/BED NUMBER | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 3A01-203L | DKL.001.004 | HOURS FROM — TO | LEGAL PROPERTY RETURN |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW.

Attn: CSP - Release/Receiving Dept. off. Nolan-

On November 21 2019, Inmate Request for Interview, Item or Services - was submitted providing (R & R) notice requesting personally property return/withheld outside my access &
control. A (R & R) notice previously provided (R&R) officer - Nolan, notice for return of my property
December 17, 2019, I personally contacted (R & R) and custody Sergeant providing notice for return of my property
erty. Due to lack of property, I cannot prosecute Federal Court deadlines while Pro Per litigant

** "NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED" **
METHOD OF DELIVERY (CHECK APPROPRIATE BOX):
☐ SENT THROUGH MAIL. ADDRESSED TO: CSP-Release & Receiving Officer: Nolan
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE).
DATE MAILED: 12/17/2019

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: |
|---|---|---|
| Nolan | 12-17-19 | [signature] |

| FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|
| IF FORWARDED - TO WHOM: 3-A-Yard CSP-Release & Receiving - Nolan |

DATE DELIVERED/RECEIVED: 12-17-2019

METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

Corcoran State Prison - Litigation Coordinator
Goree (CCR.15 § 3086.(F)(1)(2)(3)(4))

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Sadiozai   Shikeb | AY1590 | Shikeb Sadiozai |

| HOUSING/BED NUMBER: CSP-<br>3A01- 203L | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.):<br>Court Order |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Attn: CSP-Litigation Coordinator - Goree:
Please take NOTICE: I am deliberately obstructed from complying with court Orders, demands, Subpoena's by your correctional (RnR) officer(s), T. Nolan, whom has illegally seized, confiscated, withheld my property outside my presence, access, & control containing my legal documents needed to prosecute court deadlines, appeals, complaints upon being provided advance notice - Nov-21, 2019, Dec-3, 11, 17, 19, 20, 21, of 2019, therefore all CDCR-Staff is liable for loss / damage / & default.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL: ADDRESSED TO: CSP-Litigation Coordinator - Goree     DATE MAILED: 12/21/2019
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?<br>(CIRCLE ONE) YES  NO |
|---|---|---|---|
| A. Vera | 12-11-17 | AV | YES |

| IF FORWARDED - TO WHOM:<br>CSP-Litigation Coordinator - Goree | DATE DELIVERED/MAILED:<br>12-21-2019 | METHOD OF DELIVERY (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA  
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**  
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai      Shikeb | AY1540 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP-3A1-203 | ASSIGNMENT: CSP-Litigation Coordinator | HOURS FROM _____ TO _____ | TOPIC: (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Denied Access to Court |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: CSP-Litigation Coordinator; Please assist me in recieving access to any available Facility law library within Corcoran State Prison, due to my previous inmate requests Submited on November 21, and 28, 2019, to 3A-Yard law library fails to provide me access, thus preventing me from prosecuting active court deadlines, also which was alerted to housing officers and CC-I. Also No CDC-22-Forms or U-Salem envelopes are available within assigned unit, inviolation of CCR 15 §§ 3086, 3160, 3162.,

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***  
[X] SENT THROUGH MAIL: ADDRESSED TO: CSP-Litigation Coordinator          DATE MAILED: 12/02/2019  
[ ] DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: CSP- Litigation Coordinator | DATE DELIVERED/MAILED: 12-02-2019 | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**      **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Saddozai          Shikeb | CDC Number: AY1590 | Unit/Cell Number: CSP-3A01-203L | Assignment: CSP-Appeal Coordinator |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
ILLEGAL SEIZURE/CONFISCATION/WITHHOLDING OF MYLEGAL DOCUMENTS

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): On or about Dec-19
I submitted CDCR-602-appeal, to Corcoran State Prison(CSP)Appe-
al-Coordinator,and Appeal was ignored without response,as a re-
sult I am resubmitting appeal.On Dec-18,2019, while in (CSP)

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I request the
following actions:(1)I request staff complaint for misconduc
ct filed against CC1-Philis Romero,Pursuant to Penal Code§§
148.6,and 832.5.(2)I request Correctional Counselor-Romero,

**Supporting Documents: Refer to CCR 3084.3.**
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDCR-22-Form(s)                    CDCR-1858-Form

☐ No, I have not attached any supporting documents. Reason

Inmate/Parolee Signature: _S. Saddozai_      Date Submitted: 12-29-2019

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only**      Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
              (Print Name)

Reviewer: _____ Title: _____ Signature: _____
          (Print Name)
Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant _____ / _____ / _____ |

STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: CSP-Appeal |
|---|---|---|---|
| Saddozai          Shikeb | AY1590 | CSP-3A01-203L | Coordinator |

A.  Continuation of CDCR 602, Section A only (Explain your issue): custody correctional-
counselor-P.Romero,illegally seized,and confiscated confid-
ential-legal documents addressed,and faxed to me from my
possession preventing me from knowing the nature of trans-
mission,out of deliberate indifference to deprive my right
to legal correspondence without reason,and out of retaliat-
ory,and discriminatory animus to obstruct my access to the
courts.

Inmate/Parolee Signature: _S. Saddozai_
12-29-2019                                    Date Submitted:

B. Continuation of CDCR 602, Section B only (Action requested): to be removed as my assigned correction-
al counselor of record due to irreconcialable conflict generated by couns-
elor-P.Romero,intentionally to obstruct my access to the courts on active
legal deadlines. (3)I request that the U.S.DISTRICT COURT,NORTHERN DISTRICT
OF CALIFORNIA,be notified of CC1-P.Romero's obstruction of my legal docu-
ments on of December,18,2019,as a showing of good cause for my failure in
responding to court actions not within my control.(4)I request a declarat-
ion that the acts and-omissions violated CDCR policy,and my State and Fed-
eral Constitutional rights under the First,Fourth,Fifth,Sixth,and* Four-
teenth Amendments.

Inmate/Parolee Signature: _S. Saddozai_          Date Submitted: 12-29-2019

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858  (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE  [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME Shikeb Saddozai | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER AY1590 | DATE SIGNED 02-29-2019 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

*Corcoran State Prison - Captain (Facility)*
*D. Burns*

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: CSP-3A01-203L | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Staff Complaint |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Please take notice : December 18, 2019, approximately 1300, CCI-Correctional Counselor- P. Romero, Failed and refused providing Confidential-Legal documents addressed to me, and ordered me to sign for documents, without opportunity to read what I was signing and confiscated and seized legal documents from my possession, preventing me from Knowing nature of transmission and depriving me right guaranteed by law. CDCR-Complaint Forms are out of stock on Unit please assist.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: CSP- Captain - D. Burns _____ DATE MAILED: 12/18 19
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) **YES** NO |
|---|---|---|---|

| IF FORWARDED – TO WHCM: CSP-Facility Captain - D. Burns | DATE DELIVERED/MAILED: 12-19-2019 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON **BY US MAIL** |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## DECLARATION BY PERSON IN STATE CUSTODY

I, Tarbon Allen          ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : February 22,2020          Kings County,State of California.

TARBON ALLEN,CDCR#AV0599

## DECLARATION BY PERSON IN STATE CUSTODY

I, David Garrett          ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : ___February 21,2020_____ Kings County,State of California.

DAVID GARRETT,CDCR#A56897

## <u>DECLARATION BY PERSON IN STATE CUSTODY</u>

I, Salgado G.Jimmar        ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : <u>February 22,2020</u>        Kings County,State of California.

SALGADO G.JIMMAR,CDCR#V29950

## DECLARATION BY PERSON IN STATE CUSTODY

I, Tiwon McGhee          ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : February 21,2020          Kings County,State of California.

*Tiwon G. McGhee*

TIWON MCGHEE,CDCR#BI9253

## DECLARATION BY PERSON IN STATE CUSTODY

I, Charles J.Proctor      ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : February 21,2020          Kings County,State of California.

*Charles J. Proctor*

CHARLES J. (PROCTOR,CDCR#AV3363

## DECLARATION BY PERSON IN STATE CUSTODY

I, Douglas Oliver         ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : __February 21,2020_____Kings County,State of California.

DOUGLAS OLIVER,CDCR#BJ7142

## DECLARATION BY PERSON IN STATE CUSTODY

I, Leon Morris             ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : _February 21,2020_____ Kings County,State of California.

LEON MORRIS,CDCR#P54809

## DECLARATION BY PERSON IN STATE CUSTODY

I, Timothy Davis        ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : February 21,2020          Kings County,State of California.

*Timothy Davis*
TIMOTHY DAVIS,CDCR#E36740

## DECLARATION BY PERSON IN STATE CUSTODY

I, Mark Allmond          ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : February 21,2020          Kings County,State of California.

MARK ALLMOND,CDCR#BH0059

## DECLARATION BY PERSON IN STATE CUSTODY

I, Allen C. Slocum          ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : February 21,2020          Kings County,State of California.

ALLEN C. SLOCUM,CDCR#T70063

## DECLARATION BY PERSON IN STATE CUSTODY

I, Paul Pierto          ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : February 21,2020          Kings County,State of California.

PAUL PIERTO, CDCR#F41587

## DECLARATION BY PERSON IN STATE CUSTODY

I, Shikeb Saddozai      ,declare under penalty of perjury:

1. I am an inmate in the legal custody of the California Department of Corrections and Rehabilitation and currently confined at the, Corcoran State Prison, in Corcoran California.

2. I have personal knowledge of the facts stated in my declaration and could and would competently testify to these facts if called as a witness.

3. At all times relevant, while in the custody of Corcoran State Prison, I followed prison procedures when filing an inmate complaint by submitting a CDCR-602-Appeal/complaint form and accurately describing specific issues under appeal and the relief requested.

4. Upon completion of CDCR-602-Appeal, I submitted my written complaint into a readily accessible deposit box located within housing unit for processing by institution designated appeals coordinator.

5. My appeals to appeal coordinator have went ignored without a receipt log number showing that it has been accepted and processed or returned rejected and canceled with no remedy.

6. Rejected and canceled appeals have been returned back to me through institutional bulk mail, frequently failing to meet time limits nor is my appeal complaint sealed in a confidential-legal envelope and left visible for correctional officers whom the complaint is about to review my appeal outside my presence prior to passing out mail and inviting additional reprisal actions.

7. Reasons as detirmined by appeal coordinator for rejecting and canceling my appeal are cited in the CDCR-695-Screening form attached to my complaint have demanded me to remove facts from my complaint describing violations causing me to compromise the integrity of my complaint and has denied me opportunity to exhaust my administrative remedies needed inorder for me to initiate a civil action.

8. The delay and or denial of my submitted appeals have exceeded the time for anticipated actions or decisions by appeal coordinator allowing injurious actions against me to continue without immediate corrective measures which has caused me pain and suffering.

9. I make this declaration,freely,voluntarily,and without inducements.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON : February 21,2020_____Kings County,State of California.

Shikeb Saddozai,CDCR#AY1590

Exhibit - E

EXHIBIT - E

**EXHIBIT E**

CIM - California Institution for Men

Patient:      **SADDOZAI, SHIKEB**
DOB/Age/Sex: 4/21/1977  / 42 years      / Male        CDCR: AY1590

| *Mental Health IDTT MPage Forms* |
|---|

*MH MTP Visiting Restrictions :*  No
*MH Restriction Justification :*  Patient is ASU status.
*MHLowerRationale :*  Patient shall be retained in MHCB due to recent reports of suicidal ideation.  Patient does not appear to require placement at a higher LOC at this time as he has already demonstrated significant improvement in his mood since his placement in the MHCB.  Patient shall be deemed appropriate for a lower LOC (CCCMS) when he has completed a safety plan and demonstrates improvements in sleep and interest  in pleasurable activities; treatment team shall also monitor his adjustment to his new medication regiment.

Churchwell, Jason Psychologist - 11/14/2019 10:34 PST

**Collateral Information**
*Input from other CDCR disciplines :*  RN: Discussed inhaler.

CCI: Clinician shall email SGT concerning law library access.  Patient is NDS status and allowed a phone call on Saturday.
Churchwell, Jason Psychologist - 11/14/2019 11:47 PST

**Clinical Summary & Case Formulation**
*Clinical Summary :*  Patient is a 42-year old ME male who reported that he was experiencing depression due to safety concerns, which resulted in issues with custody staff.  As a result of depression, patient reports decreased sleep, lack of interest in activities, and feelings of hopelessness; he denied suicidal ideation.  Nursing staff reports that patient complained of depression and increased anxiety due to staff issues.  Clinical staff reports that patient reported sucidal ideation, including 5x the day that he was admitted.  Patient was previously GP/non-MHSDS but was CCCMS in 2018 for about 3 weeks and found it beneficial to talk to someone; he recently asked to be placed at CCCMS again.  Patient denies a history of drug use.  Patient was recently placed in ASU for safety concerns.  Patient has no history of SA or SIB.  Patient does not meet the criteria for PC2602 and has agreed to start a medication regiment (Vistaril).  Patient shall be retained in MHCB due to recent reports of suicidal ideation.  Patient does not appear to require placement at a higher LOC at this time as he has already demonstrated significant improvement in his mood since his placement in the MHCB.  Patient shall be deemed appropriate for  a lower LOC (CCCMS) when he has completed a safety plan and demonstrates improvements in sleep and interest  in pleasurable activities; treatment team shall also monitor his adjustment to his new medication regiment.
*Predisposing Factors :*  Juvenile criminal history
*Perpetuating Factors :*  Incarceration issues
*Precipitating Factors :*  Staff  issues, safety concerns, legal issues
*Protective Factors :*  Family support, self-effecacy, coping skills, future oriented
*Case Formulation :*  Patient appears to generally function without mental health issues, but has had issues related to his incarceration, including feeling that he was unjustly imprisoned and then having difficulty with other inmates.  Patient may benefit from therapy focused on processing his feelings and emotions and/or a medication regiment to reduce anxiety/depression.
Churchwell, Jason Psychologist - 11/14/2019 10:34 PST

**Goal Setting with Patient**
*Contributed to goals and plan :*  Yes
*Aware of plan content :*  Yes
*Present at team meeting :*  Yes
*Refused to participate :*  No
*Unable to participate :*  No
*Inmate-patient's comments :*  Patient was agreeable with treatment plan.  Complained of cold temperature; MHMD shall inquire about wool blanket.
Churchwell, Jason Psychologist - 11/14/2019 11:47 PST

**IPOC Indicator MH MTP**
*MH Master Treatment Plan :*  Done

---

Report Request ID:    25487943                          Print Date/Time:   1/9/2020 09:57 PST

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

CIM - California Institution for Men

Patient:       **SADDOZAI, SHIKEB**
DOB/Age/Sex:  4/21/1977  / 42 years    / Male          CDCR: AY1590

| *Mental Health IDTT MPage Forms* |
|---|

**Thought Content & Perceptions**
*Thought Process MH :*   Linear/Goal Directed
*Thought Content MH :*   Appropriate to situation
*Thought Content Comments MH :*  denies any SI or HI.
*Delusions MH :*   None Apparent
*Delusions Comments MH :*  denies any PI
*Perceptual Disturbances MH :*   None Apparent
*Perceptual Comments MH :*  denies any AVH. Patient is not RTIS.
Ulicny, Kort Psychiatrist - 11/13/2019 12:09 PST

**Insight and Judgment**
*Insight MH :*   Partial - minimizes problems or need for treatment
*Judgment :*   Fair
Ulicny, Kort Psychiatrist - 11/13/2019 12:09 PST

**Intellectual Functioning**
*Intellectual Functioning Appears :*  1B. Average intelligence, 2A. Reasons abstractly, 3A. Short-term memory intact
Ulicny, Kort Psychiatrist - 11/13/2019 12:09 PST

**Functional Impairments**
*Mobility :*  Independent
*Sensory Deficits :*  None
Ulicny, Kort Psychiatrist - 11/13/2019 12:09 PST

**Assessment and Plan**
*Psychiatry Assessment :*   42yo Afghan Male, with a h/o adjustment disorder, in CCCMS in the past for 56 days only in 2018, with no past suicide attempts, MHCB admissions, DSH admissions or psychiatric treatment of hospitalizations in the community, with no known past substance use disorders, who was referred by ISP SNY mainline (non-mhsds) to CIM MHCB for SI and depression in the context of feeling unsafe on his yard and feeling mistreated by custody officers. Patient denied ever having any suicidal ideations in his life or recently but did endorse having anxiety and depressed mood due to negative interactions he is having with custody staff and other inmates at ISP for the past 2 weeks.

Working diagnosis of Adjustment disorder, with mixed anxiety and depressed mood.
*MHMD Intake Tasks :*  Labs Ordered
*Psychiatry Plan :*  1. Continue in MHCB for safety, observation and treatment given his ongoing functional deficits of anxiety and depressed mood.
2. Cuffing status/TTM: Patient is currently ASU/Maximum security status and therefore will remain in TTM and cuffed status in MHCB.
3. Observation/Precautions: Discontinue SP and advance to full issue given patient is not having any SI, states he was never having SI, hasn't had any past SA or SIB, and hasn't had any DTO behaviors recently.
4. Medications: Start on Vistaril 25mg po qhs for anxiety.
5. Continue supportive therapy which was provided today. Continue to work on building therapeutic rapport with I/P. Encouraged full unit programming and encouraged patient to come out to every confidential assessment/treatment session.
6. Master Registry, polypharmacy, and drug drug interactions were reviewed. Continue to follow labs and EKG as per MAPIP requirements. Continue to monitor for any drug drug interactions or adverse effects.
7. Medical: Patient denies any acute medical issues today.
8. Treatment plan goals and objectives to be discussed with patient in his initial IDTT tomorrow.
9. Will refer to the appropriate level of care. Ongoing discussion with treatment team. Continue weekly IDTT and q3 day MHMD individual follow-up appointments while in MHCB.
10. DDP Status/Adaptive Supports: patient has a TABE of 4.4, is NCF and without DPPV. Patient does not require any

---

Report Request ID:    25487943                    Print Date/Time:   1/9/2020 09:57 PST

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

**COR - California State Prison, Corcoran**

Patient: **SADDOZAI, SHIKEB**
DOB/Age/Sex: 4/21/1977 / 42 years / Male        CDCR: AY1590

| *Mental Health IDTT MPage Forms* |
|---|

Min Psychiatrist; *Catalog Code:* hydrOXYzine ; *Order Dt/Tm:*
11/21/2019 11:53:39

**Higher Level of Care Considerations**
*The IP is unable to function at LOC :* No
*Requires structured inpatient psy care :* No
*Demonstrate chronic psychiatric symptoms :* No
*Currently in a MHCB :* No
*3 or more MHCB referrals in last 6 mos :* No
*3 or more 115s in the last 3 mos :* No
*Ref not made CAL :* 0
*Is pt EOP or MHCB LOC :* No
Pittenger, Terri Psychologist - 12/5/2019 13:22 PST

**Transfer/Discharge Planning Recommendations**
*Transfer/Discharge to :* No change
*MH MTP Yard Restrictions :* No
*MH MTP Phone Call Restrictions :* No
*MH MTP Visiting Restrictions :* No
*MHLowerRationale :* pt reported he is not receiving proper placements and/or tx by custody and cdcr placements. pt admits that he would benefit from coping skills and reality testing skills to assist with same.
Pittenger, Terri Psychologist - 12/5/2019 13:22 PST

**Collateral Information**
*Input from other CDCR disciplines :* cc1, pt appears motivated by secondary gain to gain location close to home
Pittenger, Terri Psychologist - 12/5/2019 13:22 PST

**Clinical Summary & Case Formulation**
*Clinical Summary :* Patient is a 42-year old ME male who admitted to the MHCB after reporting that he was experiencing depression due to safety concerns, which resulted in issues with custody staff. As a result of depression, patient reported decreased sleep, lack of interest in activities, and feelings of hopelessness. Nursing staff reported that patient complained of depression and increased anxiety due to staff issues. Clinical staff reported that patient reported sucidal ideation, including 5x the day that he was admitted. Patient was previously GP/non-MHSDS but was CCCMS in 2018 for about 3 weeks and found it beneficial to talk to someone; he recently asked to be placed at CCCMS again. Patient denies a history of drug use. Patient was recently placed in ASU for safety concerns. Patient has no history of SA or SIB. Patient does not meet the criteria for PC2602. Patient no longer meets that criteria for placement in the MHCB as he is denying suicidal ideation and appears able to function at a lower LOC. Thus, patient also does not meet the criteria for a higher LOC. Patient has completed a safety plan and has returned to engaging in pleasurable activities, including reading and writing. Patient's sleep appears to have improved but does not appear to have returned to normal; however, patient has reported that it has been difficult to sleep in the MHCB due to the cold temperature.
*Predisposing Factors :* Juvenile criminal history
*Perpetuating Factors :* Incarceration issues
*Precipitating Factors :* Staff issues, safety concerns, legal issues
*Protective Factors :* Family support, self-effecacy, coping skills, future oriented
*Case Formulation :* Patient appears to generally function without mental health issues, but has had issues related to his incarceration, including feeling that he was unjustly imprisoned and then having difficulty with other inmates. Patient may benefit from therapy focused on processing his feelings and emotions and/or a medication regiment to reduce anxiety/depression.

---

Report Request ID:   25487909                     Print Date/Time:   1/9/2020 09:57 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

EXHIBIT - F

EXHIBIT

-

F

EXHIBIT F

**COR - California State Prison, Corcoran**

Patient:       **SADDOZAI, SHIKEB**
DOB/Age/Sex:  4/21/1977  / 42 years       / Male        CDCR: AY1590

---

| *Mental Health IDTT MPage Forms* |
| --- |

Pittenger, Terri Psychologist - 12/5/2019 13:22 PST

**Goal Setting with Patient**
*Contributed to goals and plan :*  Yes
*Aware of plan content :*  Yes
*Present at team meeting :*  Yes
*Refused to participate :*  No
*Unable to participate :*  No

Pittenger, Terri Psychologist - 12/5/2019 13:22 PST

**IPOC Indicator MH MTP**
*MH Master Treatment Plan :*  Done

Pittenger, Terri Psychologist - 12/5/2019 13:22 PST

---

**MHMD Initial Assessment Entered On: 12/18/2019 11:34 PST**
**Performed On:  12/18/2019 11:22 PST by Marchak, Marina Psychiatrist**

**Patient Encounter Information**
*ENCTR Information :*  Encounter Info: Patient Name: SHIKEB SADDOZAI,DOB: 04/21/1977,,FIN:
1000000101192757OAY1590,Facility: COR,Encounter Type: Institutional Encounter
Marchak, Marina Psychiatrist - 12/18/2019 11:22 PST

**General Information**
*MH Assessment Reason :*  Transfering from another institution
*Information given by MH :*  Patient
*Transfer Documents Received/Reviewed :*  Criminal Record/C-file, CDCR Health Record, Other: soms erms
Marchak, Marina Psychiatrist - 12/18/2019 11:22 PST

**Presenting Problem/Symptoms**
*Presenting Problem MH :*  COR 3A ML CCCMS
Patient transferred from CIM November 21, 2019.
Patient is non compliant with Vistaril due to feeling restless in the middle of the night.
"I feel anxious, can't sleep at night. I can't do this strenuous work in the Kitchen Hall".
Patient has hearing difficulties.
He states, that his "job is too stressfull".
Patient states, that he used to report it to the case manager, but nothing changed.
*History of Present Illness :*  Per records: No MH Hx, all prev CDCR GP placements
Per IP: No MH Hx. Reported onset of dep/anx more recently since assault by other inmates, and increase in dep/stress and
decrease in sleep/appetite as a result of living situation (IP c/o small cell, dirty condition, dirty linen) and interaction with staff
and perceived mistreatment by officers.

Pending ASU placement, but now reporting SI w/ no plan or intent.
*Pregnancy Status :*  N/A
*Breastfeeding :*  N/A

Marchak, Marina Psychiatrist - 12/18/2019 11:22 PST

---

Report Request ID:   25487909                          Print Date/Time:  1/9/2020 09:57 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**California Correctional Health Care Services**

**Patient Discharge Instructions**

**Name:** SADDOZAI, SHIKEB     **Current Date:** 01/15/20 14:12:00

**DOB:** 04/21/77     **CDCR:** AY1590

**Reason For Visit:** 1:Weakness of right hand; 2:Difficulty hearing; 3:Impacted cerumen in right ear; 4:Poor vision; 5:Asthma; 6:Adjustment disorders, With mixed anxiety and depressed mood; 7:Impaired physical mobility; Pain

**Recommendations and arrangements for future care**

**Devices/Equipment:**

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

### Start Taking These Medications:
**ibuprofen 200 mg Tab NP (ibuprofen NURSE OTC PROTOCOL)**
- *For Pain:* Take 2 tab (Total Dose = 400 mg), by mouth every 4 hours  on your own as needed for pain
- Start Date: January 15, 2020
- Take for: 3 day(s)

*Comments: If mild to moderate muscle pain or cramps, without weakness or fever. Not to exceed 6 doses in 24 hours. Best taken with food.*

**mometasone 100 mcg/inh Aerosol 120 puffs (mometasone 100 mcg/inh inhalation aerosol)**
- *For Asthma:* Take 2 puff (Total Dose = 200 mcg), Inhalation twice a day on your own
- Start Date: January 14, 2020
- Take for: 180 day(s)

*Comments: Rinse mouth after use.*

### Continue taking these Medications:
**benzocaine-menthol 15 mg-3.6 mg Lozenge (Cepacol Sore Throat Pain Relief Cherry 15 mg-3.6 mg mucous membrane lozenge)**
- *For Sore throat:* Take 1 lozenge, by mouth every 2 hours while awake on your own as needed for sore throat
- Start Date: January 09, 2020
- Take for: 7 day(s)

## California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** SADDOZAI, SHIKEB     **Current Date:** 12/13/19 13:27:02

**DOB:** 04/21/77     **CDCR:** AY1590

**Reason For Visit:** Athletes foot; Left hip pain; Low back pain; Neck pain

**Recommendations and arrangements for future care**

**Devices/Equipment:**

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

### Start Taking These Medications:
**tolnaftate 1% Cream NP (tolnaftate 1% cream NURSE OTC PROTOCOL)**
- *For Athletes foot:* Take 1 app, on the skin twice a day on your own
- Start Date: December 13, 2019
- Take for: 28 day(s)

*Comments: If condition worsens, discontinue topical cream and notify physician.*

### Continue taking these Medications:
**hydrOXYzine pamoate 25 mg Cap (Vistaril)**
- *For Anxiety:* Take 1 cap (Total Dose = 25 mg), by mouth once a day at bedtime from a nurse
- Start Date: November 21, 2019
- Take for: 30 day(s)

*Comments: May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery. Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication.*

**hydrocortisone topical 1% Cream NP (hydrocortisone 1% cream NURSE OTC PROTOCOL)**
- *For Itching:* Take 1 app, on the skin three times a day on your own
- Start Date: December 09, 2019
- Take for: 14 day(s)

*Comments: Use while symptoms persist.*

**levalbuterol 45 mcg/puff Aerosol 15 gm (Xopenex HFA 45 mcg/inh inhalation aerosol)**
- *For Asthma:* Take 1 puff (Total Dose = 45 mcg), by mouth 6 times a day on your own as needed for shortness of breath or wheezing
- Start Date: November 23, 2019
- Take for: 30 day(s)

*Comments: Asthma rescue inhaler – Not for daily use. Inhale 1 puffs by mouth 6 times a day as needed for shortness of breath/wheezing. Talk to provider if using more than twice weekly. Inhaler should last at least 90 days **Request Refill** "1 for 1 exchange"*

**mometasone 100 mcg/inh Aerosol 120 puffs (mometasone 100 mcg/inh inhalation aerosol)**
- *For Asthma:* Take 1 puff (Total Dose = 100 mcg), by mouth once a day on your own
- Start Date: November 22, 2019
- Take for: 180 day(s)

*Comments: Rinse mouth after use.*

SADDOZAI, SHIKEB has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 Medical Routine Follow Up 20**
12/16/19 14:40:00 PST, *14 days, 12/23/19 23:59:00 PST, 137.252.9.70.201912050617510870746884848, back, neck and hip pain, hair loss on arms

**7362 RN Initial Visit (Symptomatic)**
12/13/19 12:30:00 PST, 1 business day, 170.71.227.35.2019120513170324245280645508#1.00, 12/16/19 23:59:00 PST, I have severe pains in my foot causing me to limp. Discomfort preventing me from sleeping. Continue having pain in my hip, back and neck th...

**Interfacility Transfer Medical Eval 40 (Medium/Low Risk) PCP (w/in 30 days)**
12/16/19 15:00:00 PST, 12/20/19 23:59:00 PST, New arrival on 11-21-19. MHCB discharge from CIM with Hx of asthma; 7362: claims vision, hearing and mobility impairments

**Chronos**

## California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** SADDOZAI, SHIKEB     **Current Date:** 12/18/19 09:45:10

**DOB:** 04/21/77     **CDCR:** AY1590

**Reason For Visit:** Foot pain; Numbness of finger

**Recommendations and arrangements for future care**

**Devices/Equipment:**

<u>Provider Comment:</u>

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

## Continue taking these Medications:
**acetaminophen**
- *For Pain:* Take 1 tab (Total Dose = 325 mg), by mouth three times a day on your own
- Start Date: December 15, 2019
- Take for: 14 day(s)

*Comments: Do not drink alcoholic beverages when taking this medication. Contains Acetaminophen. Don't use with other drugs that contain Acetaminophen (prescription or nonprescription)unless doctor approves. Too much can cause liver damage. Do not take other ACETAMINOPHEN containing products at the same time without first checking with your doctor. Check all medicine labels carefully.*

**capsaicin 0.025% Cream 60 gm (capsaicin 0.025% topical cream)**
- *For Left hip pain, Low back pain, Neck pain:* Take 1 app, on the skin three times a day on your own
- Start Date: December 17, 2019
- Take for: 30 day(s)

*Comments: Wash hands thoroughly after application*

**hydrOXYzine pamoate 25 mg Cap (Vistaril)**
- *For Anxiety:* Take 1 cap (Total Dose = 25 mg), by mouth once a day at bedtime from a nurse
- Start Date: November 21, 2019
- Take for: 30 day(s)

*Comments: May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery. Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication.*

Lay-In - Text                                           SADDOZAI, SHIKEB - AY1590

**Lay-In Entered On: 12/16/2019 16:03 PST**
**Performed On: 12/16/2019 16:02 PST by Bencito, Cony NP**

**Patient Encounter Information**
*ENCTR Information :* Encounter Info: Patient Name: SHIKEB SADDOZAI,DOB: 04/21/1977,,FIN:
1000001011927570AY1590,Facility: COR,Encounter Type: Institutional Encounter

Bencito, Cony NP - 12/16/2019 16:02 PST

**Lay-In**
*Injured at Work :* No
*Work Status :* Return to work no restrictions
*Return to Work Start Date :* 12/30/2019 PST

Bencito, Cony NP - 12/16/2019 16:02 PST

**Completed Action List:**
* Perform by Bencito, Cony NP on December 16, 2019 16:02 PST
* Sign by Bencito, Cony NP on December 16, 2019 16:02 PST
* VERIFY by Bencito, Cony NP on December 16, 2019 16:02 PST

| | |
|---|---|
| Result type: | Lay-In - Text |
| Result date: | December 16, 2019 16:02 PST |
| Result status: | Auth (Verified) |
| Result title: | Lay-In |
| Performed by: | Bencito, Cony NP on December 16, 2019 16:02 PST |
| Verified by: | Bencito, Cony NP on December 16, 2019 16:02 PST |

| | | |
|---|---|---|
| Printed by: | Bencito, Cony NP | Page 1 of 1 |
| Printed on: | 12/16/2019 16:03 PST | |

Lay-In - Text                                    SADDOZAI, SHIKEB - AY1590

**Lay-In Entered On: 1/14/2020 12:07 PST**
**Performed On: 1/14/2020 12:05 PST by Pearce, John P&S**

**Patient Encounter Information**
*ENCTR Information :*  Encounter Info: Patient Name: SHIKEB SADDOZAI,DOB: 04/21/1977,,FIN:
10000001011927570AY1590,Facility: COR,Encounter Type: Institutional Encounter

                                                      Pearce, John P&S - 1/14/2020 12:05 PST

**Lay-In**
*Injured at Work :*  No
*Work Status :*  Other: document restrictions
*Restricted Work Start Date :*  1/14/2020 PST

                                                      Pearce, John P&S - 1/14/2020 12:05 PST

Work Restrictions Grid
*Firm Grasping :*  Not at all
(Comment: right hand [Pearce, John P&S - 1/14/2020 12:05 PST] )
*Keyboarding :*  Not at all
(Comment: right hand [Pearce, John P&S - 1/14/2020 12:05 PST] )
*Lifting :*  Not at all
(Comment: no lifting/carrying with Right arm/hand [Pearce, John P&S - 1/14/2020 12:05 PST] )
*Repetitive Hand or Wrist Motions :*  Rarely
(Comment: right hand [Pearce, John P&S - 1/14/2020 12:05 PST] )
                                                      Pearce, John P&S - 1/14/2020 12:05 PST
*Work Status Comment:*  further evaluation of I/Ps limitations currently being ordered.
                                                      Pearce, John P&S - 1/14/2020 12:05 PST

| | |
|---|---|
| Result type: | Lay-In - Text |
| Result date: | January 14, 2020 12:05 PST |
| Result status: | Auth (Verified) |
| Result title: | Lay-In |
| Performed by: | Pearce, John P&S on January 14, 2020 12:05 PST |
| Verified by: | Pearce, John P&S on January 14, 2020 12:05 PST |

| | | |
|---|---|---|
| Printed by: | Pearce, John P&S | Page 1 of 1 |
| Printed on: | 1/14/2020 12:07 PST | |



**San Mateo Medical Center**
*A County System of Healthcare*

# SADOZA, SHIKEB

39 Y old Male, DOB: 04/21/1977
Account Number: 1241324
300 BRADFORD ST, MAGUIRRE CORRECTIONAL,
REDWOOD CITY, CA-94063
Home: 650-599-7340
Guarantor: MAGUIRE CORRECTIONS FAC, JAIL   Payer
ID: 0
External Visit ID: 203236914
Appointment Facility: Plastic Surgery Clinic

12/02/2016                                              Kenton Dodyan Fong, MD

**Current Medications**
None

**Past Medical History**
Jail

**Surgical History**
None

**Family History**
Mother: alive

**Social History**
Smoking  Smoking Status Last Updated:
12/02/2016, Do you Smoke:  **No.**

**Allergies**
N.K.D.A.

**Hospitalization/Major
Diagnostic Procedure**
No Hospitalization History.

**Reason for Appointment**
1. f/u. Pt had EMG done. Pt is here for R ulnar nerve palsy. Pt denies
pain at this time. MSA II AVidrio

**History of Present Illness**
*Provider note::
    Pt was rejected from Stanford hand due to status as Jail Pt per note
in July. Pt says he has had little improvement in hand function since
his last visit.

**Vital Signs**
Pain scale 0/10.

**Examination**
General:
    Numbness still on dorsum of hand. Still loss of RF and SF
extension, IF and MF normal extension. Also loss of sensation in Ulnar
dist with SF and RF. However, intrinsic function present.

**Assessments**
1. Radial neuropathy - G56.30 (Primary)
2. Ulnar neuropathy - G56.20

**Treatment**
**1. Radial neuropathy**
Notes: EMG shows partial ulnar and partial radial nerve loss of
function. Strang pattern that is c/w blast injury and partial radial nerve
injury. Now close to 1 year post injury with limited return of function. I
was hoping to get Stanford hand opinion to help with managment of
this patient. I would still recommend getting them involved. He most
likely at this point would benefit from tendon transfers to replace SF
and RF extension. Again, I would refer to stanford for this procedure as
I do not perform.

**Preventive Medicine**
pt id verified 2x.

**Follow Up**
6 Weeks

---

**Electronically signed by Kenton Dodyan Fong MD on 12/02/2016 at 03:43 PM PST**

**Sign off status: Completed**

**Plastic Surgery Clinic**
**222 West 39th Ave**
**San Mateo, CA 94403**
**Tel: 650-573-3982**
**Fax: 650-298-6896**

Patient: SADOZA, SHIKEB   DOB: 04/21/1977   Progress Note: Kenton Dodyan Fong, MD   12/02/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**COR - California State Prison, Corcoran**

Patient: **SADDOZAI, SHIKEB**
DOB/Age/Sex: 4/21/1977  / 42 years     / Male          CDCR: AY1590

| | *Assessment Forms* | |
|---|---|---|

| | Borbolla, Olivia RN - 12/9/2019 9:17 PST | Borbolla, Olivia RN - 12/9/2019 9:17 PST | Borbolla, Olivia RN - 12/9/2019 9:17 PST |
|---|---|---|---|

*7362 Identifier (1) :*  137.252.9.70.201912050617510870746884848
*7362 Date Written (1) :*  12/5/2019 PST
*7362 Date/ Time Received (1) :*  12/6/2019 07:00 PST
*Date and Time Triaged :*  12/6/2019 07:00 PST
*7362 Identifier (2) :*  137.252.9.47.201912010916395279016736278
*7362 Date Written (2) :*  12/5/2019 PST
*7362 Date/ Time Received (2) :*  12/7/2019 08:31 PST
*7362 Date/ Time Triaged (2) :*  12/7/2019 08:31 PST
*7362 Order Details Template :*  7362 Orders
7362 RN Initial Visit (Symptomatic) - Completed
-- 12/02/19 11:10:00 PST, 1 business day, 137.252.9.71.201912010217194162213392904#1.00, 12/03/19 23:59:00 PST, Stating he has valley fever, pain on back, neck and bruising on arm and thigh due to slip and fall
7362 RN Initial Visit (Symptomatic) - Completed
-- 12/04/19 12:30:00 PST, 1 business day, 137.252.9.72.201912020317003136122876711#1.00, 12/04/19 23:59:00 PST, Having hearing, vision and mobility issues requesting medical, and has skin rash/infection on lower back/buttocks also requesting cotton blank...
7362 RN Initial Visit (Symptomatic) - Ordered
-- 12/09/19 10:30:00 PST, 1 business day, 137.252.9.70.201912050617510870746884848#1.00, 12/09/19 23:59:00 PST, Requesing meds RN/Dr visit, symptoms worsen.  I am also experiencing flu like symptoms and pains on my left side hip as I walk.
*7362 Asymtomatic :*  No

Borbolla, Olivia RN - 12/9/2019 9:17 PST

**Vitals/Ht/Wt**
*Temperature Temporal :*  36.8 DegC(Converted to: 98.2 DegF)
*Peripheral Pulse Rate :*  80 bpm
*Respiratory Rate :*  16 br/min
*SpO2 :*  99 %
*Systolic/Diastolic BP :*  142 mmHg (HI)
*Systolic/Diastolic BP :*  88 mmHg
*Mean Arterial Pressure, Cuff :*  106 mmHg
*SpO2 Location :*  Left hand
*O2 Therapy :*  Room air
*Pain Present :*  Yes actual or suspected pain
*Weight Dosing :*  90.26 kg(Converted to: 199 lb 0 oz, 198.989 lb)
*Height/Length Dosing :*  180.34 cm(Converted to: 5 ft 11 in, 5.92 ft, 71.00 in)
*Weight Measured :*  90.26 kg(Converted to: 199 lb 0 oz, 198.989 lb)
*Height/Length Measured :*  180.34 cm(Converted to: 5 ft 11 in, 5.92 ft, 71.00 in)
*Body Mass Index Measured :*  27.75 kg/m2

Borbolla, Olivia RN - 12/9/2019 9:17 PST

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.