Shikeb Saddozai-CDCR#AY1590
Corcoran State Prison
P.O. Box 3461
Corcoran C.A. 93212
In Pro se

FILED

MAR 0 6 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,

    Plaintiff,

v.

CLAWSON, et al.,

    Defendants.

Case No. 18-cv-05558-BLF

DECLARATION BY PLAINTIFF IN SUPPORT OF MOTION FOR RECONSIDERATION ORDERING APPOINTMENT OF COUNSEL UNDER NEW GROUNDS NECESSARY FOR DUE PROCESS

1

Shikeb Saddozai states:

1. I am the plaintiff and I make this declaration in support of my case.

2. On November 21, 2019, while in the custody of Corcoran State prison, immediately upon my arrival I was placed on lockdown and isolated to my cell quarters exceeding 24 hour confinement, without reason or hearing, excluding my property privileges, forced to cell feeding, with no daily means to maintain my personal cleanliness nor ability to communicate with the court, attorney and family to seek help and assist in my criminal offense while on direct appeal for custody offense, for 15 days. I submitted an inmate complaint & it was ignored.

3. My incoming personal and legal mail correspondence have been repeatedly violated, delayed beyond the reasonable time limits, and returned to sender which has restricted me from receiving and corresponding with the court, attorney, and my family, resulting in penalties.

4. On November 28, 2019, I sustained injuries to my back, neck, and hip area with the attendant pain, resulting from slipping and falling inside my cell quarters, due to water flooding my cell from ceiling leaks. I reported incident to housing unit correctional officers: S. Foster, Torres, Travino, and requested immediate medical attention and my repeated requests for

2

needed medical care were ignored and I was forced to remain in hazardous cell quarters covered with mold, structural damage, leaks, and freezing climate conditions. I submitted an inmate complaint to the Inmate Office Appeals and a Health Care Request to medical clinic seeking immediate medical care and both went ignored.

5. On or about November 21,22,24 to the 29th,2019, and December 4,7,11,12, 2019, I submitted multiple completed inmate requests for interview with staff, seeking a response to my issues and concerns related to my lockdown status, loss of property, denial of law library and religious services, inappropriate custody placement, mental health and medical issues and my inmate requests that were accepted, signed and dated by housing unit officers addressed to the intended staff responsible for my living conditions was repeatedly ignored without a resolution.

6. I submitted inmate requests to the Inmate Trust Account and facility mail room department for inmate issued indigent envelopes, draft paper, writing materials, and means to communicate with the court, attorney, and family for the months of November, December, January, and my requests for said materials were not provided.

7. On December 3, 2019, assigned correctional counselor, P.Romero, assigned me to prison job duties involuntarily and against my protest, forcing me to work with a disability over 40hours

3

a week during morning and evening shifts, knowingly knew job interfered & prevented me from my only opportunity at accessing the prison law library during law library schedules, which provides resources needed to initiate, maintain and prosecute my legal active cases that effect my personal liberty.

8. On December 22, 2019, I received my personal property withheld outside my access and control in possession of (R&R)officer, T.Noland, whom is incharge of inmate property, and upon receiving my belongings I discovered my legal documents and miscellaneous items missing and destroyed. Property form (CDCR-1083) attached to my boxes of property pursuant to policy failed to account for the quantity for all my property items. Officer, T.Noland, caused additional damages to my legal documents by cutting through the boxes and failed and refused upon my requests to document the damages and theft of my property and threatened to keep my property if I complained about the damages and loss. I submitted an inmate complaint to Inmate Office of Appeals and my complaint went unanswered.

9. On December 18, 2019, assigned correctional counselor, P.Romero, seized my confidential-legal documents sent to me by attorney from my possession which related to my active court case and due to seizure of legal documents addressed to me I was prevented from knowing the nature of transmission. I submitted an inmate complaint to Inmate Office of Appeals and my complaint went unanswered.

10. On November 22,25,26,27,28,29,2019, December 2 to 6,12,13,16 to 20,23 to 27,30,31, 2019, and January 1 to 9,2020, facility law failed to operate pursuant to institutional schedule and upon my advance notices failed and refused providing me physical access to law library and its resources,needed to make legal copies,conduct legal research,print from the Lexis-Nexis System,obtain legal materials-i.e.,draft paper,legal forms, and legal envelopes,and continued to deny me law library services after presenting supporting evidence and information I am pro se on active court cases and under direct criminal appeal for custody offense.I submitted an inmate complaint to Inmate Office of Appeals and my complaint went unanswered.

11. On January 10,2020,correctional officer,A.Reguera,and Mecum, failed and refused accepting my out-going legal mail addressed to the United States District Court on my active case without reason,and after authorizing the contents of my correspondence and as a result of officers interference I was restricted from sending out legal mail on said officers shift causing me delay and to amass a pile of undelivered legal mail.

12. On January 9,11,13,2020,upon utilizing the inmate complaint system at Corcoran State Prison, correctional officers: Kiaris, Sgt.Torres,Sgt.Hubbard,Stg.Medina,Sgt.Mason,Sgt.Case,and offc. Torres,repeatedly interfered with my inmate complaints and threatened me with force,violence,threat,harassment,fear,and retaliation,and ordered me to withdraw my inmate complaints or

5

officers would beat me up, in addition to making inappropriate sexual and racial discriminatory comments. On January 14, 2020, I attempted submitting an inmate request to facility Captain D. Burns, and officer, Mecum, took my request form describing incident and destroyed my inmate request in the presence of his partner officer, Skiefen, and which was also witnessed by inmate-Reyes-CDCR#AW7775, and as a result of officer, Mecum's action, restricted me from seeking help and exposing misconduct. I submitted a letter of complaint to the prison Warden, and disciplinary authorities and no remedy was provided nor officers cease and desist their harassment and retaliation against me.

13. On or about January 23, 2020, housing unit-correctional officer Torres, made a comment that I was "Red Flagged" on SOMS, which is the Strategic Offender Management System(SOMS), used by prison officials to lable me and identify prisoners who complain about conditions of their confinement, causing me significant risk, including but not limited to revealing my actual complaint as a file photo and combined with officers notes, stimulating bias, prejudice, and violence by other correctional officers, and staff personnel that view SOMS in their activities set by their secrecy code of conduct. In addition information in my SOMS, can be altered and modified without a court order nor do I have access to examine and dispute information which imposes additional punishment and reprisal actions by prison officials which is effecting me in my daily life activities for my life span.

14. On or about January 24, 2020, my primary care clinician at Corcoran State Prison, T. Pettinger, and clinician, Oz, increased my Mental Health Level of Care, to the Enhanced Outpatient Program (EOP) level of care, involuntarily without my consent, knowledge or notice to me, nor was I afforded a committee hearing pursuant to policy and procedures or informed of my rights to a hearing nor did I waive such a hearing and at all times I made known my contentions to my clinician and her supervisor that I refuse treatment under the (EOP) level of care. Clinicians enforcement of (EOP) level of care knowingly knew the change of my level of care has lead up to me being transfered and housed with prisoners that have serious mental and emotional disorders, and behavioral problems which has placed me in danger of my safety and security, and as a result of inappropriate placement has interfered and stopped me from my legal litigation activities which effect my personal liberty while under direct criminal appeal for custody offense, in addition to negatively impacting my classification, and limiting my privileges, disrupting my program, and causing me significant and atypical hardship. I submitted an inmate Health Care Grievance to the Health Care Grievance Office, and my complaint on issues described above went unanswered.

15. On February 10, 2020, Correctional officer, M. Ross, seized and read my legal documents in my possession without my consent violating the confidentiality of my privileged legal documents. Ater officer, M. Ross, concluded no discovery of contraband, he

7

became aggressive,challenging,and disrespectful and stated to me that "he does not like my face,and give him a reason to hurt and mase me".Correctional officer's Sergeant's:Medina, Case,and Hubbard,were present at all times during Officer's search and violation of my legal documents and whom are mentioned in paragraph-12 of my declaration,failed to intervene.

16. On February 11,2020,while I was inside of my cell quarters, (CELL#237L),correctional officers,Roacha,Kiaris,Rocha Jr.,Skiefen,and officer(unknown),entered inside my cell.Officer Rocha threatened to take & destroy my property and that he and officers would beat me up if I dont provide them with information about inmates in neighboring cell quarters-#236.Officer Roacha, repeated the same conduct with inmate in cell quarter-#235. On or about February 13,2020,out of fear for my life by custody officers and due to the diciencies in the inmate complaint system,I reported issues described in the above incident to my assigned clinician responsible for my mental health treatment.

17. On January 21,2020, a "Federal Rules of Civil Procedure" law book was sent to me via U.S. postal by book distributor and as of today's date from my declaration provided,officer,T.Noland, incharge of inmate property,and books,will not release law book sent to me that is withheld in his possession,without reason, upon my repeated requests and advance notices that law book is needed and relates to my active court cases.Officer,Noland's

actions are repeated occurrences from complaints I submitted against officer Noland on of December 22,27,2019, that are mentioned in paragraph-8 of my declaration.

18. On of February 18,2020, while I was inside my cell quarters-#237, correctional officer Clements, incharge of delivering inmates legal mail for the day, arrived outside my cell door, and concealed his name on his uniform with my mail and informed me that he will not provide me my legal correspondence because he does not like the way I sign my signature and left without providing me his identity upon my request nor afforded me an opportunity to receive my legal mail in manner he personally wants and has restricted me from receiving and corresponding on my active legal cases with the courts.

19. On of February 18,2020, correctional officer, Roacha, entered inside of my cell quarters-#237, and forced me to strip naked and conducted a body cavity search beyond what is reasonable while my cell door was opened in the presence of male and female officers and other inmates. Officer, Roacha, had me bend over at the waist while spreading my buttocks towards him, squating and caughing, than turning around and lifting my penis and scrotum, and than had me run my dirty fingers in my mouth against my protest after I was made to grab my genitals. No findings of contraband on my persons or in my cell were discovered or elements to charge a rule violation and search

9

were on issues unrelated to me nor was I provided a notice of actions or my rights and are repeated occurrences by said officers mentioned from paragraph-16 of my declarations.

20. On February 19,2020,while inside of my cell quarters-#237, correctional officers,Kiaris,Roacha,and(unknown)officer, entered inside of my cell quarters,and became challenging, aggressive,and disrespectful,and ordered me to sign legal mail slips with instructions exactly to their personal standards which were already signed and dated by me from a prior occasion under threat,duress,and coercion.Officer,Kiaris stated he would file a rule violation report which will lead to discipl- inary action,and that he will keep my legal mail and restrict my legal correspondence in addition to further reprisal actions and out of fear for my life I signed three of the officers documents presented to me to their specifications involuntarily and received no reciept upon my request for my records.

The actions of said officer's are a continuing pattern of repeated occurrences mentioned from paragraph-12,16,19,of my declaration.

21. At all times relevant in my declaration,I sumitted multiple inmate complaints and inmate requests,providing supervisory prison officials advance notices of ongoing abuse and mistreat- ment by their subordinate officers and my notices were ignored without remedy,or exhausting my remedies and from preserving a a record which has been made unavailable to me and are

contrary to the prisons policy under the California Code of Regulations, and due to submitting inmate complaints seeking remedy and to stop correctional officers misconduct has leaded and invited additional reprisal actions by prison officials causing me irrepairable injury, loss, and damages, described in my declaration.

22. For the foregoing reasons, the Court should grant my motion in all respects.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 2, 2020

_/s/ Saddozai_
Declarant Shikeb Saddozai