Shibbs Southwood AY5461
Corcoran State Prison
P.O. Box 3461
Corcoran CA 93212

**LEGAL MAIL**



To: Clerk, U.S.D.C. Northern Dist.
280 South First Street
Rm - 2112
San Jose California 95113