Shike
Corcoran State Prison
P.O. Box 3461
Corcoran CA. 93212

FG

**LEGAL MAIL**

CORCORAN
STATE PRISON

U.S. POSTAGE ⟩⟩ PITNEY BOW
ZIP 93212  $ 001.80
02 1W
0001386349 MAR 17 20

Clerk of U.S.D.C. Northern Dist
280 South First Street, Rm-2112
San Jose CA. 95113