| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | WILLIAM C. KWONG |
| | Supervising Deputy Attorney General |
| 3 | ALLISON M. LOW |
| | Deputy Attorney General |
| 4 | State Bar No. 273202 |
| |   455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004 |
| |   Telephone:  (415) 510-3589 |
| 6 |   Fax:  (415) 703-5843 |
| |   E-mail:  Allison.Low@doj.ca.gov |
| 7 | *Attorneys for Defendants* |
| | *J. Clawson* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SHIKEB SADDOZAI,** | Case No. 5:18-cv-05558-BLF (PR) |
|             Plaintiff, | **DECLARATION OF SERVICE BY U.S. MAIL** |
| v. | |
| **RON DAVIS, et al.,** | |
|             Defendants. | |

SF2020200485/21860391.docx

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *S. Saddozai v. Davis, et al.*
Case No.:    **5:18-cv-05558-BLF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>March 20, 2020</u>, I served the attached

- **LEGAL AUTHORITY CITED IN DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

    *Conservation Force v. Salazar*, 646 F.3d 1240, 1241–42 (9th Cir. 2011)
    *In re Gilead Scis. Sec. Litig.*, 536 F.3d 1049, 1055 (9th Cir. 2008)
    *Albino v. Baca*, 747 F.3d 1162, 1171 (9th Cir. 2014)
    *McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir. 2002)
    *Vaden v. Summerhill*, 449 F.3d 1047, 1051 (9th Cir. 2006)
    *Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010)
    *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 (1989)
    *Doe v. Lawrence Livermore Nat'l Lab.*, 131 F.3d 836, 839 (9th Cir. 1997)
    *Ex Parte Young*, 209 U.S. 123, 159–60 (1908)
    *Papasan v. Allain*, 478 U.S. 265, 277–78 (1986)
    *Bank of Lake Tahoe v. Bank of Am.*, 318 F.3d 914, 918 (9th Cir. 2003)
    *United Mexican States v. Wood*, 126 F.3d 1220 (9th Cir. 1997)
    *Los Angeles Cty. Bar Ass'n v. Eu*, 979 F.2d 697, 704 (9th Cir. 1992)
    *Pouncil v. Tilton*, 704 F.3d 568, 576 (9th Cir. 2012)
    Federal Rules of Civil Procedure Rule 12

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Shikeb Saddozai (AY1590)
California State Prison - Corcoran
P.O. Box 3461
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 20, 2020, at San Francisco, California.

_____
G. Pang
Declarant
SF2020200485/21860291.docx

_____
Signature