1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  ALLISON M. LOW
   Deputy Attorney General
4  State Bar No. 273202
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3589
6    Fax:  (415) 703-5843
     E-mail:  Allison.Low@doj.ca.gov
7  *Attorneys for Defendant*
   *J. Clawson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SHIKEB SADDOZAI,** | Case No. 5:18-cv-05558-BLF (PR) |
| Plaintiff, | **NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| **RON DAVIS, et al.,** | |
| Defendants. | |

/ / /

/ / /

/ / /

**TO THE COURT AND PLAINTIFF SHIKEB SADDOZAI, PRO SE:**

**PLEASE TAKE NOTICE** that Plaintiff's opposition to Defendant's motion to dismiss was due April 10, 2020. (ECF No. 32.) Plaintiff requested an unlimited extension of time so that he could conduct discovery (ECF No. 33), and Defendant opposed because discovery is not appropriate at this litigation stage (ECF No. 34). The Court has not granted Plaintiff an extension, defense counsel received no opposition, and the Court's docket reflects no opposition filed.

Defendant request the Court grant his motion because his right to a dismissal is plain. Plaintiff's third amended complaint makes unequivocally clear that he failed to exhaust his administrative remedies before filing suit. (ECF No. 29.) He explicitly pleads that he exhausted after suit was filed. (Compare ECF No. 29 at 2 with ECF No. 1.) In doing so, he failed to satisfy exhaustion requirements as mandated by the Ninth Circuit. *McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir. 2002). The Ninth Circuit requires this action be dismissed without prejudice. *Id.* ("Congress has made a policy judgment that [the expenditure of additional resources by the parties and the court in requiring a second suit be filed] is outweighed by the advantages of requiring exhaustion prior to the filing of suit.").

Dated:  April 13, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General

*/s/ Allison M. Low*

ALLISON M. LOW
Deputy Attorney General
*Attorneys for Defendant*

SF2020200485
21869403.docx

# CERTIFICATE OF SERVICE

Case Name:   *S. Saddozai v. Davis, et al.*          Case No.   **5:18-cv-05558-BLF (PR)**

I hereby certify that on April 13, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On April 13, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Shikeb Saddozai (AY1590)
California State Prison - Corcoran
P.O. Box 3461
Corcoran, CA  93212
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 13, 2020, at San Francisco, California.

|  G. Pang  |  */s/ G. Pang*  |
|-----------|-----------------|
| Declarant | Signature       |

SF2020200485/42151353.docx