# EXHIBIT A

**TO DEFENDANT'S NOTICE OF ASSISTED FILING AND NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO OPPOSE THE MOTION TO DISMISS**

April 10, 2020
via U.S. Postal

Shikeb Saddozai-AY1590
California State Prison- Corcoran
P.O. Box 3461
Corcoran, California 93212


Allison M. Low
Deputy Attorney General
455 Golden Gate Ave, Ste-11000
San Francisco, California 94102-7004

Re: Saddozai v. Davis, et al,
        USDC, Northern Dist. Court Case No. 18-05558 (BLF)

Dear Ms. Low;

       Previously a motion submitted by you for
plaintiff's failure to exhaust has put me in a position
that requires me to respond. In order for me
to appose filed motion I require access to facility
law library needed to photocopy - Third Level
Appeal Exhaustion showing evidence to settle

1

and dismiss your motion, in my possession amongst other resources such as: legal Manila envelopes to put documents in to be sent to you and the courts, including but not limited to conduct legal research from electronic Lexis-Nexis data base system and to print citations to rebut your motions and to motion the court on other related matters, etc., all of which are repeatedly denied to me, while being abused and mistreated by prison officials whom have denied me state issued weekly indigent envelopes that other inmates have let me barrow to communicate with you.

Prison officials have destroyed and delayed my legal correspondence discouraging and preventing me from sending my ~~original only~~ original legal documentary evidence without making a photo copy of which again is not services provided to me for lack of access to law library and all of which benefits you. please assist me and reach out to prison authorities to allow me access to law library ~~without~~ interference Monday to Friday (5) days a week and to cease and desist their retaliation. Please forward this to Honorable Judge Beth Labson Freeman along with my attachments included in support of issues described.

Cordially:
A. Saddozai
Shikeb Saddozai

RECEIVED
ATTORNEY GENERAL

2020 APR 17   A 10: 42

CA. DEPT OF JUSTICE
SAN FRANCISCO
DOCKET UNIT

DOCKETED
SAN FRANCISCO

APR. 17 2020

By
No.

CORCORAN STATE PRISON
LAW LIBRARY-3B-YARD

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSp-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: (seventh-NOTICE)-CSP-3B-Yard-LAW LIBRAR
On March-16,to April-9,2020,no law library access and resources has been afforded
to me upon my requests,needed to prosecute my active court deadlines/appeals/
complaints/pleadings,etc.,on following-U.S.D.C.,Northern Dist.Court,Case Nos.
18-05558/18-04047/18-04511/18-07337/.also For Eastern Dist.Court-Case No.1:20-cv
00358-JLT.INFORMATION CAN BE LOCATED ON COURT DATA BASE.Please provide:Pleading-
paper(20),Legal-Manila-Envelopes(5),photo-copies-of CONFIDENTIAL LEGAL-DOCS.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **  SEE-ATTACHMENT
☐ SENT THROUGH MAIL:  ADDRESSED TO: _CSP-3B-YARD-LAW LIBRARY_          DATE MAILED: 04/09/20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| Y. Ing | 4/17/20 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |
|---|---|---|
| CSP-3B-YARD-LAW LIBRARY FACILITY | 04-09-2020 | |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

74680S0

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐ ·    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Shikeb   Saddozai | AY1590 | CSP-3B01-227L |

| PATIENT SIGNATURE | DATE |
|---|---|
| Shikeb   Saddozai | 04-09-2020. |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Injuries I sustained on March-19,2020,while in Administrative-Segreg- ation-Unit(ASU)-3A03-125L,failed to be treated,nor immediate doctor attention provided,resulting in ongoing-pain,numbness,mobility impairments,to my wrist, hands,lower back,shoulders,in addition to skin/rash-infections,for which delay /denial of care has exacerbated conditions suffered. ASU~officersdenied me medical privacy & shackled me at all time

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

# CALIFORNIA STATE PRISON-CORCORAN
## WARDEN-KENT CLARK

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | HAZARDOUS CELL QUARTERS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ATTN:CSP-WARDEN-KENT CLARK, On March-26, 2020,Housing-Unit:officer(s),assigned me to damaged/hazardous cell quarters-3B01-227L,knew was uninhabitable,flooded with contaminated-mold,rust,debris, water,obvious by holes/ceiling leaks,especially over electrical areas,knew would be hazardous to my health/welfare/safety,& forced me to remain,repeatedly cleaning contamination without supplies,with my personal state issued clothing, despite having(50)available less undamaged cell quarters on unit.Please rectify.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX.) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED.**

☒ SENT THROUGH MAIL: ADDRESSED TO: CSP-WARDEN-KENT CLARK ___ DATE MAILED 04 /10/ 2020

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF |
|---|---|---|---|
| OFFicers refused to Sign | | | (CIRCLE ONE) YES NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-WARDEN-KENT CLARK/ CORCORAN | April-10,2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee: Canary - Inmate/Parolee's 2nd Copy: Pink - Staff Members Copy: Goldenrod - Inmate/Parolee's 1st Copy

**CORCORAN STATE PRISON**

NAME Shikeb Saddozai

CDCR NUMBER AY1590

HOUSING 3B01

PO BOX 3461

**CORCORAN, CA 93212**

CORCORAN
STATE PRISON



U.S. POSTAGE >> PITNEY BOWES

ZIP 93212 $ 000.50⁰
02 1W
0001386349 APR 14 2020

Confidential Legal Mail

TO: Allison M. Low
Deputy Attorney General
455 Golden Gate Ave :
Ste-11600
SanFrancisco, California

**STATE PRISON
GENERATED MAIL**

9410287020

4-11-20



CALIFORNIA STATE PRISON CORCCRAN
P.O. Box 3800
Corcoran, California 93212



INDIGENT

# EXHIBIT B

**TO DEFENDANT'S NOTICE OF ASSISTED FILING AND NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO OPPOSE THE MOTION TO DISMISS**

State of California                                                                                    Department of Corrections and Rehabilitation

# **M**emorandum

Date:        April 7, 2020

To:          Associate Director, Division of Adult Institutions
             Wardens

Subject:     **REVISED COVID-19 MANDATORY 14-DAY MODIFIED PROGRAM**

The California Department of Corrections and Rehabilitation's priority is to protect the health and well-being of our staff and the offender population as well as providing a safe environment.  The purpose of the memorandum is to reduce staff and inmate exposure to the coronavirus (COVID-19) by increasing more restrictive measures.

Effective Wednesday, April 8, 2020, all institutions will implement a mandatory 14-day modified program.  Each institution will be responsible for either creating or amending their current Program Status Report taking all of the following information into consideration:

- The entire institution will be affected, except for Restricted Housing Units, Correctional Treatment Centers, and Psychiatric Inpatient Programs, etc.
- Movement will be via escort - maintain increased social distancing unless security would dictate otherwise (i.e. Administrative Segregation Unit placement). Movement will be in such a fashion as to not mix inmates from one housing unit with another housing unit.
- Feeding – Cell feeding or one housing unit at a time, maintaining social distancing and disinfecting tables between each use
- Ducats – priority only – includes mental health groups and individual clinical contacts
- Visiting – none
- Family visiting – none
- Legal visits – urgent/emergency, via telephone or video conference where available. Board of Parole Hearings will continue with attorney contacts as required
- Workers – critical and porters
- Showers – maintain distancing and disinfect between each use
- Health care services - conduct rounds in housing units
- Medication(s) distribution – Wardens, please work with your CEO's to establish a process, recommend if cell feeding, medication line is conducted within the unit.  If doing controlled feeding within the dining halls, utilize medication windows on the yard
- Law Library – PLU or paging option while maintaining social distancing in library
- Dayroom – numbers need to be reduced to allow for increased social distancing which may result in no dayroom activities if unable to maintain social distancing numbers to accommodate showers and phones

Associate Director, Division of Adult Institutions
Wardens
Page 2

- Recreation - One housing unit/dorm at a time
- Canteen is permitted – if unable to accommodate during scheduled yard time facilitate delivery method
- Packages are permitted
- Phone calls are permitted - disinfect between each use
- Religious programs shall be cell front or deliver materials to housing unit/dorm/cells
- Educational materials to be provided either cell front or to dorm
- Request for Health Care Services Forms, CDCR-Form 7362, will be distributed and picked up in the housing units by staff

During this time, I would like to see our Community Resource Managers and Education Department facilitate the delivery of increased games, program materials, reading books, or other items to the housing units.  Housing unit/dorm officers and supervisors are expected to conduct additional rounds and spot checks of inmates in an effort to reduce self-harm and/or suicide attempts.

All institutions will be required to provide a copy of their Program Status Report, Part-A, to their respective Associate Director each day for this 14-day period.  Institutions are expected to brief staff and inmate advisory committees on this directive as this modified program is currently only slated to be in effect for 14-days, through April 21, 2020.

During the past couple of weeks there have been some best practices coming forward that I would like to see implemented or considered such as placing markers on the ground in six foot intervals as a reminder for staff and inmates to maintain social distancing, and the placement of acrylic glass (e.g. Plexiglas) at staff entrances as a barrier between the screener and the person entering the prison.

Thank you for you continued efforts in managing this COVID-19 event.  If you have any additional questions, please contact your respective Associate Director.

CONNIE GIPSON
Director
Division of Adult Institutions

cc:  Kimberly Seibel
     Patrice Davis
     Justin Penney

# EXHIBIT C

**TO DEFENDANT'S NOTICE OF ASSISTED FILING AND NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO OPPOSE THE MOTION TO DISMISS**

# COVID-19 Preparedness

**April 15, 2020 update:**

Please see today's update on CDCR and CCHCS COVID-19 preparedness and response.

- *As of April 15, 2020, there are 69 incarcerated persons who have tested positive for COVID-19. See the CDCR and CCHCS Patient Testing Tracker (https://www.cdcr.ca.gov/covid19/population-status-tracking/) for the latest testing and case information for the incarcerated population.*

- *There are currently 81 CDCR/CCHCS employees who have tested positive for COVID-19. See the CDCR/CCHCS COVID-19 Employee Status webpage (https://www.cdcr.ca.gov/covid19/cdcr-cchcs-covid-19-status/) for a breakdown by location.*

- *CDCR and CCHCS are requiring the use of cloth face coverings for both staff and the incarcerated population. While staff are allowed to bring in their own masks to wear while performing any duties on institutional grounds, all staff and members of the incarcerated population are being provided at least two California Prison Industry Authority (CALPIA) reusable cloth barrier masks. The incarcerated population will be required to wear the CALPIA masks during the following activities:*
  - *Any situation that requires movement outside of cell or while in a dorm setting.*

  - *During interactions with other members of the incarcerated population such as yard time and canteen services.*

  - *Movement to/from health care appointments.*

  - *Movement to/from medication administration areas.*

- *On April 14, Governor Newsom signed an Executive Order (https://www.gov.ca.gov/2020/04/14/governor-newsom-signs-executive-order-on-division-of-juvenile-justice-discharge-and-reentry-process/) addressing the release and reentry process at the Division of Juvenile Justice (DJJ) so that youth may be discharged safely and quickly. The executive order calls for all discharge and reentry hearings to be held via videoconference to minimize the youth's and other participants' exposure to COVID-19. Additionally, notification given to county probation departments, the court in the county of commitment, and the youth's legal counsel will be shortened from 60 days to 30 days before holding a discharge consideration hearing held by the Board of Juvenile Hearings (BJH). The order also allows for reentry consideration hearings—normally held in the county court—to take place at the DJJ facility where the youth are housed. This new timeframe does not impact victim notification, as they already receive a 30-day notice. Victims and victim representatives will be able to participate in the videoconference hearings.*

*(para español, haga clic aquí (https://www.cdcr.ca.gov/covid19/preparacion-covid-19/). Las traducciones al español se proporcionan dentro de las 24 horas de una actualización)*

Executives and staff at CDCR and CCHCS are working closely with infectious disease control experts to minimize the impact of COVID-19 on our operations. To ensure we are ready to immediately respond to any COVID-19 related incident, CDCR and CCHCS activated the Department Operations Center (DOC) in order to be fully prepared to respond to any departmental impacts resulting from COVID-19.

CDCR and CCHCS are dedicated to the safety of everyone who lives in, works in, and visits our state prisons. We have longstanding outbreak management plans in place to address communicable disease outbreaks such as influenza, measles, mumps, norovirus, and varicella, as well as preparedness procedures to address a variety of medical emergencies and natural disasters.

Public safety is our top priority, as is the health of our community. CDCR and CCHCS have worked diligently to make unprecedented changes to its operations to address the COVID-19 emergency and to protect all those who live and work in our institutions. We have successfully implemented an expedited transition to parole of 3,500 inmates to increase space within our institutions statewide. We continue to take additional precautions and actions as well, including suspending intake from county jails, reducing the density in dorms, verbal and temperature screening of all those entering state prisons, providing masks and hand sanitizer to all staff and the incarcerated population, and suspending in-person visiting and volunteering.

**BELOW IS AN OVERVIEW OF STEPS WE ARE TAKING REGARDING COVID-19**

**Modified Program**

Effective April 8, 2020, all CDCR adult institutions will implement a mandatory 14-day modified program (https://www.cdcr.ca.gov/covid19/wp-content/uploads/sites/197/2020/04/COVID19-Modified-Program.pdf?label=Mandatory%2014-day%20Modified%20Program&from=https://www.cdcr.ca.gov/covid19/memos-guidelines-messaging/). While movement has been limited throughout institutions already, CDCR has implemented these mandatory restrictions statewide for two weeks in order to further reduce staff and inmate exposure to COVID-19.

"This is a time where we are all truly in this together, we are all experiencing changes in our daily lives in an effort to do what's for the greater good of us all," CDCR Secretary Ralph Diaz said. "For the next 14 days there are going to be a lot of changes within our institutions, but we do it with the overall health and safety of all those who live and work in them, and the health and safety of the public, at the forefront. We will continue to seek ways for the incarcerated population to stay in touch with their support systems, retrieve items from canteen services, and have out-of-cell time that we know is important for overall physical and mental health. We ask for patience and an understanding that we are doing everything we can to create better physical distancing within our institutions, staff and inmates—we are all Californians in this effort."

While these restrictive measures are mandatory, the incarcerated population will still have access to medication, health care services, yard time, canteen, packages, and cell-front religious programming while allowing for physical distancing and proper cleaning/disinfecting. Showers and telephones will be disinfected between each use.

Meals will be served in cells or housing units. Recreation/yard time will be allowed; however, schedules will be staggered by housing unit to increase physical distancing. If canteen cannot be accommodated during yard time, staff will facilitate delivery to housing units. Only inmates classified as critical workers will be permitted to report to work.

Community Resource Managers and education staff will provide program materials, games, books, etc., to housing units. Staff will conduct additional rounds to ensure the safety and well-being of those on modified program.

**Expedited release and plan to increase space within institutions**

On March 31, CDCR announced its plan to further protect staff and inmates (https://www.cdcr.ca.gov/news/2020/03/31/cdcr-announces-plan-to-further-protect-staff-and-inmates-from-the-spread-of-covid-19-in-state-prisons/) from the spread of COVID-19 in state prisons.

As of April 13, CDCR has expedited the release of approximately 3,500 eligible inmates who were due to be released within 60 days or less and were not currently serving time for a violent crime as defined by law, a person required to register under Penal Code 290, or domestic violence.

The releases increased capacity and space to help with inmate movement, physical distancing, and quarantine and isolation efforts for positive COVID-19 cases.

For frequently asked questions on this plan, visit our FAQ page here (https://www.cdcr.ca.gov/covid19/frequently-asked-questions-for-plan-on-expedited-release-and-increased-physical-space-within-state-prisons/).

**Expanded precautions at institutions and office locations**

CDCR and CCHCS are requiring the use of cloth face coverings for both staff and the incarcerated population. While staff are allowed to bring in their own masks to wear while performing any duties on institutional grounds, all staff and members of the incarcerated population are being provided at

least two California Prison Industry Authority (CALPIA) reusable cloth barrier masks. The incarcerated population will be required to wear the CALPIA masks during the following activities:

- Any situation that requires movement outside of cell or while in a dorm setting.
- During interactions with other members of the incarcerated population such as yard time and canteen services.
- Movement to/from health care appointments.
- Movement to/from medication administration areas.

All staff and visitors entering CDCR correctional institutions are undergoing a touchless temperature screening prior to entering the facility. This applies to CDCR state prisons and community correctional facilities.

CDCR and CCHCS have also implemented mandatory verbal screening for every person entering **any** work location, in line with screenings in place at prisons since March 14.

Those attempting to enter a state prison or office building at any time are required to verbally respond if they currently have new or worsening symptoms of a respiratory illness or fever. If the individual's response is that they are experiencing symptoms, they will be restricted from entering the site that day.

All CDCR institutions have been instructed to conduct additional deep-cleaning efforts in high-traffic, high-volume areas, including visiting and health care facilities. Those in the incarcerated population identified as assisting with cleaning areas of the institution have received direct instruction on proper cleaning and disinfecting procedures in order to eliminate coronavirus.

Communal areas such as dayrooms, showers, restrooms and offices are cleaned at a minimum of once every three hours and more if needed. Disinfecting frequency has been increased, including regular disinfecting of touchpoints (telephones, door knobs, desk areas, etc.). All cleaning practices will allow for physical distancing of staff and porters.

On March 29, CDCR institutions began receiving extra hand sanitizer dispensing stations along with the new production of the type of alcohol-based hand sanitizer recommended by the Centers for Disease Control and Prevention (CDC) to help eliminate coronavirus produced by California Prison Industry Authority (CALPIA). The dispensers have been placed inside institution dining halls, work change areas, housing units, and where sinks/soap are not immediately available.

Additionally, staff have been granted permission to carry up to two ounces of personal-use hand sanitizer. The incarcerated population is being provided extra soap when requested and hospital-grade disinfectant that meets CDC guidance for COVID-19.

CALPIA is now making 20,000 reusable cloth barrier masks a day which are being distributed to all institutions for both staff and inmate use. All institutions will increase laundry services in order to accommodate proper washing and drying of barrier masks.

CDCR and CCHCS have been actively monitoring and assessing institutions to ensure staff have an adequate supply of personal protective equipment to immediately address any potential COVID-19 exposures, and to protect staff and incarcerated people. The workgroup will continue to collaborate and maintain open lines of communication with the Governor's Office of Emergency Services to identify any deficiencies and ensure adequate supplies are available at each institution on an ongoing basis.

CDCR has moved more than 500 inmates from dormitory housing into vacant space within state institutions in an effort to increase physical distancing in these living environments.

The incarcerated population has received information about social distancing, and staff and inmates are practicing social distancing strategies where possible, including limiting groups to no more than 10, assigning bunks to provide more space between individuals, rearranging scheduled movements to minimize mixing of people from different housing areas, encouraging social distancing during yard time, and adjusting dining schedules where possible to allow for social distancing and additional cleaning and disinfecting of dining halls between groups.

**Transportation/Receiving and Release protocols**

On March 24, California Governor Gavin Newsom issued an Executive Order (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.gov.ca.gov%2F2020%2F03%2F24%2Fgovernor-newsom-issues-executive-order-on-state-prisons-and-juvenile-facilities-in-response-to-the-covid-19-outbreak%2F&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C1%7C637207840984524088&sdata=K1qcU0GPI8DnmF8fTLT5pNk2ZV9TlhVf4cMYAeZ6qss%3D&reserved=0) directing CDCR to suspend intake into state correctional facilities for 30 days. All persons convicted of felonies are being received, detained, or housed in a jail or other facility currently detaining or housing them for that period. The order allows Secretary Diaz to grant one or more 30-day extensions if suspension continues to be necessary to protect the health, safety, and welfare of inmates and juveniles in CDCR's custody and staff who work in the facilities.

CDCR has suspended transfers of inmates into the Male Community Reentry Program (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.cdcr.ca.gov%2Frehabilitation%2Fmcrp%2F&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C0%7C637207840984534088&sdata=TUbKWRsQ%2BUUOazKP%2FWwNSQ62HNe3jYqPcdoLYGg2pHM%3D&reserved=0) (MCRP), the Custody to Community Transitional Reentry Program (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.cdcr.ca.gov%2Fadult-operations%2Fcustody-to-community-transitional-reentry-program%2F&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C0%7C637207840984534085&sdata=6QxnVgYRFZEpkzr53XrFQKlPGrN7izJffrZls1l9aTA%3D&reserved=0) (CCTRP), and the Alternative Custody Program  (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.cdcr.ca.gov%2Fadult-operations%2Facp%2F&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C0%7C637207840984534085&sdata=LOmec3UwbZNH6nLMVKBDJ6SBGycVBA7lMvLxdddfPkE%3D&reserved=0)(ACP) until further notice. CDCR has taken this step to limit potential exposure of staff to COVID-19 during inmate transfers to the community. Additionally, as part of this program, incarcerated persons remain under the jurisdiction and responsibility of CDCR, to include providing any required medical attention. Releasing incarcerated persons to these programs could potentially expose them to COVID-19 in the community which would require their transfer back to an institution for medical care for non-emergent health care needs, increasing risk for potential exposure within our institutions.

CDCR has also suspended transfers of inmates to the Conservation Camp program until further notice. Inmate transfers previously initiated under the approved guidelines, who are currently on layover, will be moved to their final destination.

All transfers out of Reception Centers are suspended through April 22, 2020.

Moves to Department of State Hospital beds at Atascadero State Hospital, Coalinga State Hospital, and Patton State Hospital are allowed only for mentally disordered offender (MDO) referrals.

All Interstate Compact Agreement transfers of out-of-state parolees and inmates to California will cease for 30 days.

To mitigate workload when non-essential movement resumes, this cancellation of all non-essential inmate movement impacts movement only; classification committees and review processes will move ahead as normal.

California statute permits the Director to authorize temporary community leave for inmates from prison. To reduce risks of COVID-19 to all who work and live in the state prison system and our surrounding communities, there will be no temporary community leave approvals at this time. We will work to make communications available to individuals in these situations.

CDCR has communicated with county sheriffs about changes to the transfer of state prison inmates to county jails for mandated court hearings. Inmates leaving CDCR custody to be housed in a county jail for purposes of attending a court hearing will not be accepted back until intake is resumed. For those inmates held in county jail unable to return to CDCR custody, the Department will reimburse the supervising agency after five days pursuant to Penal Code 4016.5. Inmates being transported for a same-day court appearance will be allowed to return to the CDCR institution but will be provided a mask and will be screened by health care staff upon return to the institution.

**Visiting and Expanded Telephone Use**

As part of CDCR's COVID-19 prevention efforts, normal visiting at adult and juvenile facilities is canceled statewide until further notice based on California Department of Public Health guidance for mass gatherings. This includes overnight family visits and Division of Juvenile Justice visiting.

In recognition of the need for incarcerated people to have contact with their loved ones, the Division of Adult Institutions has expanded phone access for certain privilege groups. Access will be via current inmate phone equipment, with extra precautions taken to clean phones and allow physical distancing to limit possible exposure and transmittal of illness. Inmates on C Status (lost privileges due to disciplinary reasons) will remain on phone restrictions until C Status until that status has been completed or removed.

The following populations will be allowed to make calls above their privilege group until further notice:

- Inmates in Administrative Segregation for non-disciplinary reasons, designated Privilege Group B, will be allowed one phone call per week (previously one per month; Privilege Group A are normally allowed one call per week)
- All other inmates in restricted housing will be allowed to make one phone call once every two weeks (currently no phone calls permitted)
- Reception Center inmates will be provided one phone call per week (currently one call within first seven days and one per month after)
- Inmates in Psychiatric Inpatient Program settings will be allowed one call per week unless they are prohibited by the Interdisciplinary Treatment Team (with documented clinical justification).

CDCR has partnered with inmate telephone network provider GTL to offer the adult incarcerated population three days of free phone calls each week through the end of April. There is no limit on the number of calls; however, each institution may limit time to accommodate need. The following days are designated for free calling:

Week 1: March 31, April 1, April 2

Week 2: April 7, 8, 9

Week 3: April 14, 15, 16

Week 4: April 21, 22, 23

Week 5: April 28, 29, 30

CDCR's electronic messaging provider for the incarcerated population, JPay, is providing reduced-priced emails to those incarcerated at the pilot institutions and free emails for those inmates who cannot afford it. The five pilot sites that currently have the technology include: High Desert State Prison, Kern Valley State Prison, California Institution for Women, Central California Women's Facility, and Substance Abuse Treatment Facility. At some of these institutions, only certain yards currently have this technology. Details will be provided to the incarcerated population at the institutions.

JPay has also extended inbound email print services to all institutions at a reduced rate. This service enables incarcerated people's family and friends to use the JPay app to send e-correspondence, which mailroom staff then print and deliver with regular mail. Family and friends purchase stamps for this service. While this will not eliminate physical mail, this process reduces COVID-19 transmission risk. This service is also a cost-effective way for incarcerated people to maintain contact with family and friends, which is especially important while visiting is closed. This service is expected to go live on April 10.

More information about JPay services is available in English  (https://www.cdcr.ca.gov/covid19/wp-content/uploads/sites/197/2020/04/R_CDCR-Take-Ones-English-Sample.pdf)and Spanish (https://www.cdcr.ca.gov/covid19/wp-content/uploads/sites/197/2020/04/R_CDCR-Take-Ones-Spanish-Sample.pdf).

The youth within the Division of Juvenile Justice already receive free phone calls and have begun using free Skype video calls for visiting.

**Rehabilitative Programs and Volunteers**

Non-CDCR/CCHCS/CALPIA staff will not be permitted to enter state prison until further notice. This includes people who enter state prison as volunteers, or to facilitate rehabilitative programs. Paid union representatives, and Inmate Ward Labor (IWL) staff will be permitted. CalVet representatives and contractors who work with institution staff to conduct interviews and provide forensic evaluations for incarcerated veterans to receive federal disability benefits for themselves and their families pursuant to Senate Bill 776 will also be permitted.

No rehabilitative programs, group events, or in-person educational classes will take place until further notice. At this time, all tours and events have been postponed, and no new tours are being scheduled.

**Education**

The Office of Correctional Education (OCE) is working with institution principals, library staff, and teachers to provide in-cell assignments where possible in order for students to continue their studies, legal library access and educational credit-earning opportunities.

Under the direction of the Warden, school administrators and teachers coordinate with institutional warehouses to provide educational equipment, supplies and materials to students. While hardcover books are normally only permitted in classrooms, a temporary exception has been made for students to access educational materials for college, Career Technical Education, Adult Basic Education, and English Language Development courses in their housing units. This exception is at the discretion of the Warden, and may vary based on security concerns.

OCE partners with the California Community College Chancellors Office to provide face-to-face college at adult prisons. Institutions are continuing to support college classes as much as feasible so students have the opportunity to finish the semester. College coordinators and teachers are

assisting with distributing materials and proctoring final exams. The goal of OCE and CDCR is to continue to support college classes as our response to COVID-19 evolves.

As usual, milestones will be awarded at the completion of a course and after successfully passing a final assessment.

During modified programming, legal library services will be available via the "paging" system, in which forms, copies, etc. are requested by inmates with Priority Legal User status and delivered to housing units via institutional mail. Recreational reading books are available for checkout using institutional mail.

For those in our incarcerated population who need supplementary academic support, CDCR has encouraged Disability Placement Program, Developmental Disability Program, and Every Student Succeeds Act staff to coordinate with the institution instructor to provide additional assistance to enrolled students where possible.

Standardized testing has stopped until further notice, although we are encouraging education staff to continue to engage their students as much as possible to stay focused on their rehabilitation and positive programming during this time.

**Religious programs**

CDCR recognizes the importance of religion in the daily life and spiritual growth of incarcerated people. Religious services will be provided as in-cell services as an alternative. Chaplains will conduct individual religious counseling as appropriate while maintaining social distancing, and CDCR is working to provide televised religious services to the population.

**Health care services**

The health and safety of our population is of critical importance to CDCR and CCHCS. While our agency is working together to prepare for and respond to COVID-19, we will continue to provide urgent health care services. To reduce risks to both patients and staff, inmate movement will be minimized. In addition, some specialty and routine care may be delayed as a result of both internal redirections and external closures. All cancelled appointments will be rescheduled as soon as safely possible. Health care staff will continue to see and treat patients through the 7362 process and those with flu-like symptoms will be tested for COVID-19 as appropriate.

CCHCS has issued COVID-19: Interim Guidance for Health Care and Public Health Providers. This document provides clinical guidelines related to testing, quarantine and isolation housing, and treatment to health care providers in response to COVID-19 cases in the California prison system. View guidelines distributed to institution staff on March 20, 2020. (https://www.cdcr.ca.gov/covid19/wp-content/uploads/sites/197/2020/03/R_CCHCS-COVID-19-Interim-Guidance-3.19.2020.pdf?label=COVID-19:%20Interim%20Guidance%20for%20Health%20Care%20and%20Public%20Health%20Providers%20&from=https://www.cdcr.ca.gov/covid19/memos/)

CDCR and CCHCS have launched an internal patient registry to assist institutions in monitoring patients with suspected or confirmed COVID-19. The COVID-19 Registry also tracks all individuals by risk.  The registry is updated twice daily and draws from multiple data sources, including the electronic health record system, claims data, and the Strategic Offender Management System to compile risk factor data.  This registry also includes release date information for each individual, in the event that individuals are to be considered for early release during the pandemic. This tool is not publically available as it contains personal health care information protected by medical privacy laws.

**Dental care**

The California Dental Association recommends that all non-urgent dental care be suspended for the next 14 days. Effective immediately and until further notice, dental treatment shall be limited to Dental Priority Classification (DPC) 1 conditions (urgent care). For more information on what qualifies as urgent care, view HCDOM 3.3.5.4 (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fcchcs.ca.gov%2Fwp-content%2Fuploads%2Fsites%2F60%2FHC%2FHCDOM-ch03-art3.5.4.pdf&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C1%7C637207840984544076&sdata=32JMHUCxD1BMpHxflLgoCWd9lkcCakt9D9QfSGWqPFg%3D&reserved=0).

**Specialty care appointments**

In order to reduce risks to patients and staff, all non-urgent offsite specialty appointments will be re-scheduled to a later time. Telemedicine appointments will continue at this time.

**Board of Parole Hearings/Parole suitability hearings**

The California Board of Parole Hearings (BPH) held 116 parole suitability hearings by video and telephone conference between April 1-10. BPH anticipates moving forward with all scheduled hearings through video conference beginning Monday, April 13, consistent with Governor Gavin Newsom's March 24 Executive Order (https://www.gov.ca.gov/2020/03/24/governor-newsom-issues-executive-order-on-state-prisons-and-juvenile-facilities-in-response-to-the-covid-19-outbreak/)

A breakdown of the hearing outcomes for the hearings between April 1-10 is below:

- 32 grants
- 42 denials
- 8 stipulations
- 8 waived
- 25 postponed
- 1 continued

Below is comparison of grants as a percentage of hearings held by videoconference versus hearings held in 2019:

- Grants as a percentage of hearings held by video: 43%
- Grants as a percentage of hearings held in 2019: 34%
- Denials as a percentage of hearings held by video: 57%
- Denials as a percentage of hearings held in 2019: 66%

Board of Juvenile Hearings proceedings will take place as scheduled via video conference only. Go to the Board website for more information. https://www.cdcr.ca.gov/juvenile-justice/juvenile-parole-board/ (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.cdcr.ca.gov%2Fjuvenile-justice%2Fjuvenile-parole-board%2F&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C0%7C637207840984554073&sdata=i%2FP%2F76ZpNHbLKipVcF4iFzbJi7mkldzbFlkQsk3rP3k%3D&reserved=0)

**Division of Adult Parole Operations**

The Division of Adult Parole Operations (DAPO) is committed to the safety of the community, staff, and those in its care. Given the increased risk associated with the use of mass/public transportation and those under parole supervision deemed a high-risk population (older adults and those with

known serious chronic medical conditions), DAPO will make some operational changes to support both staff and the individuals under their care and supervision, including suspending lobby traffic except for initial parole interviews and emergencies, and suspending office visits for those age 65 and older and/or with chronic medical conditions.

All parolees' conditions of parole remain in place, with the exception of the items listed above. DAPO administrators and supervisors will assess all measures being implemented and adjust, modify, or waive required specifications as appropriate. Any questions parolees may have related to COVID-19 prevention efforts should be directed to their Parole Agent. Learn more here (https://gcc01.safelinks.protection.outlook.com/? url=https%3A%2F%2Fwww.cdcr.ca.gov%2Fcovid19%2Fdivision-of-adult-parole-operations%2F&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d1 27c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C0%7C637207840984554073&sdata=oK cA3WPjx9T3e8uMvYuzuiXyJEiAi%2BW7VevmFtxaCPQ%3D&reserved=0).

**Modified Community Correctional Facilities and Community Reentry Programs**

CDCR's in-state contract facilities are conducting verbal screenings of staff and participants who enter the facilities. Those attempting to enter one of these facilities are required to verbally respond if they currently have symptoms of a respiratory illness.

Visiting has also been halted at these facilities until further notice.

CDCR is committed to continuing education programs and limiting the impact our COVID-19 response has on positive rehabilitative programming for our Community Reentry Programs. Rehabilitative programs at the reentry facilities will continue with modifications made to class sizes to encourage social distancing, with some potential program closures.

At this time, participants are generally restricted from leaving the facilities outside of mandated legal reasons, urgent medical needs, if they are employed in the community, or for critical reentry services related to those within 30-45 days of release.

Participants age 65 or older are only eligible for passes to go out in the community for emergency situations only.

Visiting has been canceled at the Community Prisoner Mother Program (CPMP) in line with recommendations from public health officials and the cessation of visiting at CDCR locations statewide. This includes scheduled off-site visits for children residing at CPMP with their mothers. Family members may continue to drop approved items such as diapers, wipes, baby food and baby snacks (for children under 1), during normal visiting hours even during closure. CPMP staff are diligently working to ensure the mothers' and children's needs are met and supplies are readily available with a surplus where needed. They are working closely with community healthcare providers and medical staff at nearby California Institution for Women to keep all required appointments for mothers and children.

**Division of Juvenile Justice**

CDCR's Division of Juvenile Justice (DJJ) will begin virtual visitation at all four of its facilities effective April 11. Video visiting appointments are requested by approved visitors for DJJ youth via a dedicated email address and scheduled in 30-minute blocks during regular weekend visitation hours. The visitation takes place on laptop computers placed on tables in standard visiting areas to give youth privacy and assure social distancing is taking place. Appointment requests (https://www.cdcr.ca.gov/juvenile-justice/visiting-your-loved-one-with-skype-for-business/) are screened by staff to make sure that only approved visitors are utilizing the service. A successful trial of the program was implemented on March 27 at Pine Grove Youth Conservation Camp in Amador

County. A press release announcing the launch of the new program is available here (https://www.cdcr.ca.gov/news/2020/04/07/california-division-of-juvenile-justice-implements-virtual-visiting/).

Directions will be posted around the DJJ facilities so that youth can share the information with their support system.

Effective March 18, no volunteers are allowed to enter DJJ until further notice. All volunteer programs are postponed. When entering, all staff, volunteers and visitors will be given the same health screenings in place at other state institutions, including temperature checks.

The California Education Authority is continuing high school classes for youth in DJJ. As of April 7, all education provided will be via distance learning.

We also encourage letter writing as a way to stay in touch and are increasing the number of postage stamps available to youth.

On April 14, Governor Newsom signed an Executive Order (https://www.gov.ca.gov/2020/04/14/governor-newsom-signs-executive-order-on-division-of-juvenile-justice-discharge-and-reentry-process/) addressing the release and reentry process at the Division of Juvenile Justice (DJJ) so that youth may be discharged safely and quickly. The executive order calls for all discharge and reentry hearings to be held via videoconference to minimize the youth's and other participants' exposure to COVID-19. Additionally, notification given to county probation departments, the court in the county of commitment, and the youth's legal counsel will be shortened from 60 days to 30 days before holding a discharge consideration hearing held by the Board of Juvenile Hearings (BJH). The order also allows for reentry consideration hearings—normally held in the county court—to take place at the DJJ facility where the youth are housed. This new timeframe does not impact victim notification, as they already receive a 30-day notice. Victims and victim representatives will be able to participate in the videoconference hearings.

Go to the Board website for more information: https://www.cdcr.ca.gov/juvenile-justice/juvenile-parole-board/ (https://www.cdcr.ca.gov/juvenile-justice/juvenile-parole-board/)

For the latest on steps DJJ is taking to protect youth from COVID-19, visit the DJJ webpage here (https://www.cdcr.ca.gov/juvenile-justice/).

**Construction projects**

On March 20, 2020, CDCR suspended large-scale construction projects located within the secure perimeter of CDCR facilities. Limited construction activities are continuing as necessary to make work areas safe and protect construction areas from deterioration during the suspension. While the construction industry overall has been identified as an essential business/service under Executive Order E-33-20, the interest of CDCR as a construction owner is unique. Construction occurring at facilities under CDCR jurisdiction impacts the health and safety of thousands of employees and persons incarcerated in youth and adult institutions. The action to suspend large-scale construction projects was consistent with earlier preventive actions, such as the cancellation of visiting and volunteer entries statewide, and seeks to reduce and minimize the number of non-CDCR employees that enter CDCR institutions on a daily basis. These decisions are not made lightly, and are taken with the safety of all who work in, live in, and visit our facilities in mind.

**Peace officer hiring and academies**

Written peace officer exams and physical fitness testing is suspended through April 2020.  The written exam will be offered on line in early May 2020 to allow candidates the opportunity to complete this selection component. The health and safety of our staff, cadets, and candidates

continues to be a top priority. CDCR is taking all the available precautions to ensure a safe and healthy environment.

The Basic Correctional Officer Academy (BCOA) that was scheduled for March 24, 2020 is postponed until May 5, 2020.  Candidates scheduled for this Academy will be notified in advance if this date is extended.  CDCR is continuing to hire during this pandemic, please visit our website at joincdcr.com for more information on peace officer opportunities.

**California Prison Industry Authority production**

CALPIA is producing two types of hand sanitizer: *Cleanse,* which contains alcohol, and *Cleanse – AF* (Alcohol Free) which contains the active ingredient Benzalkonium Chloride. The alcohol-based hand sanitizer will be used in the sanitizer dispenser stations being directed into housing units, dining halls, work change areas, and other areas where sinks and soap are not immediately available. The non-alcohol based product is being produced for future needs.

The hand sanitizer is being made available to CDCR and CCHCS facilities and locations.  If CALPIA's inventory exceeds the needs of those two departments, CALPIA will make the product available to other state agencies.

CALPIA worked with the California Department of Public Health and within two weeks was able to acquire the necessary licensing for relabeling, repackaging, and mixing.

The hand sanitizer is being produced at CALPIA's Chemical Enterprise located at the California State Prison, Los Angeles County.

CALPIA is producing reusable cloth barrier masks to meet some of the supply needs of staff and inmates. The masks are being produced at CALPIA's Fabric enterprises at the California Institution for Women, Mule Creek State Prison, California Men's Colony, Sierra Conservation Center, Correctional Training Facility, California Correctional Institution, and Centinela State Prison. CALPIA is now making 20,000 masks a day which are being distributed to all institutions for both staff and inmate use. All institutions will increase laundry services in order to accommodate proper washing and drying of barrier masks.

CALPIA will continue only critical operations necessary to support the effort to address COVID-19. These operations include the Healthcare Facilities Maintenance program, which will be increasing work hours and days to seven days a week in order to provide increased frequency of cleaning and sanitation, as well as Laundry services, which will be increased to seven days a week. Other critical operations include food and beverage packaging and the production of hand sanitizer at California State Prison, Los Angeles County.

**Population communication**

CDCR Secretary Ralph Diaz will be releasing regular video message updates directly to the incarcerated population. You can see the latest message from March 25 here (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fvimeo.com%2F400758862%2F824c4cf567&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C1%7C637207840984564065&sdata=rGtZkMRcnQN1Y5CBJdpiW27scQ3MLaG3NKEzNHib0PA%3D&reserved=0) and the April 7 message here (https://vimeo.com/406039076/494621ead9).

Receiver Clark Kelso recorded a video message for the incarcerated population here (https://vimeo.com/403044512/ba191da0a3).

Wardens, captains, public information officers, and other institution executives have been instructed to meet with their respective Inmate Advisory Councils either individually or in small groups where

social distancing can be maintained. This is to encourage an open line of communication between the incarcerated population and the institution leaders in charge of their care in order to quickly and efficiently meet their needs.

To keep members of our population informed, we have created and distributed fact sheets and posters in both English and Spanish that provide education on COVID-19 and precautions recommended by CDC, which expand upon those advised during cold and flu season. We have also begun streaming CDC educational videos on the CDCR Division of Rehabilitative Programs inmate television network and the CCHCS inmate health care television network. Learn more here (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.cdcr.ca.gov%2Fcovid19%2Fpopulation-communications%2F&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C0%7C637207840984564065&sdata=LQUKzZExIzF0YcnEHrTdezSZLSUkAA%2FulwfKSVIIDYI%3D&reserved=0).

Additionally, we are providing regular department updates regarding COVID-19 response to the Statewide Inmate Family Council and all institutional Inmate Family Councils who serve the family and friends of the incarcerated population to ensure they are aware of the steps the department is taking to protect their loved ones housed in our institutions.

**Communication and guidance to staff**

Governor Gavin Newsom has announced the Non-Congregate Sheltering for California Health Care Workers Program (https://www.gov.ca.gov/2020/04/09/governor-newsom-announces-new-program-to-provide-front-line-health-care-workers-with-hotel-rooms/), which assists health care workers with hotel accommodations to allow for self-isolation or quarantine to help keep workers' families safe. Some CDCR/CCHCS staff may be eligible for this program, which is administered by the California Department of General Services and CalTravelStore statewide. The program will prioritize health care workers who come in contact with or are suspected of having direct contact with COVID-19 patients, or who test positive for COVID-19 but do not require hospitalization. Health care workers who believe they are eligible based on self-certification questions outlined in this memo (https://www.cdcr.ca.gov/covid19/wp-content/uploads/sites/197/2020/04/R_Healthcare-Worker-Hotel-Program-Memo-4-11-2020-004.pdf), and who need accommodations, should visit the CalTravelStore website (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.travelstore.com%2Fsites%2Fdefault%2Ffiles%2Fcal_oes_hotels_for_hc_workers_04092020.pdf&data=02%7C01%7Ckristina.khokhobashvili%40cdcr.ca.gov%7C372c3d1aeeed4c46326f08d7dffb01c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C1%7C637224141469259566&sdata=yJTeUKPmxnfGkT7ic2vzQR%2B1QDAh2dNJK7GyOAslCyQ%3D&reserved=0) or call (877) 454-8785.

CDCR Secretary Ralph Diaz will be releasing regular video message updates directly to CDCR staff. You can see the latest message from March 25 here (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fvimeo.com%2F400756098%2F8d895b053b&data=02%7C01%7CDana.Simas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62aa0d9c%7C0%7C1%7C637207840984574058&sdata=YiKdJAZUjC0D8l8k8dzGDVtRisPci%2B8QocgA8OCfLKs%3D&reserved=0) and the April 9 message here (https://www.cdcr.ca.gov/insidecdcr/2020/04/09/message-to-all-cdcr-cchcs-staff-from-secretary-ralph-diaz/).

Federal Receiver J. Clark Kelso released a video message (https://www.cdcr.ca.gov/insidecdcr/2020/03/31/message-to-all-cdcr-cchcs-staff-from-receiver-j-clark-kelso/) to all CCHCS and CCHCS staff.

Only in-service training (IST) for range, weapons, and chemical agents qualifications and training shall continue as long as social distancing can be achieved. All other IST has been postponed until July.

We have worked continuously to keep staff informed of the evolving situation, including creating internal and external webpages (https://www.cdcr.ca.gov/covid19/information/) with health-related information from CDC and California Department of Public Health on how they can protect themselves against COVID-19. We have also provided staff with California Department of Human Resources (CalHR) updates on personnel and work-related questions specific to the COVID-19 issue.

CDCR and CCHCS care for the health and wellness of its workforce and have been working to accommodate those who have been impacted by this evolving situation. We will continue to work diligently with CalHR and labor organizations on how we can best keep our workforce protected and provide for the safety and security of our institutions.

For more employee resources related to COVID-19, see our webpage here: https://www.cdcr.ca.gov/covid19/information/ (https://gcc01.safelinks.protection.outlook.com/? url=https%3A%2F%2Fwww.cdcr.ca.gov%2Fcovid19%2Finformation%2F&data=02%7C01%7CDana.Si mas%40cdcr.ca.gov%7Cb289a7c86e924c100f6708d7d127c0c3%7C0662477dfa0c4556a8f5c3bc62 aa0d9c%7C0%7C0%7C637207840984574058&sdata=CtPoh6zi3sKjB5BJ8ZhWCIZZRWfvC8B9zqL% 2Ffr6ZmMQ%3D&reserved=0).