April 1 2020
via U.S. Postal

Shikeb Saddozai AY1540
Corcoran State Prison
P.O. Box 3461
Corcoran California 93212

FILED
APR 09 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Beth Labson Freeman
280 South First St Rm-2112
San Jose California, 95113-3095

Re: SADDOZAI v. CLAWSON et al, Case No. 18-05558
    SADDOZAI v. SPENCER, et al, Case No. 18-04511

Dear Honorable Beth Labson Freeman:

    I Shikeb Saddozai, am the plaintiff/petitioner in the above referenced case and I am writing to alert the court that prison officials within plaintiffs custody at Corcoran State Prison have errected barriers and deliberately interfered with plaintiff's access to the courts by denying plaintiff physical access to prison law library and resources needed to photo-copy original pleading and exhibits, obtain legal manila envelopes, and conduct legal research to prosecute and respond to the court and defendants in plaintiffs cases including isolating plaintiff in cell quarters exceeding 24hour confinement from March 16- to April 1, 2020, without reason or hearing while assaulting and committing theft against plaintiff's property out of retaliation to plaintiffs civil cause of actions

Plaintiff requests that the courts intervene on plaintiff's behalf and order Corcoran State Prison authorities and or litigation coordinator to allow plaintiff access to prison law library so that plaintiff can respond to defendant's and courts actions.

Sincerely

Shikeb Saddozai



CORCORAN STATE PRISON
3B01-3-B-YARD, LAW LIBRARY

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: 3-B-YARD(CSP)LAW-LIBRARY:

I have active Court, litigations, cases, and Appeal Deadlines, requiring immediate physical access to law library to photo-copy legal-confidential documents, conduct legal research on electronic data base, utilize-legal enevelopes draft paper & resources necessary to prosecute legal actions ordered by Courts☆ PLEASE PROVIDE APPOINTMENT TIME. Dated: March-31, 2020.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-3-B-YARD, LAW LIBRARY           DATE MAILED: 03/31/20
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| J. ALCANTAR | 3-31-2020 | [signature] | NO |
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
| CSP-3-B-YARD: LAW LIBRARY | March-31, 2020 | | BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

CORCORAN STATE PRISON

STATE OF CALIFORNIA  
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**  
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| CSP-3B01-227L | | | PROPERTY RETURN |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:(CSP)CHIEF/ASSOCIATE/WARDEN-E.PARKS-
On March 15, 2020, correctional officer's: T.Wolfe, M.Kairis, Aguilar, stole my property from my cell-(237L-3A04), without reason, notice, & taken outside my presence, while having me naked in the shower in the presence of others & acting under your authority. I did not sign, acknowledge, agree to donate or provided options to send property home, & no inventory receipt was provided. I can substantiate ownership of my property via receipts. Please NOTIFY-Warden, & Rectify.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☒ SENT THROUGH MAIL: ADDRESSED TO: CSP-CHIEF ASSOCIATE WARDEN-E.Parks    DATE MAILED: 03/31/2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON **BY US MAIL** |
| CSP-CHIEF/ASSOCIATE/WARDEN-E.PARKS | MARCH 31, 2020 | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

CORCORAN STATE PRISON

NAME Shikeb Saddozai
CDCR NUMBER AY1590
HOUSING 3B01
PO BOX 3461
CORCORAN, CA 93212

RECEIVED
APR 9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CORCORAN STATE PRISON

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 93212 $ 000.50⁰
02 1W
0001386349 APR 02 2020

Legal Confidential Mail

Po Sec

To Honorable Beth Labson Freeman
280 South First St., Rm-2112
San Jose, California, 95113-3095

STATE PRISON GENERATED MAIL

INDIGENT

4/6/20

CALIFORNIA STATE PRISON CORCORAN
P.O. Box 8800
Corcoran, California 93212

4/7/2020