# EXHIBIT A

**TO DEFENDANT'S NOTICE OF ASSISTED FILING AND RESPONSE**

April 26, 2020
Via U.S. Postal

Shikeb Saddozai - CDCR# AY1590
California State Prison - Corcoran
P.O. Box 3461
Corcoran California [93212]

| | |
|---|---|
| Allison M. Low | Honorable Judge |
| Dep. Atty. Gen. | Beth Labson Freeman |
| 455 Golden Gate Ave | 280 South First St., Rm-2112 |
| Ste# 11000 | San Jose California |
| San Francisco C.A. [94102] | [95113] |

Re: SADDOZAI v. DAVIS, Case No. 18-05558(BLF)
     U.S.D.C., Northern Dist. Court

To: Honorable Judge Beth Labson Freeman and
    Counsel for Defendant Allison M. Low

Defendant Counsel's Exhibit. B, Memorandum on the 12th point below of the front cover page information states in part " Law library P.L.U. or paging option while maintaining social distancing in library" reveals that prison facility can provide plaintiff access to facility law library in order for plaintiff to initiate, maintain, and respond to court actions, appeals, litigation activities and deadlines etc., however these services, access, and resources etc., are repeatedly denied to

April 26, 2020, contrary to policy within California Code of Regulations, (CCR) Title 15 Section(s): 3162. and 3138.(h)(1), out of retaliation to punish plaintiff for using and initiating inmate prisoner complaint process for denial of said resources garanteed to prisoner's.

Please see attachments ~~supporting plaintiff's due dilligent efforts~~ unsuccessfully met. Furthermore plaintiff has in his possession final exhaustion evidence of original inmate CDCR-602 Appeal/Grievance # SQ-A-18-02997 filed, against correctional officer Clawson, to counter oppose and settle dispute that plaintiff did in fact satisfy exhaustion of administrative remedies, but due to prison officials blocking plaintiff's access to the Courts, plaintiff cannot submit evidence and pleadings with evidence.

Plaintiff asks that defendant Counsel representing the Department of Justice to forward this letter to Honorable Judge Beth Labson Freeman and to assist plaintiff as promised in prior correspondence to order prison officials to provide plaintiff access to law library ASAP and cease and desist their retaliation, harassment and threats.

Sincerely

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Shinobi (?) | Mitch (?) | [illegible] | [illegible] |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| [illegible] | | | [illegible] |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: [illegible handwritten text, largely unreadable]

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: _____ DATE MAILED: _____
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY (PRINT STAFF NAME): | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   (BY US MAIL) |
|---|---|---|
| [illegible] | [illegible] | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

_____
_____
_____
_____
_____
_____

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

_____
_____
_____
_____

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

_____
_____
_____
_____

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| [illegible] | | | [illegible] |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: [text largely illegible — references CDCR appeal/grievance, California Code of Regulations, assistance, library access/law library access over 5 days]

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: [illegible] DATE MAILED: [illegible]
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|
| [illegible] | [illegible] | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original – Return to Inmate/Parolee; Canary – Inmate/Parolee's 2nd Copy; Pink – Staff Members Copy; Goldenrod – Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA  DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Candoza Shiloh | [illegible] | [signature] |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: [handwritten text largely illegible, references to Law Librarian, law library, Principal, CCR 15 §3162(a)(1), please assist.]

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☒ SENT THROUGH MAIL: ADDRESSED TO: _____   DATE MAILED: _____
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME | DATE | SIGNATURE | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| [illegible] N. Yun | Apr 21 2020 | [signature] | |
| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) Saddozai | (FIRST NAME) Shikeb | CDC NUMBER: AY1590 | SIGNATURE: ShikebSaddozai |
|---|---|---|---|
| HOUSING/BED NUMBER: CSPC-3B01-227 | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): DENIAL OF STATE ISSUED INDIGENT ENVELOPES |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:WARDEN-Kent Clark,CSPC-Prison:

On March-26,to present date:April-19,2020,I have not received my state issued indigent envelopes,with writin paper & pen fillers,pursuant to policy.CCR 15 § 3138.On April-13,17,2020,housing-unit(3B01),officers-O.Huerta,& Y.Yang, refused signing my inmate request to prevent me from documenting & alerting prison-Admin,& stole & kept my inmate request out of malice to prevent me from complaining nor provided issuance of indigent envelopes on both missed months.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☒ SENT THROUGH MAIL: ADDRESSED TO: CSPC-WARDEN-Kent Clark-CORCORAN   DATE MAILED: 04/19/20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CSPC-WARDEN-KENT CLARK | | DATE DELIVERED/MAILED: APRIL-19,2020 | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  **BY US MAIL** |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ______ TO ______ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| [illegible] | | | [illegible] LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: [illegible]

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) ****NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED ****

☐ SENT THROUGH MAIL: ADDRESSED TO: [illegible] DATE MAILED: [illegible]

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| [illegible] | [illegible] | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**  
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: THIRD NOTICE- 3-B-YARD(CSP)Law Library; Please provide me physical access to law library due to active Court, litigations, cases, and Appeal deadlines, requiring photo-copying of legal-confidential pleadings, legal manila envelopes, draft paper, and legal research, needed inorder to prosecute court actions. Dated: April 1, 2020.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**  
☒ SENT THROUGH MAIL: ADDRESSED TO: CSP-3-B-Yard:LAW LIBRARY    DATE MAILED: 04/01/20  
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. ALCANTAR | 4·1·2020 | [signature] | (CIRCLE ONE) YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-3-B-YARD-LAW LIBRARY | April 1, 2020 | (CIRCLE ONE) IN PERSON / BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.


RECEIVED
ATTORNEY GENERAL
2020 MAY -5  A 10: 53
CA DEPT OF JUSTICE
SAN FRANCISCO

**CORCORAN STATE PRISON**

NAME __Shikeb Saddozai__

CDCR NUMBER __AY1540__

HOUSING __3B01__

PO BOX __3461__

CORCORAN, CA 93212

CORCORAN STATE PRISON

ZIP 93212
02 1W
0001386349 APR 28 2020
U.S. POSTAGE >> PITNEY BOWES
$000.65

Confidential Legal Mail

**STATE PRISON GENERATED MAIL**

9410287020

To Allison M. Low
Deputy Attorney General
455 Golden Gate Ave.,
Ste - 11000
San Francisco, California
[94102724]

CALIFORNIA STATE PRISON CORCORAN
P.O. Box 8800
Corcoran, California 93212

4-27-20

INDIGENT