May 5, 2020
via U.S. postal

RECEIVED
MAY 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Shikeb Saddozai-CDCR#AY1590
California State Prison-Corcoran
P.O.Box 3461
Corcoran,California[93212]

Office of Inmate Appeals
ATTN:Appeal Coordinator
4001 King Avenue
Corcoran,California[93212]

Chief Inmate Appeals Branch
Department of Corrections
and Rehabilitation
P.O.Box 942883
Sacramento,California[94283]

CSP-C-Warden-Kent Clark
California State Prison-Corcoran
4001 King Avenue
Corcoran,California[93212]

RE: OBSTRUCTION OF INMATE APPEAL/GRIEVANCES & COURT ACCESS

This letter is a NOTICE served by Shikeb Saddozai,who is the
Appellant/Petioner,on inmate CDCR-602-Appeal/Grievances/Pleadings
that are  enclosed to be forwarded to the Office of Inmate Appeal's
to be submitted for processing.

In support of said enclosed documents appellant/petitioner has
attached twenty three(23) legal affidavit's(CDCR-22forms),to this
letter signed and authorized by departmental correctional officer's
under sworn oath,with declarations by prisoner's within appellant's
place of custody confirming appellant/petitioner,making due dilli-
gent efforts in attempting to satisfy Inmate Appeal/Grievance,and
related legal litigation deadlines that were repeatedly obstructed,
frustrated,impaired,and impeded,at all times were not within
appellant/petitioner's control and access in submitting.

Due to extraordinary circumstances,i.e.,facility lockdown,Covid-
19,Ad-Seg placement(ASU),law library services closed/canceled,staff
refusal to assist,are exceptional and reasonable grounds for delay,
rendering appellant/petitioner from meeting time constraints,and for
reasons described with supporting attached affidavits,appellant/pet-
itioner is submitting appeal/grievance,and pleadings enclosed to
seek remedy,exhaustion,and rebut arguments in opposition.

[Basis for Appellant/Petitioner's request:SEE,California Code of
Regulations,Title 15 section(s)-3084.1.(c)(e);3084.3.(a)(c)(d);
3138.(h)(1);3084.6.(a)(4)&(b)(7)&(c)(3)(4)(B);3084.7.(i)(4);3084.9;
3086.(e)(2);3160;3162;3164.;(D.O.M.)-33030.3.3]

Sincerely

Shikeb Saddozai

Enclosed: (20)CDCR-22-forms/ (3)CDCR-602-Inmate Appeals/

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date:   April 7, 2020

To:     Associate Director, Division of Adult Institutions
        Wardens

Subject:   **REVISED COVID-19 MANDATORY 14-DAY MODIFIED PROGRAM**

The California Department of Corrections and Rehabilitation's priority is to protect the health and well-being of our staff and the offender population as well as providing a safe environment. The purpose of the memorandum is to reduce staff and inmate exposure to the coronavirus (COVID-19) by increasing more restrictive measures.

Effective Wednesday, April 8, 2020, all institutions will implement a mandatory 14-day modified program. Each institution will be responsible for either creating or amending their current Program Status Report taking all of the following information into consideration:

- The entire institution will be affected, except for Restricted Housing Units, Correctional Treatment Centers, and Psychiatric Inpatient Programs, etc.
- Movement will be via escort - maintain increased social distancing unless security would dictate otherwise (i.e. Administrative Segregation Unit placement). Movement will be in such a fashion as to not mix inmates from one housing unit with another housing unit.
- Feeding – Cell feeding or one housing unit at a time, maintaining social distancing and disinfecting tables between each use
- Ducats – priority only – includes mental health groups and individual clinical contacts
- Visiting – none
- Family visiting – none
- Legal visits – urgent/emergency, via telephone or video conference where available. Board of Parole Hearings will continue with attorney contacts as required
- Workers – critical and porters
- Showers – maintain distancing and disinfect between each use
- Health care services - conduct rounds in housing units
- Medication(s) distribution – Wardens, please work with your CEO's to establish a process, recommend if cell feeding, medication line is conducted within the unit. If doing controlled feeding within the dining halls, utilize medication windows on the yard
- Law Library – PLU or paging option while maintaining social distancing in library
- Dayroom – numbers need to be reduced to allow for increased social distancing which may result in no dayroom activities if unable to maintain social distancing numbers to accommodate showers and phones

Associate Director, Division of Adult Institutions
Wardens
Page 2

- Recreation - One housing unit/dorm at a time
- Canteen is permitted — if unable to accommodate during scheduled yard time facilitate delivery method
- Packages are permitted
- Phone calls are permitted - disinfect between each use
- Religious programs shall be cell front or deliver materials to housing unit/dorm/cells
- Educational materials to be provided either cell front or to dorm
- Request for Health Care Services Forms, CDCR-Form 7362, will be distributed and picked up in the housing units by staff

During this time, I would like to see our Community Resource Managers and Education Department facilitate the delivery of increased games, program materials, reading books, or other items to the housing units. Housing unit/dorm officers and supervisors are expected to conduct additional rounds and spot checks of inmates in an effort to reduce self-harm and/or suicide attempts.

All institutions will be required to provide a copy of their Program Status Report, Part-A, to their respective Associate Director each day for this 14-day period. Institutions are expected to brief staff and inmate advisory committees on this directive as this modified program is currently only slated to be in effect for 14-days, through April 21, 2020.

During the past couple of weeks there have been some best practices coming forward that I would like to see implemented or considered such as placing markers on the ground in six foot intervals as a reminder for staff and inmates to maintain social distancing, and the placement of acrylic glass (e.g. Plexiglas) at staff entrances as a barrier between the screener and the person entering the prison.

Thank you for you continued efforts in managing this COVID-19 event. If you have any additional questions, please contact your respective Associate Director.

CONNIE GIPSON
Director
Division of Adult Institutions

cc:  Kimberly Seibel
     Patrice Davis
     Justin Penney

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date:       April 28, 2020

To:         ALL STAFF
            INMATE POPULATION

Subject:    **CALPIA INMATE CLOTH FACE BARRIER/MASK**

Due to the health risk associated with COVID-19, effective, Wednesday, April 29, 2020, all inmates/patients will receive one (1) face barrier/mask. Per California Correctional Health Care Services Memorandum, dated April 15, 2020, titled *CALPIA Cloth Face Barrier/Mask*, inmates/patients are required to wear a face barrier/mask during the following situations:

- In-cell living inmates shall use a cloth face barrier/mask covering within the institution during all activities, with the exception of inside their cell. Upon exiting the cell the face barrier/mask must be worn appropriately.
- Dorm living inmates shall use a cloth face barrier/mask covering at all times.
- There will be no exception to this requirement.

In the event an inmate misplaces or needs a mask, they are required to notify custody staff immediately. If an inmate/patient refuses to wear their face barrier/mask they will not be allowed to exit their cell. The inmate's/patient's refusal will immediately be elevated by staff to their immediate supervisor.

In order to ensure the health and safety of staff and inmate/patients the aforementioned will be adhered to until further notice. Any inmates having questions or concerns regarding this memorandum need to address the concerns with their housing unit officers.

Thank you,

KEN CLARK
Warden
California State Prison-Corcoran

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _1_ of _3_

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | **FOR STAFF USE ONLY** | | |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                                WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Assignment: | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| Saddozai, Shikeb | AY1590 | | CSPC-3B01 | S. Saddozai without prejudice | 04/18/20 |

**A.** Summarize the specific issue that you are appealing as identified in the attached CDCR 602: Appellant's are repeatedly denied law library resources, access and services within the California State Prison-Corcoran, 3-B-Yard, preventing appellant's from prosecuting legal litigation activities.

**B.** Summarize the action requested: 1) CSPC-Warden, be notified. 2) law library resources, access, & services be provided daily with staff personnel trained in the field of law. 3) A declaration that the acts and omissions violated prison policy per CCR 15, & appellant's state, & federal Const. I, VI, XIV, Amends.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| 788771 | Kim, Mac | 233 | 233 | | 4/18/20 |
| P39370 | PATON, Earlie | UNass | 3BL1-248 | Earlie Paton | 4-18-20 |
| AS5651 | Thomas Gray | Yard Crew | 3B01 137 | Thomas Gray | 4/18/2020 |
| V29950 | Salgado | NA | 3B01 249 | Salgado | 4/18-2020 |
| AR7465 | Steven Lujan | NA | 3B01 240 | Steven Lujan | 4-15-2020 |
| B003815 | Georgie Hernandez | Kitchen | EOP | Georgie Hernandez | 4-20-20 |
| G-25303 | Mike Melendez | Porter | 3B01 | | 4-20-20 |
| BB-1457 | James, Kyle | VOC | 3B/1/234 | Kyle James | 4/29/20 |
| T-64774 | TATE MELVIN | Cook | 3B01 1/246 | Tate Jones | 4/24/20 |
| | Name | Assignment | Unit/Cell # | Signature | Date |
| | Name | Assignment | Unit/Cell # | Signature | Date |
| | Name | Assignment | Unit/Cell # | Signature | Date |

STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted : _____

**E.  Second Level - Staff Use Only**                    Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes   ☐ No

This appeal has been:

☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____                    Interview Location: _____

Your appeal issue is:   ☐ Granted     ☐ Granted in Part     ☐ Denied     ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____   Title: _____   Signature: _____   Date completed : _____
                    (Print Name)

Reviewer: _____   Title: _____   Signature: _____
                    (Print Name)

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ____/____/____

**F.  If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**G.  Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)     Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
        See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ____/____/____

**H.  Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 602 (REV. 03/12)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Saddozai, Shikeb | AY1590 | CSPC-3B01/227 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

DENIAL OF LAW LIBRARY ACCESS/RESOURCES/SERVICES

**A. Explain your Issue** (If you need more space, use Section A of the CDCR 602-A): While in the cust-
ody of California State Prison-Corcoran(CSPC),assigned to 3-B-
YARD,Appellant's are repeatedly denied law library access,
resources,and services,preventing appellant's from initiating

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): 1)(CSPC)Warden be
notified. 2)Law library access,resources,and services be
provided daily,and with staff personnel trained in the field
of law. 3)A declaration that the acts and omissions

Supporting Documents: Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

CDCR-602-G

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: _Shikeb Saddozai without prejudice_ Date Submitted: 04/18/2020

S.S By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___ / ___ / ___ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side I

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Saddozai,          Shikeb | AY1590 | CSPC-3B01-227 | |

A. **Continuation of CDCR 602, Section A only (Explain your issue)**: maintaining and respond-
ing to litigation activities related to legal matters,Court
deadlines,inmate appeals,and criminal and civil actions.

Inmate/Parolee Signature: *Saddozai without prejudice*          Date Submitted:
04/18/2020

B. **Continuation of CDCR 602, Section B only (Action requested)**: violated facility policy pursuant to
California Code of Regulations(CCR),Title 15,and appellant's state and
federal U.S.Constitutional rights under the I,IV,V,VI,VIII,XIV,Amendments.

Inmate/Parolee Signature: *Saddozai without prejudice*          Date Submitted: 04/18-2020

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)
Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | **FOR STAFF USE ONLY** | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Saddozai,        Shikeb | AY1590 | CSPC-3B01-227 | |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** maintaining and respond-
ing to litigation activities related to legal matters, Court
deadlines, inmate appeals, and criminal and civil actions.

Inmate/Parolee Signature: _S. Saddozai without prejudice_     Date Submitted:
04/18/2020

**B.  Continuation of CDCR 602, Section B only (Action requested):** violated facility policy pursuant to
California Code of Regulations(CCR), Title 15, and appellant's state and
federal U.S.Constitutional rights under the I,IV,V,VI,VIII,XIV, Amendments.

Inmate/Parolee Signature: _S. Saddozai without prejudice_     Date Submitted: 04/18-2020

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

| DATE 03/27/2020 | TO 3B-YARD-LAW LIBRARY | FROM (LAST NAME) Saddozai, S | CDCR NUMBER AY1590 |
|---|---|---|---|

| HOUSING 3B0-1 (CSP) | BED NUMBER 3B01-227 | WORK ASSIGNMENT N/A | JOB NUMBER FROM ——— TO ——— |
|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) N/A | ASSIGNMENT HOURS FROM ——— TO ——— |
|---|---|

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

ATTN: Law Library - I have active court, litigations, cases, & Appeal deadlines, requiring physical access to law library to photo-copy, mail, conduct legal research needed to prosecute legal actions. Please provide appointment. (Duplicate)
CC: Warden / Clerk, USDC / DIG / OIA // - Dated - 3-27-2020

**Do NOT write below this line. If more space is required, write on back.**

| INTERVIEWED BY LIRONES | DATE 4/21/20 |
|---|---|

DISPOSITION
You have a verified court hearing 6/4/20 9am. You have PLU
Status 5/4/20 - 6/3/20. You are scheduled for library 5/5/20. Per
PSR, library access is PLU only.

Work Schedule if applicable: _____

Locked Down? ___ Yes _X_ No

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRIORITY LIBRARY USER (PLU) REQUEST AND DECLARATION

# PRIORITY LIBRARY USER (PLU) REQUEST AND DECLARATION

Date of Request: __04__ __09__ __2020__    *Date received form from Law Library (Form)*

__Shikeb Saddozai__    __AY1540__
Inmate's Full Name (Print Legibly)    CDCR #

*Schedule 5/9/20 / 0855 5/1/20*

Complete Inmate Housing Assignment Information:
__3-B-YARD - 3B01-227L - Enhanced Outpatient Program (EOP), Corcoran State Prison - P.O.Box 3461, Corcoran CA 93212__

Complete sections A through D below to describe your established court deadline and certify your eligibility for Priority Legal User (PLU) status.

**A. My established court deadline is based on** (check one and provide information):
A court imposed deadline for an active case **(ATTACH COURT DOCUMENT SHOWING THE DEADLINE)**
Specify court (e.g., Kern County Superior Court): __United States District Court Northern Dist. - Case Numbers -__
Specify case number: __18-05558 / 18-04047 / 18-04511 / 18-07337 / also for Eastern Dist. Case No.__
OR                                                                      __1:20-cv-00358 - JLT__
A statutory deadline.
Identify the statute or court rule that compels the deadline: _____    *Above are active cases on docket requiring immediate response - look up court record -*

**B. My deadline pertains to** (an) (check one and provide information if needed):

☒ Writ of habeas corpus                    ☒ State or Federal action concerning prison conditions
☒ Appeal of criminal conviction            ☐ Petition for certiorari concerning criminal conviction
☒ Other legal action, specify: __Inmate Appeal - CSPC-2A-20-0111 / 1SP-1-19-01324__

**C. The day of my established court deadline is** ____ ____ ____    *Above cases are active requiring immediate response*
                                                (MM)  (DD)  (YY)

**D. Inmate's self certification of eligibility.** (Check all that apply. Sign and date below)
☐ I am not represented by an attorney.                    *USDC CAND 18-4047 Hearing 6/4/20*
☒ I am working on, and will only work on, my individual case.    *18-4511 - Same 9am*
                                                          *18-7337 Notice of Appeal filed 4/10/20*
I certify that all of the above information is true and correct. I understand that my application for PLU status, or the granting of my PLU status, will be revoked for falsifying information on this request; and that I will be guilty of an administrative rule violation.

*Without prejudice*
__Saddozai@__        __AY1540__        __04__ __09__ __2020__    *received and sent*
Inmate's Signature         CDCR #              Date

_____

CDCR Staff Use Only
PLU status is GRANTED
Priority Legal User (PLU) status begins on     __5__ __4__ __20__
Priority Legal User (PLU) status ends on       __6__ __3__ __20__
PLU status is DENIED for the following reason(s):
__USDC CAND 18-05558 - You have filed a motion for extension of time, but the court__
__has not yet granted an extension. Deadline was 4/10/20. Deadline has passed.__
Reviewing Staff Certification *extension*
I have reviewed this request and before granting this request I have verified that the requesting inmate has a valid court deadline that has been established by a Court, Statute, or Rules of Court.

__L. REYES__        [signature]        __4__ __13__ __20__
Reviewing Staff Name (Print)  Staff Signature              Date

If you request PLU status and are approved, you will be ducted/called in to the library. If you do not present to the library, it will be considered a refusal. Work schedules are taken into consideration.          "Inmate Initials"

California State Prison Corcoran
Appeal Coordinator-J.Ceballos
L.Carroll/P.Williams, Cc:CSPC-Warden-K.Clark

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME: (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-3301-227L | | HOURS FROM ____ TO ____ | APPEAL ASSISTANCE REQUIRED |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:CSCPC-Appeal Coordenator(s): Pursuant to California Code Regulations(CCR)Title 15 §§ 3138.(h)(1).,3162.I require your assistance to:PHOTO-COPY ONLY ORIGINAL LEGAL DOCUMENTS/EXHIBITS, OBTAIN-LEGAL MANILA ENVELOPES/WRITING MATERIALS NEEDED TO INITIATE/MAINTAIN/RESPOND TO INMATE FIRST/SECOND/THIRD-LEVEL APPEAL/GRIEVANCES REQUIRED TO SEEK REMEDY & FINAL EXHA-USTION,DUE TO law librarian's M.Lirones,LTA-Cormier,Edu.Principle-Wortman,del-iberately blocking law library-access/services/resources-over30days.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CSPC-Appeal-Coordinators-J.Ceballos   DATE MAILED: 04, 22 2020
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J ALCANTAR | 4-22-2020 | J Alcantar | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE-DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSPC-Appeal Coordinators-J.Ceballos | April 22,2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

WARDEN:Kent Clark/URGENT

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM___ TO___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-3B01-227L | | | COURT ACCESS DENIED |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: CSPC-WARDEN-Kent Clark: Senior Law-Librarian:M.Lironas,acting under your authority,is blocking & denying my right of law library-access,resources,services,and bypassed inmate complaints sent to EDU,Principle to deny my remedies,even after confirming my active court dead-lines,from-March-16-to present date:April-21,2020,out of retaliation to punish me for initiating law library complaint-Appeal#CSPC-2-20-01111,has prevented me from prosecuting legal actions.Pursuant to(CCR 15 §3133.(h)(1).,Please assist.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: CSPC-WARDEN-Kent Clark _____ DATE MAILED: 04 / 21 / 2020

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. Alcantar / Y. Yang | 4-21-2020 | C/o Refused to sign | (CIRCLE ONE) YES NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSPC-WARDEN-Kent Clark/URGENT | APRIL-21,2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Senior Librarian-M.Lirones
Education,Sup,Vortman

STATE OF CALIFORNIA                                           DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai    Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:CSPC-Senior Librarian:M.Lirones- I am denied law library-access/resources/services-from,March-16,to present-April-20,2020,can be verified on(SOMS).My inmate requests furnishing Court Case Nos.,and relating active legal litigations,deadlines,& appeals warrant-ing-P.L.U.or alternative-G.L.U.,access are ignored/unresolved,out of retal-iation to my law library complaint-Appeal#CSPC-2-20-01111.Please provide me 42 U.S.C. §1983 civil complaint form for Eastern,Dist.for issues described .

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSPC-Senior Librarian-M.Lirones       DATE MAILED: 04 /20/ 2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| V.Nex | 4/20/2020 | | (CIRCLE ONE) YES / NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSPC-Senior Librarian-M.Lirones | April-20,2020 | (CIRCLE ONE) IN PERSON / BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

3B-Yard-Facility-Captain

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME)            (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai          Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-C/3B01-227L | | HOURS FROM_____ TO_____ | PURSUANT TO CALIFORNIA CODE REGULATIONS-Title-15 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN-(NOTICE)-CSP-C/3B-YARD-Facility-Captain:
For Policy-CCR 15 §§3138,(a)(1),Please assist in:(1)COPY SERVICE OF LEGAL DOCS./
APPEALS/PLEADINGS.(2)OBTAIN LEGAL-MANILA-ENVELOPES/U-SAVENS/WRITING-PAPER &
MATERIALS/INDIGENT-ENVELOPES MISSED & FAILED PROVIDED FOR MARCH & APRIL(§3138,)
(3)LEGAL-RESEARCH-TIME ON-K.L.L.O.S.(§3124,),etc.,SERVICES/ACCESS/RESOURCES,
denied to me from:MARCH-16-to-present:APRIL-26,2020,preventing me from-INITIATING
MAINTAINING/RESPONDING,to Court Deadlines/Litigation/Appeals,verified on(22'S).

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-C/3B-YARD-CAPTAIN-          DATE MAILED: 04/26/2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   (BY US MAIL) |
|---|---|---|
| CSP-C/3B-YARD-Facility Captain | APRIL-26,2020 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

California State Prison-Corcoran
Professional Visiting (Legal)
Martinez

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME)  (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai       Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER:  ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|
| CSP-C/3B01-227L | HOURS FROM_____ TO_____ | CLASSIFICATION/CASE FACTOR |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:(NOTICE)EOP-Correctional Counselor-I:
MARTINEZ- Please provide me interview to adress my concerns and issues.
This is my THIRD-NOTICE unresponded/unresolved. (2)I have active Court
Deadlines/Litigations & Appeals that I need to prosecute,and I am denied
Law library-SERVICES/ACCESS/RESOURCES,from MARCH-16-to-present date:APRIL-
23,2020,preventing me from-initiating/maintaining/responding to all legal
litigation activities.Pursuant to policy-CCR 15 §3160.(a)(1),please assist me.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CSP-C-3B-Yard/EOP-Counselor-Martinez DATE MAILED: 04/23/2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J Armstrong | 4.27.20 | | (CIRCLE ONE)  YES    NO |

| IF FORWARDED - TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|---|
| CSP-C/3B-YARD/EOP-Counselor-Martinez | CC-1 | April-23,2020 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL-CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CDCR-Director:Connie Gipson

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) Saddozai | (FIRST NAME) Shikeb | CDC NUMBER: AY1590 | SIGNATURE: ShikebSaddozai |
|---|---|---|---|
| HOUSING/BED NUMBER: CSP-C/3B01/227L | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): LAW LIBRARY DENIAL AND DENIED COURT ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW  ATTN:NOTICE- Connie Gipson/Director-CDCR:
Law library personnel at CSP-Corcoran, upon my repeated requests, deliberately
denied me law library SERVICES/ACCESS/RESOURCES, from MARCH-16-to-present date-
May-2,2020, to prevent me from initiating/maintaining/prosecution of Court dead-
lines/legal litigations/Appeals,etc.,VERIFIED,out of retaliation to punish me
for filing inmate complaints(SEE,SOMS).Supervisory officials have corroborated
jointly conspired,failed/refused to rectify,requiring your assistance to remedy.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL  ADDRESSED TO: Director-CDCR:Connie Gipson       DATE MAILED: 05/02 2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME Officer(s)-E.Segura O.Huerta/J.Alcantar | DATE: 05/03/2020 | SIGNATURE: OFFICER'S REFUSED TO SIGN | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: Director of CDCR***Connie Gipson | DATE DELIVERED/MAILED: May 2,2020 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-C/3B01/227L | | | LAW LIBRARY DENIAL AND DENIED COURT ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: NOTICE-Ralph Diaz/CDCR-Secretary:

Law library personnel at CSP-Corcoran, upon my repeated requests, deliberately denied me law library-SERVICES/ACCESS/RESOURCES, from-MARCH-16, to present date: MAY-2, 2020, to prevent me from initiating/maintaining/prosecuting-Court deadlines, legal-litigations/Appeals, etc., VERIFIED, out of retaliation to punish me for filing Inmate complaints(SEE, SOMS), Supervisory-Officials jointly conspired, & failed/refused to rectify issues, requiring your assistance for remedy.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☒ SENT THROUGH MAIL: ADDRESSED TO: CDCR-Secretary-Ralph Diaz          DATE MAILED: 05/03/2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: Officer's | DATE: 05/03/202 | SIGNATURE: Officer's refus | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| E.Segura/O.Huerta/J.Alcantar | | to sign/will not sig | (CIRCLE ONE)    YES    NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CDCR-Secretary:Ralph Diaz | May-02, 2020 | (CIRCLE ONE)  IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

California State Prison-Corcoran
CDCR-Ombudsman-Sara Smith

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-C/3B01/227L | | HOURS FROM _____ TO _____ | LAW LIBRARY DENIA AND DENIED COURT ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: NOTICE- Sarah Smith/CDCR Ombudsman: Law library staff at CSP-Corcoran,upon my repeated requests,deliberately denied me law library-SERVICES/ACCESS/RESOURCES,from-MARCH-16,to-present date:MAY-2, 2020,to prevent me from initiating/maintaining & prosecuting Court deadlines, legal-litigations,Appeals,etc.,VERIFIED,out of retaliation to punish me for filing Inmate Complaints(SEE,SOMS).Supervisory Officials jointly conspired,& failed/refused to rectify issues,requiring your immediate assistance for remedy.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL: ADDRESSED TO: CDCR-Ombudsman/Sara Smith   DATE MAILED: 05/03 2020
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| E.SEGURA/OFFICER | 05/03/2020 | E. SEGURA REFUSED TO SIGN | (CIRCLE ONE) YES NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CDCR-Ombudsman: Sara Smith | May-02,2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

7485390

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☑    DENTAL ☐    MEDICATION REFILL ☐

| NAME Shikeb Saddozai | CDC NUMBER AY1590 | HOUSING CSPC-3301-227L |
|---|---|---|

| PATIENT SIGNATURE Shikeb Saddozai | DATE 04-20-2020 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *ATTN:  Dr. Gladstein:  Per our conversation on April-16, 2020, I still have not received access to facility law library & resources needed to initiate & maintain my Court deadlines, litigation, appeal, etc., leaving me to amass a pile of undelivered legal correspondence, which has caused me stress, anxiety, depression, etc.. Please assist me and reach out to facility captain. Thank you.*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

California State Prison-Corcoran
Warden-Kent Clark

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-3B01-227L | | | DENIED RIGHT TO APPEAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:CSPC-Warden-Kent Clark: CSPC-Appeal-Coordinator's-J.Ceballos,L.Carrol,& Staff,are repeatedly rejecting/Canceling & interfering with my right to appeal(CCR 15 §3084.1),establishing personal bias & prejudice to protect and aid staff misconduct and corruption,stemming from retaliation to punish me for initiating Civil action Complaint in U.S.D.C.East-ern,District Court-Case No.1:20-cv-00358(JLT),thus resulting in denial of remedies for issues & concerns within CSPC-custody requiring your assistance.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: CSPC-Warden-Kent Clark/Urgent _____ DATE MAILED 04 /21/ 2020

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J.Alcantar/ Y.Yang | 04-21-2020 | C/o Refused to Sign | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSPC-Warden-Kent Clark/Urgent | April-21,2020 | (CIRCLE ONE)  IN PERSON / BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

Appeals Coordinator-J.Ceballos
L.Carrol/P.Williams

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-3B01-227L | | | INMATE APPEAL OBSTRUCTION |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW ATTN: CSPC-Appeal Coordinator(s):J.Ceballos,
L.Carrol,P.Williams-As a result of your repeated failures/rejections/cancelat-
ions,& purposeful delays of my inmate appeals,has frustrated,impeded,& impaired
me from seeking available remedy and exhaustion,which stems from retaliation to
punish me for initiating Civil action against you in U.S.D.C,Eastern Dist.Case no.
1:20-cv-00358(JLT),& to aid staff misconduct/corruption.I have forwarded my in-
mate-Appeal#CSPC-2-20-00388,to Chief Inmate Appeals,due to your bias/prejudice.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: CSPC-Appeal Coordinator(s) j.Ceballos DATE MAILED: 04/21/2020
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| J. Alcantar/Y.Yang | 04-21-2020 | c/o Refused to sign | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|
| CSPc-Appeals Coordinators-J.Ceballos | April-21,2020 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

APPEAL COORDINATOR(S)
J.Ceballos;L.Carrol;P.Williams

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-3001-227 | | HOURS FROM_____ TO_____ | DENIAL OF LAW LIBRARY ACCESS AND RESOURCES |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:CSPC-APPEAL-COORDINATOR(S):J.CEBALLOS;
L.CARROL:P.WILLIAMS, But On March-16,to present date:April-17,2020,under YOUR
AUTHORITY,I am denied access to CSPC-LAW LIBRARY,& Resources,repeatedly denied
to me upon my submitted inmate requests,preventing me from initiating,& maintain-
ing my inmate appeal responses,Court Deadlines,litigation activities,etc.,
Pursuant to policy-CDCR 15 §§3138.(h)(1),& 3035.(f)(4),Please provide copy ser-
vices/legal-Manila envelopes/legal-book-check-out/etc.,& respond in 72hours.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CSPC-APPEAL COORDINATOR-J.Ceballos     DATE MAILED: 04/17/20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 4/17/2020 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSPC-APPEAL COORDINATOR(S):J.Ceballos   APRIL-17,2020 | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

3-B-Yard-Captain

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIED LAW Pro Per/LIBRARY ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: CSP-3-B-YARD-Captain;

March-15, to April-15,2020, I am denied law library access & resources upon multiple inmate submitted requests,verified on(SOMS).Please assist me in accessing law library,needed to initiate/maintain-Court deadlines/appeals/complaints on Case Nos.18-05558/18-04047/18-04511/18-07337/for U.S.District Court-Northern-Dist.,& Eastern Dist.-1:20cv00358,& can be located on(COURT-DATA-BASE).Per-CCR 15 § 3132.(h)1,I require staff assistance to copy-LEGAL-CONFIDENTIAL documents.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CSP-3-B-YARD-Captain _____  DATE MAILED: 04 / 15 / 2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| | 4.15.2020 | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |
|---|---|---|
| CSP-3B-YARD-CAPTAIN | APRIL-15,2020-------- | |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

ORIGINAL STATE PRISON
APPEAL COORDINATOR: J.Ceballos,CCII

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai, | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | HOURS FROM_____ TO_____ | DENIED LAW NOTICE/LIBRARY ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:(NOTICE) CSP-APPEAL COORDINATOR,
J.Ceballos-CCII: MARCH-16-to-APRIL-15,2020,PRESENT DATE,I am denied law library
& resources,upon my inmate submitted requests,verified on(SOMS),preventing me
from initiating,and maintaining-inmate appeal/complaints,Court actions & deadl-
ines,I require assistance to copy-original inmate appeal with-CONFIDENTIAL-LEGAL
DOCUMENTS/EXHIBITS to be attached with my inmate appeal prior to submittal for
processing,or as an alternative a (30)day extension until granted law library acces

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED ** CCR 15 §3138.(?
☐ SENT THROUGH MAIL:  ADDRESSED TO: CSP-APPEAL-COORDINATOR-J.Ceballos-CCII DATE MAILED: 04/15 2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 4/15 2020 | | (CIRCLE ONE)    YES    NO |

| IF FORWARDED – TO WHOM:   CCII | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-APPEAL COORDINATOR-J.Ceballos/ | April,15-2020 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CORRECTIONAL STATE PRISON
LITIGATION COORDINATOR

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai      Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | LAW LIBRARY DENIAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:(THIRD NOTICE)LITIGATION-COORDINATOR(CSP

On March-16, to April-13,2020, No law library access & resources has been afforded
to me verified on(SOMS),& needed to prosecute my active court deadlines/appeals/
complaints/pleadings, etc., on U.S.District Court, Northern Div. Case nos.18-05558/
18-04047/18-04511/18-07337/& Eastern Dist.-1:20-cv-00358, and can be located on
COURT DATA BASE. Please provide:copy-services of CONFIDENTIAL-LEGAL-DOCS./Plead-
ing paper/Legal-Manila-Envelopes, pursuant to(CCR)15§3138.(h)1,& §3162.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CSP-LITIGATION-COORDINATOR                DATE MAILED 04 ,13,2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| O. Huerta | 4/13/2020 | | (CIRCLE ONE)  YES    NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-LITIGATION COORDINATOR | APRIL-13,2020 | (CIRCLE ONE)  IN PERSON / BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CSP-WARDEN-KENT CLACK

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3301-227L | | | LAW LIBRARY DENIAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:CSP-Warden-Kent Clack; On March-16, to April-14,2020,No law library access,and resources has been afforded to me upon submitting multiple inmate requests,& can be verified on(SOMS).Please assist me in accessing law library,needed to initiate & maintain-Court deadlines/appeals/ complaints on Case Nos.18-05558/18-04047/18-04511/18-07327/for U.S.D.C.,North-ern-Dist.,& Eastern Dist-1:20cv00358,& can be located on COURT-DATA-BASE,I re-quire:services to copy-CONFIDENTIAL-LEGAL-Docs,conduct legal-research,etc.,

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-WARDEN-Kent Clack/Corcoran------ DATE MAILED: 04/14/2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: YANG | DATE: 4/14/2020 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CSP-WARDEN-Kent Clack/Corcoran----- | DATE DELIVERED/MAILED: April-14,2020,------ | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

LITIGATION COORDINATOR

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: (SECOND NOTICE) CSP-LITIGATION-COOR-
DINATOR: On March-26,29,31, April-1,2,3,6,7, 2020, my requests for physical
access to Facility law library & Resources are unanswered & unresolved. I have
Court deadlines, please provide me: PHOTO-COPY SERVICES to copy confidential-
legal documents, PLEADING-PAPER, LEGAL MANILA ENVELOPES, LEGAL RESEARCH TIME, etc.,
to prosecute legal actions: SEE, Case No. 18-05558/Case No. 18-04047/Case No. 18-
04511/Case No. 18-07337/ for the United States District Court, Northern-Dist. Court.
Please assist.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: CSP-LITIGATION COORDINATOR          DATE MAILED: 04/07/2020

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J ALCANTAR | 4-7-2020 | | (CIRCLE ONE) YES / NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-LITIGATION COORDINATOR | APRIL-07, 2020 | (CIRCLE ONE) IN PERSON / BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3-B01-227L | | HOURS FROM_____ TO_____ | LAW LIBRARY ACCESS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: 3-B-YARD-PROGRAM OFFICE-SERGEANT:BARIOS, On March-26,29,31,& April-1,2,3,6-2020, my requests for physical access to Fac- ility-LAW LIBRARY,& RESOURCES, needed to prosecute court deadlines, are unans- wered & unresolved. Please assist me in making photo-copies of confidential- legal documents and obtain Legal-Manila envelopes necessary to respond to my court deadlines on Case No.18-05558/Case No.18-04047/Case No.18-04511/Case No. 18-07337/for the United States District Court, Northern-Dist. (CCR 15§3138.(b)1)

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: CSP-3-B-YARD-PROGRAM OFFICE/Sgt.Bario DATE MAILED: 04/06/20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J ALCANTAR | 4/6/2020 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED - TO WHOM: (PROGRAM-OFFICE) CSP-3-B-YARD-SERGEANT:BARIOS | DATE DELIVERED/MAILED: APRIL-06,2020 | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

California State Prison Corcoran
Senior Librarian-M.Lirones
Education.Sup.Wortman

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME)         (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai          Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW **ATTN:CSPC-Senior Librarian:M.Lirones-** I
am denied law library-access/resources/services-from,March-16,to present-
April-20,2020,can be verified on(SOMS).My inmate requests furnishing Court
Case Nos.,and relating active legal litigations,deadlines,& appeals warrant-
ing-P.L.U.or alternative-G.L.U.,access are ignored/unresolved,out of retal-
iation to my law library complaint-Appeal#CSPC-2-20-01111.Please provide me
42 U.S.C. §1983 civil complaint form for Eastern,Dist.for issues described .

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSPC-Senior Librarian-M.Lirones    DATE MAILED 04 20 2020
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: Y.YANG | DATE: 4/20/2020 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|
| IF FORWARDED - TO WHOM: CSPC-Senior Librarian-M.Lirones | DATE DELIVERED/MAILED: April-20,2020 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: LIRONES | DATE: 4/29/20 | SIGNATURE: M Lirones | DATE RETURNED: 4/29/20 |
|---|---|---|---|

Per Warden's memo, library access is PLU only due to COVID-19.
You have a verified co-theney 9 am 6/4/20 in cases USDC CAND
18-4047 and 18-4511. You have PLU status 5/4/20 - 6/3/20. You
are scheduled for library 5/5/20. A legal material request form is
enclosed for your use.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Forms and materials I requested above,intentionally and repeatedly have failed/
and refused to be provided for my active cases,deadlines,litigation,appeals,etc.
which have been verified by law librarian-M.Lirones,whom is also denying my law
library-ACCESS/SERVICES/RESOURCES,etc,warranting P.L.U.access, in addition to
a ten(10)day delay to my inmate request response.

| SIGNATURE: Shikeb Saddozai | DATE SUBMITTED: March-29,2020.RECEIVED & SENT. |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CORCORAN STATE PRISON
3B01-3-B-YARD,LAW LIBRARY

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: 3-B-YARD(CSP)LAW-LIBRARY:

I have active Court,litigations,cases,and Appeal Deadlines,requiring immed-
iate physical access to law library to photo-copy legal-confidential docu-
ments,conduct legal research on electronic data base,utilize-legal enevelopes
draft paper & resources necessary to prosecute legal actions ordered by Courts.
PLEASE PROVIDE APPOINTMENT TIME.Dated: March-31,2020.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-3-B-YARD,LAW LIBRARY     DATE MAILED: 03 /31/ 20
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. ALCANTAR | 3-31-2020 | J. Alcantar | (CIRCLE ONE) YES  NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-3-B-YARD:LAW LIBRARY | March-31,2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| C. Cornier | 4/7/20 | | 4/7/20 |

Fill at and complete a PIU request and provide
documentation of a 30 day deadline.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

The following United States District Court,for the Northern Dist.,Case Nos.,can
be located on Court Data base,SEE:Case Nos.18-05558/18-04047/18-07337/18-04511,
will establish my active Court deadlines/Appeals/Litigations requiring immediate
response.Also SEE,CCR 15 §§ 3138.(h)1,& 3162.,of prison policy,No P.L.U.is required
to use prison law library.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| SHIKEB SADDOZAI | 04-09-2020-Received & Sent.------------ |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CORCORAN-STATE-PRISON-
LAW LIBRARY-3B-YARD

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSp-3B01-227L | | HOURS FROM_____ TO_____ | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: (seventh-NOTICE)-CSP-3B-Yard-LAW LIBRARY
On March-16, to April-9, 2020, no law library access and resources has been afforded
to me upon my requests, needed to prosecute my active court deadlines/appeals/
complaints/pleadings, etc., on following-U.S.D.C., Northern Dist.Court, Case Nos.
18-05558/18-04047/18-04511/18-07337/, also For Eastern Dist.Court-Case No.1:20-cv
00358-JLT. INFORMATION CAN BE LOCATED ON COURT DATA BASE.Please provide:Pleading-
paper(20), Legal-Manila-Envelopes(5), photo-copies-of CONFIDENTIAL LEGAL-DOCS.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED ** SEE-ATTACHMENT
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-3B-YARD-LAW LIBRARY          DATE MAILED: 04/09/20
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Y. YANK | 4/9/2020 | ⟩⟩⟩ | (CIRCLE ONE) (YES) NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-3B-YARD-LAW LIBRARY FACILITY | 04-09-2020 | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| L IRONS | 4/21/20 | M Irons | 4/21/20 |

Per PSR, Library access is PLU only due to COVID-19. You have a
verified court hearing 9am 6/4/20 in cases USDC CAND 18-4047
and 18-4511. You have PLU status 5/4/20 - 6/3/20. You are scheduled
for library 5/5/20. A legal material request form and legal document
copy request form are enclosed for your use. A blank PLU request
form is enclosed in case you have another deadline before 6/3/20.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15§3086.(f)(4).,YOU-FAILED/REFUSED-responding within(3)days-PAST DUE,
nor answered request for needed materials-ONLY PROVIDED BY LAW LIBRARY.2)YOU-
CONFIRMED my ACTIVE-Court cases/DEADLINE, yet continue denying me law library-
ACCESS/RESOURCES/SERVICES, for P.L.U., or alternative-G.L.U.,ALL with Evil,Malic-
ious,Sadistic,intent to aid/Protect-Staff Misconduct/Corruption,denying me remedy

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | Received & Sent:04/22/2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CORPORATE STATE PRISON

ACADEMIC VICE PRINCIPLE-
WORTMAN

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | HOURS FROM____ TO____ | DENIAL OF ACCESS LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:3-B-YARD-LAW-ACADEMIC-VICE-PRINCIPLE:
WORTMAN-On March-16,to April-9th,2020,No law library access,and resources has
been afforded to me upon my requests needed to prosecute active court cases,appeals
& litigation on the following:U.S.D.C.,Northern District Court,Case Nos.18-05558/
18-04047/18-04511/18-07337/& Eastern Dist.Case No.1:20CV00358.(SEE,Court Data-
base)Please provide:copies-for confidential-legal documents/pleading paper(blank
Legal-Manila-Envelopes/Research time on Lexis-Nexis-System.,etc.,TIME SENSATIVE

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO:CSP-3B-Yard-ACADEMIC PRINCIPLE/WORTMAN DATE MAILED:04,09,2020
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| York | 4/9/2020 | | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-ACADEMIC VICE PRINCIPLE-WORTMAN | APRIL-09,2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| L IRONES | 4/21/20 | M Irones | 4/21/20 |

Per PSR, Library access is PLU only due to COVID-19. You have a
verified court hearing 9 am 6/4/20 in cases USDC CAND 18-4047 and
18-4511. You have PLU Status 5/4/20 - 6/3/20. You are scheduled
for Library 5/5/20. A legal material request form and legal document
copy request form are enclosed for your use. A blank PLU request
form is enclosed in case you have another deadline before 6/3/20.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15§ 3086.(f)(4),YOU Failed/Refused responding within(3)daysPAST-DUE,
nor answered request for needed materials-ONLY PROVIDED BY LAW LIBRARY.2)YOU-CON-
IRMED-ACTIVE Court cases/DEADLINES,yet continue denying access/resources/services
for-P.L.U.,or even Alternative-G.L.U.,& Bypassed-Principle response,all with
malicious intent to aid/protect staff misconduct/corruption,& preventing me remedy

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | Received-&-Sent:04/22/2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ATTN:(**sixth** NOTICE)-CSP-3-B-YARD-LAW LIBRARY
On March-26,29,31,& April-1,2,3,6,of 2020,my request for physical access to
Facility law library & resources are unanswered/unresolved.I have court dead-
lines,please provide me:PHOTO-COPY SERVICE ON LEGAL-CONFIDENTIAL DOCUMENTS,
DRAFT PAPER,LEGAL-MANILA ENVELOPES,LEGAL RESEARCH TIME ON LEXIS-NEXIS,et.,
so I can prosecute legal actions;SEE,Case No.18-05558/Case No.18-04047/Case No.
18-04511/Case No.18-07337,for U.S.D.C.Northern Dist.,Please Provide-P.L.U.access

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-3-B-YARD-LAW-LIBRARY                    DATE MAILED 04 06 2020
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES / NO |
|---|---|---|---|
| J. ALCANTAR | 4.6.2020 | J. Alcantar | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|
| CSP-3-B-YARD-LAW LIBRARY | APRIL-06,2020 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| LIRENES | 4/21/20 | M.Lirenes | 4/21/20 |

Per PSR, Library access is PLU only due to COVID-19. You have a
verified court hearing on 6/4/20 in cases USDC CAND 18-4047 and
18-4511. You have PLU status 5/4/20 - 6/3/20. You are scheduled
for library 5/5/20. A legal material request form and legal Document
copy request form are enclosed for your use. A blank PLU request form is
enclosed in case you have another deadline before 6/3/20.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15§3086.(f)(4).,YOU-FAILED/REFUSED-responding within(3)days-PAST DUE,
nor answered request for needed materials-ONLY PROVIDED BY LAW LIBRARY,2)YOU-
CONFIRMED my ACTIVE -Court cases/DEADLINES,yet Continue denying me law library-
ACCESS/RESOURCES/SERVICES,for P.L.U.,or alternative-G.L.U.,All with EVIL,MALI-
CIOUS,SADISTIC,intent to aid/Protect-Staff Misconduct/Corruption,denying me remed

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | Received & Sent:04/22/2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

CORCORAN STATE PRISON
3-B-YARD EDUCATION SUPERVISOR/
PRINCIPLE

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF PAROLE/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN:(FIFTH NOTICE)-CSP-3-B-YARD:EDUCATION-
SUPERVISOR/PRINCIPLE; On March-26,29,31,& April-1,2,3,2020,I submitted mult-
iple notices alerting law-librarian,of my active Court-litigations,cases,
Appeal deadlines,etc.,requiring physical access to law-library & resources to:
photo-copy confidential legal pleadings,obtain legal-manila envelopes,draft-
paper,conduct legal research,etc.,needed to prosecute my court actions,and all
my request went unanswered,& unresolved.Please provide law library access.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL: ADDRESSED TO: CSP-3-B-Yard:EDUCATION-SUPERVISOR/Pr  DATE MAILED:04 /03/ 20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| O.Huerta | 4/3/2020 | | (CIRCLE ONE) YES   NO |

| IF FORWARDED – TO WHOM: | PRINCIPLE | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|---|
| CSP-3-B-YARD-EDUCATION SUPERVISOR | | APRIL-03-2020 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| W.RONES | 4/21/20 | W. Rones | 4/21/20 |

Per PSR, Library access is PLU only due to COVID-19. You have a
verified court hearing 9am 6/4/20 in cases USDC CAND 18-4047 and
18-4511. You have PLU status 5/4/20 - 6/3/20. You are scheduled
for library 5/5/20. A legal material request form and legal document
copy request form are enclosed for your use. A blank PLU request
form is enclosed in case you have another deadline before 6/3/20.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENTS SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15 §3086.(f)(4),you failed/refused responding within(3)days past due,
nor answered request for law library materials only provided by you.2)You confirmed
active court cases/deadlines,yet continue denying access/resources/services,for
P.L.U.,or even alternative-G.L.U.,& bypassed-chain of command response,with evil
intent to aid/protect staff misconduct preventing me from remedies.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | Received-&-Sent:04/22/2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

CORCORAN STATE PRISON
3-B-Yard LAW LIBRARY

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | HOURS FROM____ TO____ | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: **ATTN: (FOURTH NOTICE)-CSP-3-B-YARD:LAW-**
LIBRARY; On March-26,29,31, April-1,& Today's Date:APRIL 2,2020, I submitted
multiple inmate notices alerting LAW-LIBRARIAN,of my active Court-litigations,
cases,Appeal deadlines,etc.,requiring immediate physical access to facility-
law library,and resources to:photo-copy confidential-legal-pleadings,obtain
legal manila envelopes,draft paper,conduct legal research,etc.,needed to pros-
ecute court actions,& my inmate requests went unanswered,& unresolved.Please
HELP.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: **CSP-3-B-YARD-LAW LIBRARY-SUPERVISOR**   DATE MAILED:) 04/02/ 2020
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Y. YANG | 4/2/2020 | | (CIRCLE ONE) YES NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-3-B-YARD-LAW-LIBRARY SUPERVISOR | APRIL-02,2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| L. ZONES | 4/21/20 | M/Zones | 4/21/20 |

Per PSR, library access is PLU only due to COVID-19. You have a
verified Court hearing 9am 6/4/20 in cases CAND USDC 18-4047 and
18-4511. You have PLU status 5/4/20 - 6/3/20. You are scheduled
for library 5/5/20. A legal material request form and legal document
copy request form are enclosed for your use. A blank PLU request
form is enclosed in case you have another deadline before 6/3/20.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15 §3086.(f)(4),YOU-FAILED/REFUSED-responding within(3)days-PAST DUE,
nor answered request for needed materials-ONLY PROVIDED BY LAW LIBRARY.2)YOU-
CONFIRMED my ACTIVE-Court cases/DEADLINES,yet continue denying me law library-
ACCESS/RESOURCES/SERVICES,for P.L.U.,or alternative-G.L.U.,ALL with EVIL,MALI-
CIOUS,SADISTIC,intent to aid/protect-staff misconduct & Corruption,denying me rem-
edy.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | Received & Sent:04/22/2020 |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

3-B-Yard Law Library

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME)     (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai        Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: THIRD NOTICE- 3-B-YARD(CSP)Law Library;
Please provide me physical access to law library due to active Court,
litigations,cases,and Appeal deadlines,requiring photo-copying of legal-
confidential pleadings,legal manila envelopes,draft paper,and legal res-
earch,needed inorder to prosecute court actions. Dated:April 1,2020.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
X SENT THROUGH MAIL: ADDRESSED TO CSP-3-B-Yard:LAW LIBRARY                    DATE MAILED: 04 01 / 20
X DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| J.ALCANTAR | 4.1.2020 | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |
|---|---|---|
| CSP-3-B-YARD-LAW LIBRARY | April 1,2020 | |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| L.CRONES | 4/21/20 | M.Crones | 4/21/20 |

Per PSR, library access is PLU only due to COVID-19. You have a
verifies court hearing 9 am 6/4/20 in cases USDC CAND 18-4047 and
18-4511. You have PLU status 5/4/20 - 6/3/20. You are scheduled for
library 5/5/20. A legal material request form and legal document copy
request form are enclosed for your use. A blank PLU request form is
enclosed in case you have another deadline before 6/3/20.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15 §3086.(f)(4),YOU-FAILED/REFUSED-responding within(3)days-PAST DUE.,
nor answered request for needed materials-ONLY PROVIDED BY LAW LIBRARY.2)YOU-
CONFIRMED-my ACTIVE court cases/Deadlines,yet continue denying law library-
ACCESS/RESOURCES/SERVICES,for P.L.U.,or alternative-G.L.U.,ALL with evil,mali-
cious,& Sadistic intent to aid/protect-Staff Misconduct & Corruption,denying me rem-
edy.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | Received & Sent:04/22/2020 |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

3801-3-B-YARD, LAW LIBRARY

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3801-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: 3-B-YARD(CSP)LAW-LIBRARY:

I have active Court,litigations,cases,and Appeal Deadlines,requiring immed-
iate physical access to law library to photo-copy legal-confidential docu-
ments,conduct legal research on electronic data base,utilize-legal envelopes
draft paper & resources necessary to prosecute legal actions ordered by Courts&
PLEASE PROVIDE APPOINTMENT TIME.Dated: March-31,2020.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-3-B-YARD,LAW LIBRARY          DATE MAILED: 03/31/20
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| J.ALCANTAR | 3-31-2020 | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| CSP-3-B-YARD:LAW LIBRARY | March-31,2020 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

LITIGATION COORDINATOR/NOTARY SERVICES

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME: (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (i.e. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.) |
|---|---|---|---|
| CSP-3801-227L | | HOURS FROM_____ TO_____ | NOTARY SERVICES NEEDED |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN; CSP-LITIGATION COORDINATOR;D.Goree;
I,Shikeb Saddozai,on today's date;March 31,2020,require NOTARY SERVICES,
from a Notary Public or officer completing this services for the purpose of
submitting legal documents.Please acknowledge time & date. 2. Please also
assist me in accessing 3-8-Yard(CSP)facility law Library necessary inorder to
obtain resources needed to prosecute Court actions and litigations due to my
prior inmate request submittals have went ignored and unresloved.Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO CSP-LITIGATION COORDINATOR/NOTARY    DATE MAILED: 03 31 2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J.ALCANTER | 3-31-2020 | | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-LITIGATION-COORDINATOR/NOTARY | March 31, 2020 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

# Notice of liability for retaliatory actions against prisoners bringing Lawsuits, or file grievance against state employees.

Federal decisional Law is abundant regarding claims of retaliatory actions against prisoners by State Employees, and other Government officials, where the prisoners had filed or threaten to file an administrative Grievance, Staff Complaint, or Court Action against any prison or State Employee.

Employees can be held liable for injunctive actions, or Money damages and immediate interventions of the State or Federal Courts.

The Federal Court in, *Sprau v. Coughlin.(1998) 977 F.Supp.390,* *Has held that the prisoners conduct in Threatening to file a complaint against a prison staff was protected by the First Amendment's guarantee of the right to petition the Government for the redress of a grievance, Other cases concluded in the same view of the Court are, Rizzo v. Dawson.(9th Cir. 1995).778 F. 2d.527, Bradley v. Hall,(9th Cir. 1995).64 f. 3D.1276; Baker v. Zlochowan.(1990) 741 F. Supp. 436; Lawrence v. Coghlin.(1994) 862 F. Supp. 1090.*

Prisoners exercising their Constitutional rights can NOT be infracted , Retaliated or placed in Administrative Segregation, or be Transferred for doing so, *The Courts has held that any acts against an inmate/prisoner ,giving the appearance of retaliation ,may infer retaliation and would held the state employee, or any official liable for damages and injunctive relief.*

THEREFORE: This notice is an advisory against the threats of retaliation, or retaliation, or the threat to retaliate against, the inmate who is pursuing a protective practice under State and US.Constitution.

CLAIMS AND HISTORY OF THE CASE
IN VIOLATIONS OF THE UNITED STATES CONSTITUTION

TE OF CALIFORNIA
MATE/PAROLEE APPEAL
CR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*AMENDED*  Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | SQ-A-18-02997-2 | | |
| | | *FOR STAFF USE ONLY* | | |

J may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material verse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of gulations, Title 15, (CCR) Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar rs of the event that lead to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for ther guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.      WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| lame (Last, First): Saddozai  Shikeb | CDC Number: AV1590 | Unit/Cell Number: 4-A-7 | Assignment: Appeals Coordinator |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

nnecessary, excessive, use of lethal deadly force by officer

A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A): On st August 14th 2018 while assigned to 3rd tier Badger section cell 27 San Quentin State Prison after returning from evening meal awaiting my cell door to be unlocked, I was beatened and battered y four inmates (Mason Yang, Lorm, Sumisaki, and

B.  Action requested (If you need more space, use Section B of the CDCR 602-A): Actions requested are the following : The aforementioned inmates : Mason Yang, Lorm, Sumisaki, and Esquivel be criminal charged and prosecuted, I request a medical

Supporting Documents: Refer to CCR 3084.3.

☐ Yes, I have attached supporting documents.

list supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: Due to restrictions made by my confinement Correctional officers have prevented me from making copies of original documents (Incident reports) In support of my complaint.

nmate/Parolee Signature: _S. Saddozai_     Date Submitted: 10-02-2018

☐ By placing my initials in this box, I waive my right to receive an interview.

C.  First Level - Staff Use Only                    Staff – Check One:  Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: 9/26/18   Date: 9/26/18   Date: _____   Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 10-15-18     Interview Location: Alpine Section

Your appeal issue is:  ☐ Granted   ☒ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: R. Piello     Title: Sgt     Signature: _____     Date completed: 10-15-18
        (Print Name)

Reviewer: _____     Title: _____     Signature: _____
        (Print Name)

Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ___ / ___ / ___ |

SAN QUENTIN APPEALS

OCT 03 2018
NOV 02 2018

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.** **If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

I recieved First level of review response to appeal via U.S. postal on of October 28th 2018 at my current placement facility (C.C.I) Correctional Officer Sergeant R. Aiello as assigned First level reviewer failed in his duties to investigate the merits of my complaint and made multiple errors in his review process such as naming me as "x" inmate Ramos in the effective communication section. Sergeant Aiello

Inmate/Parolee Signature: _L. Laddozai_   Date Submitted: 10-29-2018

02 2018

---

**E. Second Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: _Central Services_ Title: _AW_ Date Assigned: _11/2_ Date Due: _12/14/14_

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)   Title: _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name)   Title: _____ Signature: _____

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant _____ / _____ / _____ |

---

**F.** **If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

On of November 6th 2018, I recieved a phone interview with Correctional Officer Lieutenant J. Zuniga for Second Level 602 appeal process. I was not given advance notice for interview to properly prepare, thus preventing me from presenting supporting information to assist in my complaint. Lieutenant response is incorrect for failure to investigate. Officers Clawson's determination in using force to gain compliance is inconsistent with his actions.

Inmate/Parolee Signature: _L. Laddozai_   Date Submitted: November 27th 2018

---

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant _____ / _____ / _____ |

---

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

S Q A - 18 - 02997  2

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.**   **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Saddozai  Shikeb | CDC Number: AY1540 | Unit/Cell Number: 4-A-07 | Assignment: Appeals Coordinator |
|---|---|---|---|

**A.** Continuation of CDCR 602, Section A only (Explain your issue): Equived. In attempting to protect my head and face from my attackers Correctional Officer Clawson without verbal warning or warning shots, intentionally discharged, and fired his weapon shooting me on my lower right side body towards my buttocks, while I being repeatedly assaulted, other than the intended target, Officer Clawson had in his possession chemical agents that is less likely to relate to death and or great bodily injury and deliberately failed to utilize any particular sequence of alternatives to the immediate use of deadly lethal force. My attackers physical resistance persisted and failed to be subdued or gain compliance resulting in inmate Mason Vang BG8952 whom coordinated attack to escape incident. I was forced to strip naked in the presence of non-medical professionals violating my privacy and no immediate doctors attention or medician was provided for my pain, suffering and sustained injuries consistent to todays date (October 2nd 2018) impairing me from my life activities. I recieved incident report reflecting that I am the victim in said matter however officers who became aware of my complaints of unnecessary use of force failed and refused to report submission and ensure chain of command is notified Pursuant to Title 15 § 3268(d) (a)(1). Please Note per appeals coordinator I'm rewriting appeal to meet criteria.

Inmate/Parolee Signature: S. Saddozai                Date Submitted: 10-02-2018

SAN QUENTIN, APPEALS

OCT 03 2018

NOV 0 2 2018

REC BY OOA

DEC 10 2018

**B.** Continuation of CDCR 602, Section B only (Action requested): Specialists to provide me a physical check up and provide me written report of the medical examination. I request Correctional Officer Clawson be discharged from his duties. I request that 602-602A, medical and 22 forms be readily made available on all inmate housing units and that surveillance cameras be placed on units and staff office areas. I request a declaration that the acts and omissions violated my Constitutional rights.

Inmate/Parolee Signature: S. Saddozai                Date Submitted: 10-02-2018

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** Falsely states he provided me a CDCR 602 HC Form when housing unit Alpine has no forms in stock, and has intentionally failed to replenish all CDCR forms which are not made readily available Pursuant to Title 15 § 3084.1 (e), to prevent me from initiating a complaint. Sgt. Aiello will not acknowledge officer Clawson's obvious error in using unnecessary lethal use of force when incident report reflects I am the victim nor confirm no immediate doctors attention was provided to me upon my repeated pleas for help. San Quentin State Prison staff failed in their duties for the following lack of forms required in order to grieve conditions of confinement that have adverse effect on my welfare and or provide immediate doctors attention when needed, thereby are obvious violation of U.S. Constitution rights to my First and Eighth amendments to redress my grievances and to be free against cruel and unusual punishment. No specifics were given as to what was partially granted, and Sgt. Aiello attempted to actually deter me from exercising my rights by claiming I am not allowed to request the actions requested on of Section B of my CDCR 602-A complaint nor allowed me to seek available remedies and or inform me of available remedies and completely misrepresented the operation of the CDCR - 602 appeal process to prevent me from complaining.

NOV 02 2018

Inmate/Parolee Signature: _A. Addozei_    Date Submitted: _October 28, 2018_

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** When officer Clawson fired his weapon, I was directly shot revealing is reasoning was planned and discriminatory out of retaliation to my complaints. Officer Clawson firing his weapon, evidently failed to be documented on inmate incident report, to conceal officers negligence. No immediate doctors attention was provided upon my request, to prevent me from documenting all injuries, including infliction of injuries caused by handcuffs, applied as punishment to prevent me from initiating a complaint. I was stripped naked, devoid of disciplinary, and involuntarily, in the presence of non-medical staff Correctional Officers, showing that medical personnel failed to protect doctor - patient privileges, and that medical staff minimizing my injuries, pain, suffering against my protest, resulted from Correctional Officers influence tainting medical staff judgment, a common practice within CDCR. My placement in (ASU) aknowledged by Lieutenant was a non-disciplinary - status, however failed affording me equal rights and privileges made available to all inmates, and no reason existed to withhold my property (Legal, Religious, hygiene, food) over eight days than returned 8-22-2018 destroyed and missing items out of retaliation to my complaints. I have names of multiple witnesses effected and are victims of the inhumane conditions in (ASU) as myself.

Inmate/Parolee Signature: _A. Addozei_    Date Submitted: _November 27, 2018_

E OF CALIFORNIA
ATE/PAROLEE APPEAL
R 602 (REV. 08.09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | | |
|---|---|---|
| | Institution/Parole Region: | Log #: | Category: |

SQ-A-18-02997 — _____

*FOR STAFF USE ONLY*

may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material
rse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of
ulations, Title 15, (CCR) Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar
s of the event that lead to the filing of this appeal.  If additional space is needed, *only* one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for
er guidance with the appeal process.  No reprisals will be taken for using the appeal process.

peal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

me (Last, First): **addozai , Shikeb**    CDC Number: **AY1590**   Unit/Cell Number: **2 Carson 14**   Assignment: **Appeals Coordinator**

ate briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

mate assault, Excessive Force by Correction Officer, legal

**Explain your issue** (If you need more space, use Section A of the CDCR 602-A): On August 14th 2018,

hile assigned to 3rd tier, Badger, Cell 27 San Quentin Reception, after returning from

ening meal awaiting my cell door to be unlocked, I was beaten and battered by three

nates: Loom, Sumisaki, and Esquivel. In attempting to protect my head and face

**Action requested** (If you need more space, use Section B of the CDCR 602-A): Action Requested

re the following : (1) My medical emergencies be addressed ,

) the following aforementioned inmates be disciplined and criminally

charged , (3) Correctional Officer that fired his weapon be

pporting Documents: Refer to CCR 3084.3.

☐ Yes, I have attached supporting documents.

st supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____   _____

_____   _____

☐ No, I have not attached any supporting documents. Reason : Due to restrictions made by my

nfinement Correction officers have denied me opportunity to make copies of

iginal documents ( Form GDCR-0022, Property Inventory CDCR-1083, and Incident

rt) as supporting Evidence and efforts to resolve issues

mate/Parolee Signature: X .addozai    Date Submitted: 08 - 25 - 2018

☐ **By placing my initials in this box, I waive my right to receive an interview.**

INMATE APPEALS OFFICE
CALIFORNIA STATE PRISON
SAN QUENTIN, CA 94964
AUG 2 7 2018

SEP 2 6 2018

OCT 0 3 2018

NOV 0 2 2018

---

**First Level - Staff Use Only**          Staff – Check One:  Is CDCR 602-A Attached?   ☐ Yes   ☐ No

is appeal has been:

☐ Bypassed at the First Level of Review.  Go to Section E.   Date: 8/28/18   Date: 9/16/18   Date: _____   Date: _____

☐ Rejected (See attached letter for instruction)  Date: _____

☐ Cancelled (See attached letter)  Date: _____

☐ Accepted at the First Level of Review.

Assigned to: _C 5_    Title: _AW_    Date Assigned: 10/10    Date Due: 11/20/18

st Level Responder: Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 10·15·18    Interview Location: Alpine Office

ur appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

*See attached letter. If dissatisfied with First Level response, complete Section D.

terviewer: R. Aiello    Title: Sgt.    Signature: _____    Date completed: 10·15·18

          (Print Name)

viewer: T. Allen    Title: AW    Signature: _____

          (Print Name)

te received by AC OCT 2 2 2018

| AC Use Only |
|---|
| Date mailed/delivered to appellant _____ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted : _____

---

**E.  Second Level - Staff Use Only**      Staff – Check One:  Is CDCR 602-A Attached? ☒ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review
Assigned to: T. AICN   Title: AWCS   Date Assigned: 11/4/18   Date Due: 12/19/18

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 11/6/18   Interview Location: CCI via telephone

Your appeal issue is:  ☐ Granted   ☒ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter.  If dissatisfied with Second Level response, complete Section F below.   Date completed : 11/6/18

Interviewer: J. ZUNIGA   Title: Lt.   Signature: _____
            (Print Name)
Reviewer: M. Bambard   Title: UDW   Signature: _____
          (Print Name)
Date received by AC: NOV 09 2018

| AC Use Only |
| Date mailed/delivered to appellant  NOV 14 2018 |

---

**F.  If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

See Amended CDCR-602 attachment : Failed to be stamped,
                          date mailed and delivered to
                          appellant.

Inmate/Parolee Signature: l. laddozui   Date Submitted: November 27, th 2018

---

**G.  Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
      See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant ___/___/___ |

---

**H.  Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03-12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

S Q A - 18 - 02997  2

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.   Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.      WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Saddozai  Shikeb | CDC Number: AV1590 | Unit/Cell Number: 4-A-07 | Assignment: Appeals Coordinator |
|---|---|---|---|

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** Esquivel. In attempting to protect my head and face from my attackers Correctional Officer Clawson without verbal warning or warning shots, intentionally discharged, and fired his weapon shooting me on my lower right side body towards my buttocks, while I being repeatedly assaulted, other than the intended target. Officer Clawson had in his possession chemical agents that is less likely to relate to death and or great bodily injury and deliberately failed to utilize any particular sequence of alternatives to the immediate use of deadly lethal force. My attackers physical resistance persisted and failed to be subdued or gain compliance resulting in Inmate Mason Vang BG8952 whom coordinated attack to escape incident. I was forced to strip naked in the presence of non-medical professionals violating my privacy and no immediate doctors attention or medician was provided for my pain, suffering and sustained injuries consistent to todays date (October 2nd 2018) impairing me from my life activities. I recieved incident report reflecting that I am the victim in said matter however officers who became aware of my complaints of unnecessary use of force failed and refused to report submission and ensure chain of command is notified pursuant to Title 15 § 3268(d) (a)(1). Please Note per appeals coordinator Unrewriting appeal to meet criteria.

SAN QUENTIN APPEALS

OCT 0 3 2018

NOV 0 2 2018

R
E
C
E
I
V
E
D

Inmate/Parolee Signature: _L. Saddozai_                    Date Submitted: 10-02-2018

**B.  Continuation of CDCR 602, Section B only (Action requested):** Specialist to provide me a physical check up and provide me written report of the medical examination, I request Correctional Officer Clawson be discharged from his duties. I request that 602-602A, medical and 22 forms be readily made available on all inmate housing units and that surveilance cameras be placed on units and staff office areas. I request a declaration that the acts and omissions violated my Constitutional rights.

Inmate/Parolee Signature: _L. Saddozai_                    Date Submitted: 10-02-2018

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.  Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** Falsely states he provided me a CDCR 602 HC form when housing unit Alpine has no forms in stock, and has intentionally failed to replenish all CDCR forms which are not made readily available Pursuant to Title 15 § 3084.1 (e), to prevent me from initiating a complaint. Sgt. Aiello will not acknowledge officer Clawson's obvious error in using unecessary lethal use of force when incident report reflects I am the victim nor confirm no immediate doctors attention was provided to me upon my repeated pleas for help. San Quentin State Prison Staff failed in their duties for the following lack of forms required inorder to grieve conditions of confinement that have adverse effect on my welfare and or provide immediate doctors attention when needed, thereby are obvious violation of U.S. Constitution rights to my First and Eighth amendments to redress my grievances and to be free against cruel and unusual punishment. No specifics were given as to what was partially granted, and Sgt Aiello attempted to actually deter me from exercising my rights by claiming I am not allowed to request the actions requested on of section B of my CDCR 602-A complaint nor allowed me to seek available remedies and or inform me of available remedies and completely misrepresented the operation of the CDCR-602 appeal process to prevent me from complaining.

NOV 02 2018

Inmate/Parolee Signature: _A. Laddozai_          Date Submitted: _October 28, 2018_

**F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** When officer Clawson fired his weapon, I was directly shot revealing is reasoning was planned and discriminatory outt of retaliation to my complaints. Officer Clawson firing his weapon, evidently failed to be documented on inmate incident report, to conceal officers negligence. No immediate doctors attention was provided upon my request, to prevent me from documenting all injuries, including infliction of injuries caused by handcuffs, applied as punishment to prevent me from initiating a complaint. I was stripped naked, devoid of disciplinary, and involuntarily, in the presence of non-medical staff Correctional Officers, showing that medical personnel failed to protect doctor-patient privileges, and that medical staff minimizing my injuries, pain, suffering against my protest, resulted from Correctional Officers influence tainting medical staff judgment, a common practice within CDCR. My placement in (ASU) aknowledged by Lieutenant was a non-disciplinary-status, however failed affording me equal rights and privileges made available to all inmates, and no reason existed to withhold my property (Legal, Religious, hygiene, food) over eight days than returned 8-22-2018 destroyed and missing items out of retaliation to my complaints. I have names of multiple witnesses effected and are victims of the inhumane conditions in (ASU) as myself.

Inmate/Parolee Signature: _A. Laddozai_          Date Submitted: _November 27, 2018_

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03.12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region. | Log #: | Category: |

SQ A-18-02997-A

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded. **WRITE, PRINT, or TYPE CLEARLY** in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
| SKADDOZAI, SHIKEB | AY1540 | 2 Carson 14 | Appeals Coordinator |

A. Continuation of CDCR 602, Section A only (Explain your issue) : from my attackers, Correctional officer fired his gun, and shot me on lower right side of my body towards my buttocks. Incident report reflects that I am the victim, however when I raised Correction officers negligence in my interview with Captain August 15 2018, Captain stated "these kind of thing just happens". No immediate doctors attention or medician was provided for my pain, suffering and sustained injuries impairing me in my daily living needs. I was placed in Carson Administrative Segregation cell 2 c14 devoid of disciplinary violation or violence yet I was subjected to being handcuffed at all times behind my back, as punishment, inflicting pain cuts, bruises, and restricting blood circulation on my arm, one of which is disabled. I am denied ability to maintain hygiene to shower, groom, exchange linen and clothes. My cell toilet, sink, walls, and floors are covered with urine and other bodily excreation, that I am forced to breath daily. My mattress is destroyed and saturated with urine. My cell sink is malfunctioned and upon multiple requests I am denied cleaning supplies and forced to consume all meals in twenty four hour isolation. I am denied Fresh air and exercise and my numerous request to with Correction officers to redress my grievances and medical emergencies went ignored and uncorrected. My legal materials and personal property that included my religious materials and hygiene were confiscated outside my access preventing me from complying with legal deadlines causing me damage and depriving me from practicing my religious Muslim faith while other inmates are in possession of their legal and religious.

Inmate/Parolee Signature: _S. Saddozai_   Date Submitted: 08-25-2018
AUG 2

INMATE APPEALS OFFICE
CALIFORNIA STATE PRISON
SAN QUENTIN, CA 94964

AUG 2 7 2018

SEP 18 2018

OCT 03 2018

NOV 02 2018

B. Continuation of CDCR 602, Section B only (Action requested): disciplined and or discharged from his duties and (4). A declaration that the acts and omissions violated my Constitutional rights under the First, Sixth, Eighth & Fourteenth Amendments, (5). that I be provided ability to maintain my hygiene to shower, groom, exchange linen and clothes daily (6). To be provided daily fresh air, exercise and afforded opportunity to clean and sanitize my cell living daily (7). that I be afforded ability to practice my religious faith through recieving religious diet meals and have in my possession at all times my religious and legal materials without interference, (8). and that I be removed from administrative segregation and placed in a housing unit per my classification and that inmates victims of assault not be placed in Ad-seg.

Inmate/Parolee Signature: _S. Saddozai_   Date Submitted: 08-25-2018

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03.12)
Side 1

| TAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

SQ A-18-02997-A

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| SADDOZAI , SHIKEB | AY1540 | 2 Carson 14 | Appeals Coordinator |

**A.** Continuation of CDCR 602, Section A only (Explain your issue) : from my attackers, Correctional officer fired his gun, and shot me on lower right side of my body towards my buttocks. Incident report reflects that I am the victim, however when I raised Correction officers negligence in my interview with Captain, August 15 2018, Captain stated "these kind of things just happens". No immediate doctors attention or medician was provided for my pain, suffering and sustained injuries impairing me in my daily living needs. I was placed in Carson Administrative Segregation cell 2 c14 devoid of disciplinary violation or violence yet I was subjected to being handcuffed at all times behind my back, as punishment inflicting pain cuts, bruises, and restricting blood circulation on my arm, one of which is disabled. I am denied ability to maintain hygiene to shower, groom, exchange linen and clothes. My cell toilet, sink, walls, and floors are covered with urine and other bodily excreations that I am forced to breath daily. My mattress is destroyed and saturated with urine. My cell SINK is malfunctioned and upon multiple requests I am denied cleaning supplies and forced to consume all meals in twenty four hour isolation. I am denied fresh air and exercise and my numerous request to with Correction officers to redress my grievances and medical emergencies went ignored and uncorrected. My legal materials and personal property that included my religious materials and hygiene were confiscated outside my access preventing me from complying with legal deadlines causing me damage and depriving me from practicing my religious Muslim faith while other inmates are in possession of their legal and religious.

INMATE APPEALS OFFICE
CALIFORNIA STATE PRISON
SAN QUENTIN, CA 94964

AUG 27 2018

SEP 06 2018

OCT 03 2018

NOV 02 2018

Inmate/Parolee Signature: _S. Saddozai_              Date Submitted: 08-25-2018

**B.** Continuation of CDCR 602, Section B only (Action requested): disciplined and or discharged from his duties and (4). A declaration that the acts and omissions violated my Constitutional rights under the First, Sixth, Eighth & Fourteenth Amendments, (5). that I be provided ability to maintain my hygiene to shower, groom, exchange linen and clothes daily (6). To be provided daily fresh air, exercise and afforded opportunity to clean and sanitize my cell living daily (7). that I be afforded ability to practice my religious faith through recieving religious diet meals and have in my possession at all times my religious and legal materials without interference, (8). and that I be removed from administrative segregation and placed in a housing unit per my classification and that inmates victims of assault not be placed in Ad-seg

Inmate/Parolee Signature: _S. Saddozai_              Date Submitted: 08-25-2018

Shikeb Saddozai #AV1540
California Correctional Institution
Facility C -1- 243
P.O. Box 1905
Tehachapi, California, 93581

CA STATE PRISON
CCI-TEHACHAPI
FACILITY C BLDG 1

Confidential Legal Mail

Mail To: Chief, Inmate Appeals Branch,
Department of Corrections and
Rehabilitation
P.O. Box 942883
Sacramento California 94289
-000