May 19, 2020
Via U.S. Postal

**FILED**

MAY 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Shikeb Saddozai - AY1540
California State Prison-Corcoran
P.O. BOX 3461
Corcoran, California 93212


Honorable Beth Labson Freeman
280 South First Street
Rm - 2172
San Jose California, a


Re: SADDOZAI v. RON HARRIS, et al.,
     Case No. 5-18-CV-05558-BLF


Dear Honorable Beth Labson Freeman;


        Plaintiff requests that the court
provide plaintiff an extension of time to
respond to Defendant's reply brief in
support of defendants motion to dismiss
due to plaintiff's lack and denial of prison
law library repeatedly denied to plaintiff as
punishment to retaliate against plaintiff
for initiating and inmate complaint and
group inmate grievance (Appeal # CSP-C-3-20-02698)
for denial of law library access, services,
and resources, while having advanced
knowledge of plaintiff's active legal cases
and deadlines, verified on prison (SOMS)
system.

1

Plaintiff requests the courts assistance to order prison officials and litigation coordinator to provide plaintiff meaningful access to prison law library services needed to initiate, maintain and prosecute court actions, and to cease and desist their ongoing retaliation, threats, and harassment against plaintiff for exercising his access to the courts. In support of plaintiffs request please see attached supporting evidence of plaintiffs efforts to seek lawlibrary access repeatedly blocked, ignored, denied upon library supervisor and or personnel approving plaintiff for priority Legal user status and than denying plaintiff access out of malicious and sadistic intent to ~~to motivate~~ cause actual injury damage and irrepairable harm to plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.


Sincerely,


Shikeb Saddozai # AY4606
CSP-Corcoran
P.O. BOX 3461
Corcoran, CA. 93212

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: 3-B-YARD(CSP)LAW-LIBRARY:

I have active Court,litigations,cases,and Appeal Deadlines,requiring immed-
iate physical access to law library to photo-copy legal-confidential docu-
ments,conduct legal research on electronic data base,utilize-legal enevelopes
draft paper & resources necessary to prosecute legal actions ordered by Courts:
PLEASE PROVIDE APPOINTMENT TIME.Dated: March-31,2020.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-3-B-YARD,LAW LIBRARY          DATE MAILED: 03 /31/ 20
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. ALCANTAR | 3 31 2020 | | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-3-B-YARD:LAW LIBRARY | March-31,2020 | (CIRCLE ONE) IN PERSON BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| C. Cornier | 4/7/20 | | 4/7/20 |

Fill out and complete a PIU request and provide
documentation of a 30 day deadline.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

The following United States District Court,for the Northern Dist.,Case Nos.,can
be located on Court Data base,SEE:Case Nos.18-05558/18-04047/18-07337/18-04511,
will establish my active Court deadlines/Appeals/Litigations requiring immediate
response.Also SEE,CCR 15 §§ 3138.(h)1,& 3162.,of prison policy,No P.L.U.is required
to use prison law library.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| SHIKEB SADDOZAI | 04-09-2020-Received & Sent.------------ |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**SECTION A: INMATE/PAROLEE REQUEST**

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSp-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: (seventh-NOTICE)-CSP-3B-Yard-LAW LIBRARY
On March-16, to April-9, 2020, no law library access and resources has been afforded
to me upon my requests, needed to prosecute my active court deadlines/appeals/
complaints/pleadings, etc., on following-U.S.D.C., Northern Dist.Court, Case Nos.
18-05558/18-04047/18-04511/18-07337/, also For Eastern Dist.Court-Case No.1:20-cv
00358-JLT.INFORMATION CAN BE LOCATED ON COURT DATA BASE.Please provide:Pleading-
paper(20),Legal-Manila-Envelopes(5),photo-copies-of CONFIDENTIAL LEGAL-DOCS.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED ** SEE-ATTACHMENT
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-3B-YARD-LAW LIBRARY        DATE MAILED: 04,09,20
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: Y. YANK | DATE: 4/9/2020 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) (YES) NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: CSP-3B-YARD-LAW LIBRARY FACILITY | DATE DELIVERED/MAILED: 04-09-2020 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON (BY US MAIL) |

**SECTION B: STAFF RESPONSE**

| RESPONDING STAFF NAME: LIRONES | DATE: 4/21/20 | SIGNATURE: M Jerins | DATE RETURNED: 4/21/20 |
|---|---|---|---|

Per PSR, Library access is PLU only due to COVID-19. You have a
verified court hearing 9am 6/4/20 in cases USDC CAND 18-4047
and 18-4511. You have PLU status 5/4/20 - 6/3/20. You are scheduled
for library 5/5/20. A legal material request form and legal document
copy request form are enclosed for your use. A blank PLU request
form is enclosed in case you have another deadline before 6/3/20

**SECTION C: REQUEST FOR SUPERVISOR REVIEW**
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15§3086.(f)(4).,YOU-FAILED/REFUSED-responding within(3)days-PAST DUE,
nor answered request for needed materials-ONLY PROVIDED BY LAW LIBRARY.2)YOU-
CONFIRMED my ACTIVE-Court cases/DEADLINE,yet continue denying me law library-
ACCESS/RESOURCES/SERVICES,for P.L.U.,or alternative-G.L.U.,ALL with Evil,Malic-
ious,Sadistic,intent to aid/Protect-Staff Misconduct/Corruption,denying me remedy

| SIGNATURE: Shikeb Saddozai | DATE SUBMITTED: Received & Sent:04/22/2020 |
|---|---|

**SECTION D: SUPERVISOR'S REVIEW**

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

CORCORAN STATE PRISON
3-B-Yard LAW LIBRARY

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**          DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Saddozai          Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: (FOURTH NOTICE)-CSP-3-B-YARD:LAW-
LIBRARY; On March-26,29,31, April-1,& Today's Date:APRIL 2,2020, I submitted
multiple inmate notices alerting LAW-LIBRARIAN,of my active Court-litigations,
cases,Appeal deadlines,etc.,requiring immediate physical access to facility-
law library,and resources to:photo-copy confidential-legal-pleadings,obtain
legal manila envelopes,draft paper,conduct legal research,etc.,needed to pros-
ecute court actions,& my inmate requests went unanswered,& unresolved.Please
HELP.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSP-3-B-YARD-LAW LIBRARY-SUPERVISOR   DATE MAILED: 04.02. 2020
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE-PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Y. YANG | 4/2/2020 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-3-B-YARD-LAW-LIBRARY SUPERVISOR | APRIL-02,2020 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| LIRONES | 4/21/20 | M/Lionis | 4/21/20 |

Per PSR, Library access is PLU only due to COVID-19. You have a
verified court hearing 9am 6/4/20 in cases CAND USDC 18-4047 and
18-4511. You have PLU status 5/4/20 - 6/3/20. You are scheduled
for library 5/5/20. A legal material request form and legal document
copy request form are enclosed for you use. A blank PLU request
form is enclosed in case you have another deadline before 6/3/20.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15 §3086.(f)(4),YOU-FAILED/REFUSED-responding within(3)days-PAST DUE,
nor answered request for needed materials-ONLY PROVIDED BY LAW LIBRARY.2)YOU-
CONFIRMED my ACTIVE-Court cases/DEADLINES,yet continue denying me law library-
ACCESS/RESOURCES/SERVICES,for P.L.U.,or alternative-G.L.U.,ALL with EVIL,MALI-
CIOUS,SADISTIC,intent to aid/protect-staff misconduct & Corruption,denying me rem-
edy.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | Received & Sent:04/22/2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) | (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|---|
| | Saddozai | Shikeb | AY1590 | ShikebSaddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSP-3B01-227L | | HOURS FROM_____ TO_____ | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: **ATTN: THIRD NOTICE- 3-B-YARD(CSP)Law Library;**
Please provide me physical access to law library due to active Court, litigations,cases,and Appeal deadlines,requiring photo-copying of legal-confidential pleadings,legal manila envelopes,draft paper,and legal res-earch,needed inorder to prosecute court actions. Dated:April 1,2020.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
X SENT THROUGH MAIL: ADDRESSED TO CSP-3-B-Yard:LAW LIBRARY          DATE MAILED: 04,01,20

DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE).

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J.ALCANTAR | 4.1.2020 | | (CIRCLE ONE) YES  NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CSP-3-B-YARD-LAW LIBRARY | April 1,2020 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| L.CRONES | 4/21/20 | M. Crones | 4/21/20 |

Per PSR, library access is PLU only due to COVID-19 you have a verified court hearing 9 am 6/4/20 in cases USDC CAND 18-4047 and 18-4511. You have PLU status 5/4/20 - 6/3/20. You are scheduled for library 5/5/20. A legal material request form and legal document copy request form are enclosed for your use. A blank PLU request form is enclosed in case you have another deadline before 6/3/20.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

1)Per CCR 15 §3086.(f)(4),YOU-FAILED/REFUSED-responding within(3)days-PAST DUE., nor answered request for needed materials-ONLY PROVIDED BY LAW LIBRARY.2)YOU-CONFIRMED-my ACTIVE court cases/Deadlines,yet continue denying law library-ACCESS/RESOURCES/SERVICES,for P.L.U.,or alternative-G.L.U.,ALL with evil,mali-cious,& Sadistic intent to aid/protect-Staff Misconduct & Corruption,denying me rem-edy.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Shikeb Saddozai | Received & Sent:04/22/2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

California State Prison-Corcoran
Senior Librarian-M.Lirones
Education.Sup.Wortman

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Saddozai | Shikeb | AY1590 | Shikeb Saddozai |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| CSPC-3B01-227L | | | DENIAL OF LAW LIBRARY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

ATTN:CSPC-Senior Librarian:M.Lirones- I am denied law library-access/resources/services-from,March-16,to present-April-20,2020,can be verified on(SOMS).My inmate requests furnishing Court Case Nos.,and relating active legal litigations,deadlines,& appeals warranting-P.L.U.or alternative-G.L.U.,access are ignored/unresolved,out of retaliation to my law library complaint-Appeal#CSPC-2-20-01111.Please provide me 42 U.S.C. §1983 civil complaint form for Eastern,Dist.for issues described .

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: CSPC-Senior Librarian-M.Lirones    DATE MAILED 04 20 2020
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: Y. Yang | DATE: 4/20/2020 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|

| IF FORWARDED - TO WHOM: CSPC-Senior Librarian-M.Lirones | DATE DELIVERED/MAILED: April-20,2020 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: LIRONES | DATE: 4/29/20 | SIGNATURE: M Lirones | DATE RETURNED: 4/29/20 |
|---|---|---|---|

Per Warden's memo, library access is PLU only due to COVID-19. You have a verified court hearing 9 am 6/4/20 in cases USDC C AND 18-4047 and 18-4511. You have PLU status 5/4/20- 6/3/20. You are scheduled for Library 5/5/20. A legal material request form is enclosed for your use!

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Forms and materials I requested above,intentionally and repeatedly have failed/ and refused to be provided for my active cases,deadlines,litigation,appeals,etc. which have been verified by law librarian-M.Lirones whom is also denying my law library-ACCESS/SERVICES/RESOURCES,etc,warranting P.L.U.access, in addition to a ten(10)day delay to my inmate request response.

| SIGNATURE: Shikeb Saddozai | DATE SUBMITTED: March-29,2020.RECEIVED & SENT. |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

INDIGENT



**CORCORAN STATE PRISON**

NAME _Shikeb Saddozai_

CDCR NUMBER _AY1590_

HOUSING _3B01_

PO BOX _3464_

CORCORAN, CA 93212

CORCORAN
STATE PRISON

RECEIVED

MAY 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 93212
02 1W
0001386349 MAY 20 2020

$ 000.65⁰

Confidential-Legal-Mail

**STATE PRISON
GENERATED MAIL**

Honorable Beth Labson Freeman
280 South First Street.,
Rm #2112
San Jose, C.A. 95113