UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI, <br>     Plaintiff, <br> v. <br> RON DAVIS, et al., <br>     Defendants. | Case No. 18-05558 BLF (PR) <br><br> **ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY** <br><br> (Docket No. 45) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Defendant Clawson filed a motion to dismiss Plaintiff's third amended complaint on March 13, 2020. Dkt. No. 32. Plaintiff filed an opposition, Dkt. No. 42, and Defendant filed a reply, Dkt. No. 44.

Plaintiff has filed a motion for an extension of time to file a sur-reply. Dkt. No. 45. Defendant opposes the motion under the Northern District's Local Rule 7-3(d), which prohibits supplemental briefing where no new evidence has been submitted in reply. Dkt. No. 46 at 1, citing Civ. L.R. 7-3(d).

Local Rule 7-3(d) provides that "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval" *except* to file an objection to new evidence submitted in the reply. Civ. L.R. 7-3(d)(1). In his motion, Plaintiff fails to

explain why a sur-reply is necessary and to what new evidence submitted by Defendant he intends to object. Dkt. No. 45. Furthermore, the Court has reviewed Defendant's reply and finds that no new evidence was submitted therewith. Dkt. No. 44. Accordingly, the Court finds Plaintiff is not entitled to file supplementary material to Defendant's motion to dismiss under Local Rule 7-3(d). The matter became submitted upon the filing of Defendant's reply. Dkt. No. 22 at 5. Therefore, Plaintiff's motion for an extension of time to file a sur-reply is DENIED.

This order terminates Docket No. 45.

**IT IS SO ORDERED.**

**Dated: __June 1, 2020_____**

BETH LABSON FREEMAN
United States District Judge

Order Denying M. for Ext. of Time to File Sur-reply
PRO-SE\BLF\CR.18\05558Saddozai_deny.eot-surreply