September 8, 2020
via U.S. postal

Shikeb Saddozai-CDCR#AY1590
Salinas Valley State Prison
P.O.Box 1050
Soledad, California, 93960
In Pro se



Clerk, U.S.D.C., Northern ,Dist.
Honorable Beth Labson Freeman
280 South First Street., Rm2112
San Jose, C.A. 95113-3095

RE: Shikeb Saddozai, v. Ron Davis, et al., Case No.18-05558 BLF (PR)
U.S.D.C., Northern District Court

Dear Clerk,

    I, Shikeb Saddozai, am the Petitioner/Plaintiff in the above referenced case. I am incarcerated and indigent and do not have counsel to represent me. I would appreciate your assistance in filing and stamping each of the attached documents outlined below and return the copies enclosed for my record in the self addressed stamped envelope I have included. In addition I am not registered or consent to recieve electronic service and request filing in conventional paper submission In Pro se and that I be exempt from requirement for electronic submission.

- MOTION FOR EXTENSION OF TIME AND PRELIMINARY INJUNCTION ORDERING PRISON OFFICIALS' TO CEASE AND DESIST RETALIATION, HARASSMENT, AND OBSTRUCTION OF PLAINTIFFS' ACCESS TO THE COURTS AND APPOINTMENT OF COUNSEL.

- MOTION FOR APPOINTMENT OF COUNSEL.

- MEMORANDUM OF LAW IN SUPPORT OF PETITIONERS' MOTION FOR APPOINTMENT OF COUNSEL.

- DECLARATION IN SUPPORT OF PETITIONERS' MOTION FOR APPOINTMENT OF COUNSEL.

Thank you for your assistance.

Cordially,

Agent: Saddozai: Shikeb Saddozai -UCC-1-308

Shikeb Saddozai


Shikeb Saddozai-AY1590
SVSP
P.O. Box 1050
Soledad, C.A. 93960



US POSTAGE >> PITNEY BOWES
ZIP 93960 $ 008.25
02 1W
0001393392 SEP 09 2020



USPS TRACKING #
9114 9023 0722 4245 6744 95

LEGAL MAIL ONLY

STATE PRISON
GENERATED MAIL

To: Clerk, USDC, Northern Dist. Ct.
Beth Labson Freeman
280 South First Street., Rm-2112
San Jose, C.A. 95113-3095

RECEIVED
SEP 10 2020
CLERK SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Shikeb Saddozai-AY1590

C/O Mails - [signature] 9/8/20