UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br>     Plaintiff,<br>     v.<br>RON DAVIS, et al.,<br>     Defendants. | Case No. 18-05558 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed all claims against Defendant and granted his motion for summary judgment. Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

**Dated:  _December 2, 2020_____**

                                                        BETH LABSON FREEMAN
                                                        United States District Judge

Judgment
PRO-SE\BLF\CR.18\05558Saddozai_judgment