Name: Shikeb Saddozai
I.D. #: AY1590
Address Salinas Valley State Prison
P.O.Box 1050
Soledad, California, 93960



FILED
DEC 28 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shikeb Saddozai
  Plaintiff,

v.

Ron Davis, et al.,

  Defendant(s).

Case Number: 18-cv-05558 (BLF)

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT (print name) Shikeb Saddozai

hereby submits a notice of change of address in the above – entitled case as follows:

OLD ADDRESS: California State Prison-Corcoran,

P.O.Box 3461, Corcoran, California 93212

NEW ADDRESS: Salinas Valley State Prison

P.O.Box 1050, Soledad, California 93960

DATED: December 22, 2020

Agent: Saddozai : Shikeb Saddozai/UCC-1-308
Signature of Plaintiff/Petitioner