1  Shikeb Saddozai-CDCR#AY1590
2  Salinas Valley State Prison
   P.O.Box 1050
3  Soledad,California,93960

FILED

DEC 28 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8  Shikeb Saddozai,                    Case No. 18-CV-05558 (BLF)
9      Plaintiff.                      NOTICE OF APPEAL
10 v.
11 Ron Davis, et al.,
12     Defendant.

15     Notice is hereby given that Shikeb Saddozai, plaintiff
   in the above-entitled matter, appeals to the United States
16 Court of Appeals for the Ninth Circuit from the final
   judgment entered in this action on date: December 2, 2020

20 Date: December 22, 2020

21 Agent: Saddozai: Shikebsaddozai/ULC-1-308

22 Shikeb Saddozai-CDCR#AY1590
   Salinas Valley State Prison
23 P.O.Box 1050
   Soledad,California[93960]

UNITED STATES DISTRICT COURT<br>
NORTHERN DISTRICT OF CALIFORNIA

Shikeb Saddozai
_____
Plaintiff

v.

Ron Davis, et al.,
_____

Case Number: 18-CV-05558

PROOF OF SERVICE

Defendant(s) /
_____

I hereby certify that on December 22, 2020 _____, I served a copy

of the attached NOTICE OF APPEAL; NOTICE OF CHANGE OF ADDRESS 2nd; NOTICE TO CLERK REQUESTING RECORD OF TRO & PEREMTORY CHALLENGE

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

Salinas Valley State Prison _____ : P.O. Box 1050
Soledad, California, 93960

(List Name and Address of Each
Defendant or Attorney Served)

Office of the Clerk
U.S. District For Northern District of California
Attn: Susan Y. Soong
450 Golden Gate Ave
San Francisco, CA. 94102

I declare under penalty of perjury that the foregoing is true and correct.

Agent: Saddozai - Shikeb Saddozai / ULL-1-308
(Signature of Person Completing Service)