From: Shiteb Saddozai - AY1590
Salinas Valley State Prison
P.O. Box 1050
Soledad CA. 93960

RECEIVED

DEC 28 2020

SUSAN Y. SOONG COURT
CLERK U.S. DISTRICT CALIFORNIA
NORTH DISTRICT CALIFORNIA

U.S. POSTAGE >> PITNEY BOWES

ZIP 93960  $ 000.50⁰
02 1W
0001393392 DEC 24 2020

STATE PR
GENERATED MAIL

Mail To: Office of the Clerk
U.S. District Court/Northern Dist.
Of California
Attn: Susan Y. Soong
450 Golden Gate Ave
Son Francisco CA. 94102

5410285651 0004

Confidential/Legal

