```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018587
Cashier ID: waltonb
Transaction Date: 02/02/2021
Payer Name: Roderick and Solange
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Shikeb Saddozai
 Case/Party: D-CAN-5-18-CV-005558-001
 Amount:         $505.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: Roderick and Solange MacArthu
r
 Check/Money Order Num: 581
 Amt Tendered:   $505.00
----------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

BLF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```