UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>v.<br><br>RON DAVIS, et al.,<br><br>    Defendants. | Case No. 18-cv-05558 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 61) |

    Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at San Quentin State Prison (SQSP).  Dkt. No. 1.  On July 29, 2022, the Court ordered the reopening of this action and set a briefing schedule such that the Defendant Clawson's dispositive motion is due by October 31, 2022.  Dkt. No. 59.  Defendant has filed a motion requesting an extension of time to file a motion for summary judgement.  Dkt. No. 61.

    Having shown good cause, Defendant's motion is **GRANTED**.  Defendant shall file a motion for summary judgment **no later than January 4, 2023,** which is an extension of sixty-five (65) days.  Plaintiff's opposition to Defendant's motion shall be filed **no later than twenty-eight (28) days** from the date Defendant's motion is filed.  Defendant shall

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.18\05558Saddozai_eot_MSJ

file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 61.

**IT IS SO ORDERED**

Dated: ___October 25, 2022___

BETH LABSON FREEMAN
United States District Judge