IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHIKEB SADDOZAI,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**RON DAVIS, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 5:18-cv-05558-BLF<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** Defendant Clawson's administrative motion for a ten-day extension of time to file a response to Plaintiff's motion to have his deposition be conducted by written questions is **GRANTED**. The deadline for Defendant Clawson to file a response is extended from February 28, 2023, up to and including **March 10, 2023**.

Dated: ___March 2, 2023_____　　　　　　　　　/s/ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman