UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RON DAVIS, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-05558 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order granting Defendant's motion for terminating sanctions, this action is dismissed with prejudice. Judgment is entered in favor of Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __June 17, 2024_____　　　　　　　　　/s/ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.18\05558Saddozai_judgment

1